United States District Court
District of Columbia

Mikeal Stine,
Jeremy Pinson,
Leroy Buhl,
    Plaintiffs,

v.

U.S. Dept. of Justice, CIA,
    Defendant

Case: 1:18-cv-00486
Assigned To : Contreras, Rudolph
Assign. Date : 2/21/2018
Description: FOIA/PI   **(I-DECK)**

Civil Complaint pursuant to the FOIA 5 U.S.C. and Privacy Act, 552, 552a.

## I. Jurisdiction and Venue

Jurisdiction is asserted pursuant to 28 USC 1331 and 5 U.S.C. 552, 552a, 702. Venue is proper under 28 USC 1391(e).

## II. Parties

A - Plaintiffs are inmates in the Federal Bureau of Prisons.
B - Defendant is an agency in the Executive Branch of the United States.

## III. Claims

A - Defendant violated the Privacy Act, 5 U.S.C. 552a.
B - Defendant violated the FOIA, 5 U.S.C. 552.

## IV. Statement of Facts

1. Plaintiffs submitted FOIA requests to numerous federal agencies and received no response within 20 days.

1

2. The agencies plaintiff submitted FOIA request to were:
   A. Executive Office For U.S. Attorneys
   B. Office of Information Policy
   C. Federal Bureau of Investigation
   D. Federal Bureau of Prisons
   E. United States Marshals Service
   F. Office of Inspector General
   G. Central Intelligence Agency
3. Agencies A-F above are sub-agencies of defendant DOJ.
4. Upon receipt of more than a dozen joint requests by plaintiffs the agencies A-G didnt produce any records within 20 days or notify plaintiffs as required by law of updates.
5. The BOP's Office of Internal Affairs maintains thousands of pages of records on plaintiffs which emails demonstrate contain dozens of false conclusions and information. OIA refused a request to contest the false information as required by 5 U.S.C. 552a.
6. Plaintiffs lack file numbers due to property siezures by the BOP.

V- Requested Relief

1. Plaintiffs seek release of requested records via injunction.
2. Plaintiffs seek correction of all false information maintained by BOP-OIA.

Executed under penalty of perjury pursuant to 28 USC 1746.

_Leroy Buhl_                          _Mikeal Glenn Stine_
Leroy Buhl #40114-016                 Mikeal Stine #57436-098
PO Box 7000                           PO Box 4000
Florence CO 81226                     Florence CO 81226

_J P_
Jeremy Pinson #16267-064
PO Box 4000
~~Florence~~ Springfield, MO, 65801

3