# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY PINSON,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>*Defendants*. | Civil Action No.: 18-0486 (RC) |

## DEFENDANTS' PARTIAL MOTION TO DISMISS AND FOR SUMMARYJUDGMENT REGARDING PLAINTIFF'S CLAIMS AS TO THE BUREAU OF PRISONS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants respectfully request that this Court dismiss the Freedom of Information Act ("FOIA") claims in Plaintiff's First Amended Complaint regarding the United States Bureau of Prisons ("BOP"). Additionally, pursuant to Federal Rule of Civil Procedure 56, Defendants respectfully request that this Court enter summary judgment in their favor on the FOIA claims Plaintiff makes in the First Amended Complaint regarding BOP. In support of this Motion, Defendants respectfully refer the Court to the accompanying Memorandum of Law and Statement of Material Facts.

June 3, 2019                                   Respectfully submitted,

                                          JESSIE K. LIU
                                        D.C. Bar #472845
                                        United States Attorney

                                        DANIEL F. VAN HORN
                                        D.C. BAR # 924092
                                        Chief, Civil Division

By:    */s/ Brian J. Field*
            BRIAN J. FIELD
            D.C. BAR #985577
            Assistant United States Attorney
            555 4th Street, N.W.
            Washington, D.C. 20530
            Tel: (202) 252-2551
            E-mail: Brian.Field@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, I served the foregoing by placing it in the United States mail, marked "legal mail, open in presence of inmate" to:

>Jeremy Pinson
>#16267-064
>USP Tucson, U.S. Penitentiary
>P.O. Box 24550,
>Tucson, AZ 85734
>
>*/s/ Brian J. Field*
>Brian J. Field