UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY PINSON,

    *Plaintiff*,

       v.

U.S. DEPARTMENT OF JUSTICE, et al.,

    *Defendants*.

Civil Action No.: 18-0486 (RC)

**DEFENDANTS' STATEMENT OF
MATERIAL FACTS ABOUT WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to Local Civil Rule 7(h), Defendants submit the following statement of material facts about which there is no genuine dispute:

1. In Request 2015-06335, Pinson sought various records related to investigations about herself. *See* Decl. of K. Christenson ¶ 16 (attached as Ex. 1).

2. BOP determined that there were approximately 1,774 pages of responsive records, the processing of which would result in fees of $83.70. *Id.* ¶ 18.

3. BOP notified Pinson of this fee, which Pinson agreed to pay. *Id.*

4. Based on Pinson's agreement to pay fees, BOP processed the records. *Id.* ¶ 19.

5. On July 6, 2016 (after BOP completed processing), BOP informed Pinson that the responsive, non-exempt records would be released once she paid the outstanding fees. *Id.*

6. On September 21, 2016, Pinson had not yet paid the fees. *Id.* ¶ 21.

7. Accordingly, BOP administratively closed this request. *Id.*

8. Additionally, BOP informed Pinson that (in accordance with DOJ regulations), BOP was also administratively closing the following requests: 2015-01418; 2016-07240; 2016-

06818; 2016-07057; 2016-05893; 2016-04932; 2016-6821; 2016-05822; 2016-06820; 2016-05508; 2016-03880; 2016-05378; 2016-06819; and 2016-05245. *Id.* ¶¶ 20-21.

9. BOP further informed Pinson that, if she decided to pay the pending fees for request 2015-06335, she must advise BOP in writing of "how she wanted to proceed with the requests closed as a result of her non-payment of fees." *Id.* ¶ 21.

10. On November 9, 2016, Pinson (through an outside organization) submitted a portion of the outstanding fees. *Id.* ¶ 23.

11. BOP thereafter released records responsive to request 2015-06335. *Id.*

12. Pinson did not appeal this response. *Id.* ¶ 25.

13. Additionally, Pinson did not provide BOP with any indication of how she wished for it "to proceed with the other requests administratively closed as a result of the unpaid fees." *Id.* ¶ 24.

14. Pinson did not submit any administrative appeal of BOP's decision to administratively close the other FOIA requests listed above. *Id.* ¶ 25.

15. In Request 2017-01605, Pinson requested various e-mails about herself. *Id.* ¶ 26.

16. BOP acknowledged receipt of this request on November 15, 2016. *Id.* ¶ 27.

17. BOP determined that there were approximately 443 staff whose e-mails it would need to search for responsive records. *Id.* ¶ 32.

18. BOP estimated it would take approximately 110.75 hours to conduct these searches, which would result in fees of approximately $2,066.25. *Id.*

19. On January 25, 2017, BOP informed Pinson of this estimate and stated that Pinson must pay the fees in advance (or modify her request). *Id.* ¶ 34.

20. On February 8, 2017, Pinson agreed to pay up to $100 in search fees. *Id.* ¶ 35.

21. BOP thereafter conducted searches for responsive records. *Id.* ¶ 36.

22. On November 15, 2017, BOP notified Pinson that it had conducted searches pursuant to her agreement to pay the $100 in fees and that BOP had processed more than 3,000 pages of responsive records. *Id.* ¶ 38.

23. BOP stated that it would release the non-exempt records once Pinson paid the $100. *Id.*

24. On January 17, 2018, Pinson had still not paid the fees, and BOP informed Pinson that it was administratively closing the request. *Id.* ¶ 39.

25. Additionally, BOP informed Pinson that, due to her failure to pay the fees, it was administratively closing 24 other requests, seven of which Pinson identified in this litigation: 2017-00076; 2017-01050; 2017-01759; 2017-01768; 2017-02443; 2017-03830; and 2017-03976. *Id.* Pinson did not administratively appeal any of these closures. *Id.* ¶ 40.

26. In Request 2017-01680, Pinson requested all correspondence authored by former BOP Director Samuels. *Id.* ¶ 134.

27. BOP determined that there were at least 89,170 items responsive to this request, the processing of which BOP determined would result in fees exceeding $250.00. *Id.* ¶ 137.

28. Accordingly, on January 24, 2017, BOP informed Pinson that she would need to either pay the fees in advance or modify her request. *Id.*

29. When Pinson had not responded by March 31, 2017, BOP sent Pinson a letter informing her that the request was being administratively closed. *Id.*

30. Pinson did not appeal this determination. *Id.* ¶ 138.

31. For Request 2017-4296, BOP issued its final response on September 21, 2017, *id.* ¶ 122, and Pinson did not submit an appeal, *id.* ¶ 123.

32. For Request 2016-5251, BOP issued its final response on August 31, 2016, *id.* ¶ 56, and Pinson did not submit an appeal, *id.* ¶ 57.

33. For Request 2014-5115, BOP issued its final response on September 11, 2016, *id.* ¶ 44, and Pinson did not submit an appeal, *id.* ¶ 45.

34. For Request 2017-2623, BOP issued its final response on February 14, 2017, *id.* ¶102, and Pinson did not submit an appeal, *id.* ¶ 103.

35. For Request 2017-1575, BOP issued its final response on January 30, 2017, *id.* ¶ 81, and Pinson did not submit an appeal, *id.* ¶ 82.

36. For Request 2017-2309, BOP issued its final response on September 25, 2017, *id.* ¶ 97, and Pinson did not submit an appeal, *id.* ¶ 98.

37. For Request 2017-2203, BOP issued its final response on January 27, 2017, *id.* ¶ 93, and Pinson did not submit an appeal, *id.* ¶ 94.

38. For Request 2017-0070, BOP issued its final response on January 20, 2017, *id.* ¶ 69, and Pinson did not submit an appeal, *id.* ¶ 70.

39. For Request 2017-4297, BOP issued its final response on September 18, 2017, *id.* ¶ 126, and Pinson did not submit an appeal, *id.* ¶ 127.

40. For Request 2015-3237, BOP issued its final response on July 26, 2016, *id.* ¶ 51, and Pinson did not submit an appeal, *id.* ¶ 52.

41. For Request 2017-4282, BOP issued its final response on November 3, 2017, *id.* ¶ 118, and Pinson did not submit an appeal, *id.* ¶ 119.

42. For Request 2017-1578, BOP issued its final response on August 24, 2017, *id.* ¶ 86, and Pinson did not submit an appeal, *id.* ¶ 87.

43. For Request 2017-4380, BOP issued its final response on August 30, 2017, *id.* ¶ 130, and Pinson did not submit an appeal, *id.* ¶ 131.

44. For Request 2017-1817, BOP issued its final response on February 23, 2017, *id.* ¶ 90, and Pinson did not submit an appeal, *id.* ¶ 91.

45. For Request 2016-5391, BOP issued its final response on September 13, 2016, *id.* ¶ 60, and Pinson did not submit an appeal, *id.* ¶ 61.

46. For Request 2017-4065, BOP issued its final response on August 11, 2017, *id.* ¶ 113, and Pinson did not submit an appeal, *id.* ¶ 114.

47. For Request 2017-3884, BOP issued its final response on September 21, 2017, *id.* ¶ 109, and Pinson did not submit an appeal, *id.* ¶ 110.

48. For Request 2016-7466, BOP issued its final response on April 26, 2017, *id.* ¶ 64, and Pinson did not submit an appeal, *id.* ¶ 65.

49. In Request 2017-1288, Pinson requested "a copy of her transfer summary completed by a psychologist USMCFP Springfield." *Id.* ¶ 71.

50. To process this request, BOP contacted staff at USMCFP Springfield to request a copy of the transfer summary. *Id.* ¶ 73.

51. To locate this record, the "psychology staff at USMCFP Springfield" accessed the archived Psychology Data System ("PDS"), where such records are located. *Id.*

52. Such psychology records are retrieved using an inmates name and register number. *Id.*

53. Using this information, BOP located 8 pages of records responsive to this FOIA request. *Id.*

54. On May 22, 2019, BOP determined that it was able to release these records, and it released these eight pages of records to Pinson in full. *Id.* ¶ 76.

55. The following FOIA requests are already subject to *Pinson v. Department of Justice*, No. 12-cv-1872 (D.D.C.):  2016-2371; 2011-7156; 2012-0039; and 2013-1684. *See* Christenson Decl. ¶ 13.

56. Request 2017-4435 was not submitted by (or on behalf of) Pinson. *Id.* ¶ 132.

June 3, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By: *Brian J. Field*
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov