UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY PINSON,

    Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE, et al

    Defendant.

Civil Action No. 18-cv-00486 (RC)

<u>DECLARATION OF KARA CHRISTENSON</u>

I, Kara Christenson, do hereby declare and state as follows:

1.    I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as a Government Information Specialist ("GIS") for the Central Office, stationed at the Federal Medical Center in Rochester, Minnesota ("FMC Rochester").  I have been assigned to the Central Office since August 2016.  Prior to that time, I served as a Paralegal for the North Central Regional Office ("NCRO") from September 2008 to August 2016.  I have been employed by the BOP since March 1992.

2.    I am familiar with the complaint and amended complaint filed by the above-captioned plaintiff, Jeremy Pinson, Federal Register Number 16267-064, seeking disclosure of the records he sought from the BOP.

3.    Inmate Pinson is currently incarcerated at the U.S. Penitentiary in Tucson, Arizona (USP Tucson). He was previously incarcerated at the Federal Medical Center in Rochester, Minnesota (FMC Rochester) from 6-14-17 until 2-15-18, when he was transferred to USP Tucson.  Prior to that, Pinson was designated at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri (USMCFP Springfield) from 10-26-2016 through 6-14-2017; Federal Correctional Facility in Greenville, Illinois (FCI Greenville) as a holdover

for an institution to institution transfer from 10-3-2016 through 10-26-2016; U.S. Penitentiary in Terre Haute, Indiana (USP Terre Haute) from 7-25-2016 through 10-3-2016; U.S. Penitentiary in Allenwood, Pennsylvania (USP Allenwood) from 3-10-2016 through 7-14-2016; USP Terre Haute as a holdover for an institution to institution transfer from 3-09-2016 through 3-10-2016; U.S. Penitentiary in Florence, Colorado (USP Florence) from 4-2-2015 until 3-8-16; Federal Transfer Center in Oklahoma City, Oklohoma (FTC Oklahoma) as a holdover for an institution to institution transfer from 3-18-15 until 4-2-15; USMCFP Springfield from 10-8-2014 until 3-1-15; and the U.S. Penitentiary-Administrative Maximum in Florence, Colorado (ADX Florence) from 7-19-2012 until 10-8-14.  While Pinson has been in federal custody since July of 2006, for purposes of responding to her First Amended Complaint, only the relevant institutions have been specifically identified. A true and correct copy of inmate Pinson's History of Admissions and Releases is attached as Exhibit A to this declaration.

4.     Inmate Pinson is serving a 252 month aggregated term of imprisonment for (1) making threats against the President, in violation of 18 U.S.C. § 871(a), *see United States v. Pinson*, No. 06-114-1-R (W.D. Okla.), (2) making a false statement, in violation of 18 U.S.C. § 1001(a)(2), and making a threat to a juror, in violation of 18 U.S.C. § 876(c), *see United States v. Pinson*, No. 07-23-1-R (W.D. Okla.), and (3) mailing threatening communications, in violation of 18 U.S.C. § 876, *see United States v. Pinson*, No. 08-CR-00283-001 (S.D. Tex.).  He has a projected release date of October 27, 2025, via a good conduct time release.  A true and correct copy of the Public Information Inmate Data as of November 7, 2014 for inmate Pinson is attached as Exhibit B to this declaration.

5.     The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information

acquired by me through the performance of my official duties.  Due to the nature of my official duties as a GIS for Central Office, I am familiar with the procedures followed by Central Office and the six regions (NCRO, Northeast Regional Office (NERO), Mid-Atlantic Regional Office (MRO), Southeast Regional Office (SERO), South Central Regional Office (SCRO), and Western Regional Office (WRO)) of the BOP in responding to requests made pursuant to the Freedom of Information Act ("FOIA").  Requests for BOP records are governed by the Department of Justice's FOIA regulations, *see* 28 C.F.R. Part 16, the BOP's FOIA regulations, *see* 28 C.F.R. Part 513, and BOP Program Statement 1351.05, Release of Information. [1]

6.      Under the applicable regulations and policy, an individual seeking records from the BOP under FOIA must submit a written request describing with specificity the records sought. The request should be mailed to the "Director, Federal Bureau of Prisons, 320 First Street, NW., Washington, D.C. 20534," and the envelope should be marked "Freedom of Information Request."  *See* 28 C.F.R. § 513.60.  All FOIA requests are received by the FOIA/Privacy Act Section of the Office of General Counsel in the Central Office. Because inmate records are exempt from disclosure under the Privacy Act, inmate requests for records under the Privacy Act will be processed as FOIA requests.  *See* 28 C.F.R. §§ 16.97 and 513.50.

7.      When a FOIA request is received by the FOIA staff in the Office of General Counsel in Washington, D.C. (Central Office), a determination will be made as to whether the request will be handled by Central Office FOIA staff or by FOIA staff located in one of the six Regional Offices.  *See* 28 C.F.R. § 513.64(a).  Generally, if an inmate is requesting records

---

[1] All BOP Program Statements referenced herein may be located at the BOP's public website, www.bop.gov.

located at one of the BOP's institutions, the request will be forwarded to the Regional

Office for the Region in which the institution is located.

8.      If Central Office FOIA staff determine that a FOIA request should be handled by one of

the six BOP Regions, the request will be forwarded to the appropriate Region's FOIA

Specialist.  The Regional FOIA Specialist will then enter the request into the BOP's FOIA

database and assign the request a FOIA number for tracking purposes.  After a request is

entered into the database, an acknowledgement letter will be generated informing the

requestor that the FOIA request has been received and the number it has been assigned.

*See* 28 C.F.R. § 513.64(b).  The FOIA Specialist will then determine where the requested

records are located and request the records from that location.

9.      When all of the requested records are received, the FOIA request will be released for

processing by FOIA Specialist.  The FOIA Specialist will review the requested records to

determine if the records contain any information exempt from disclosure under FOIA. The

FOIA processor will then process the request by releasing all non-exempt information and

withholding exempt information by applying applicable FOIA exemptions.

10.      If the records contain exempt information, any reasonably segregable portions of the

record will be disclosed after deletion of the exempt information.  The requestor will be

advised in writing of any denial of information, whether in part or in whole, and the reasons

for the denial.  The requestor will also be advised that he may appeal the denial of

information to the Office of Information and Policy (OIP).  *See* 28 C.F.R. §§ 16.8, 513.66.

11.      It is my understanding that in her First Amended Complaint, inmate Pinson alleges the

BOP failed to respond to 48 FOIA requests beyond simply acknowledging her requests.

These FOIA requests are identified by BOP tracking numbers:  (1) 2011-07156, (2) 2012-

00039, (3) 2013-01684, (4) 2014-05115 (listed twice by inmate Pinson in her amended

complaint), (5) 2015-01418, (6) 2015-03237 (listed twice by inmate Pinson in her amended complaint), (7) 2015-06335, (8)2016-02371, (9) 2016-03880, (10) 2016-04932, (11) 2016-05245, (12) 2016-05251 (listed twice by inmate Pinson in her amended complaint), (13) 2016-05378, (14) 2016-5391, (15) 2016-05508, (16) 2016-05822, (17) 2016-05893, (18) 2016-06818, (19) 2016-06819, (20) 2016-06820, (21) 2016-06821, (22) 2016-07057, (23) 2016-07240 (listed twice by inmate Pinson in her amended complaint), (24) 2016-07466, (25) 2017-00070, (26) 2017-00076 (listed twice by inmate Pinson in her amended complaint), (27) 2017-01050, (28) 2017-01288, (29) 2017-01575, (30) 2017-01578 (listed twice by inmate Pinson in her amended complaint), (31) 2017-01605, (32) 2017-01680, (33) 2017-01759, (34) 2017-01768, (35) 2017-01817, (36) 2017-2203 (listed twice by inmate Pinson in her amended complaint), (37) 2017-02309, (38) 2017-02443, (39) 2017-02623 (listed twice by inmate Pinson in her amended complaint), (40) 2017-03830, (41) 2017-03884, (42) 2017-03976, (43) 2017-04065, (44) 2017-04282, (45) 2017-04296, (46) 2017-04297, (47) 2017-04380, and (48) 2017-04435. *See* First Amended Complaint.

12.     Of the 48 identified requests, 4 were assigned to the Central Office, 32 were assigned to the NCRO, 10 were assigned to the NERO, 1 was assigned to the SERO and 1 was assigned to the WRO.

***Plaintiff's FOIA Requests 2011-07156, 2012-00039, 2013-01684, and 2016-02371***

13.     Requests 2011-01756, 2012-00039, 2013-01684 and 2016-02371 were addressed and resolved in Pinson v. Department of Justice, et al, Civ. No. 12-cv-1872 (D.D.C.). Accordingly, no further discussion of these requests is needed.

***Plaintiff Failed to Exhaust her Administrative Remedies for FOIA Requests 2014-05115, 2015-01418, 2015-03237, 2015-06335, 2016-03880, 2016-04932, 2016-05245, 2016-05251, 2016-05378, 2016-05391, 2016-05508, 2016-05822, 2016-05893, 2016-06818,  2016-06819, 2016-06820, 2016-06821, 2016-07057, 2016-07240, 2016-07466, 2017-00070, 2017-00076, 2017-01050,  2017-01288,  2017-01575,  2017-01578,  2017-01605, 2017-01680,  2017-01759,***

*2017-01768, 2017-01817, 2017-2203 , 2017-02309, 2017-02443, 2017-02623, 2017-03830, 2017-03884, 2017-03976, 2017-04065, 2017-04282, 2017-04296, 2017-04297, 2017-04380, and 2017-04435.*

14.     Department of Justice and BOP regulations provide that if a requester is dissatisfied with an agency determination, they may appeal that decision to the OIP.  "The requester must make the appeal in writing and to be considered timely it must be postmarked, or in the case of electronic submissions, transmitted, within 90 calendar days after the date of the response.  The appeal should clearly identify the component's determination that is being appealed and the assigned request number."  See 28 C.F.R.§§16.8 and 513.66.

15.     Upon receipt of inmate Pinson's First Amended Complaint, I contacted OIP to ascertain whether inmate Pinson had administratively appealed any of the requests at issue.  On May 28, 2019, OIP confirmed they had no record of receiving any administrative appeals concerning any of the request identified by inmate Pinson.  A true and correct copy of the response from OIP is attached as Exhibit C to this declaration.

*FOIA Request 2015-06335*

16.     In FOIA Request 2015-06335, inmate Pinson sought all information related to all Prison Rape Elimination Act (PREA) investigations concerning herself since April 2, 2015; all Special Investigative Systems (SIS) investigations concerning herself since April 2, 2015; and all Psychology Database System (PDS) records concerning herself since April 2, 2015.  A true and correct copy of FOIA Request 2015-06335 is attached as Exhibit D to this declaration.

17.     At the time of her request, inmate Pinson was designated to USP Florence, which is among institutions assigned to the NCRO of the BOP.  Accordingly, the request was forwarded by Central Office FOIA staff to the NCRO.  On July 15, 2015, a letter was sent to inmate Pinson acknowledging receipt of her request and notifying her of the

tracking number assigned to her request.  A true and correct copy of the July 15, 2015, letter to inmate Pinson is attached as Exhibit E to this declaration.

18.   NCRO FOIA staff contacted USP Florence staff and requested they conduct a search for records responsive to inmate Pinson's request.  On March 15, 2016, the NCRO received information from USP Florence that records responsive to inmate Pinson's request totaled approximately 1,774 pages, which resulted in an approximate fee of $83.70 (1774 pages minus 100 free pages = 1674 x 5 cents per page = $83.70).  On March 16, 2016, inmate Pinson was notified of the estimated fees regarding this request and was advised she could agree to pay fees, reformulate her request to meet a lower fee or receive the first 100 pages free of charge as the regulations require.  On Mach 28, 2016, the NCRO received correspondence from inmate Pinson wherein she agreed to pay fees in the amount of $83.70.   True and correct copies of the March 15, 2016, March 16, 2016, and March 28, 2016 correspondence are attached as Exhibit F to this declaration.

19.   Based on inmate Pinson's agreement to pay fees, records responsive to her request were processed by the NCRO FOIA Specialist.  On July 6, 2016, inmate Pinson was notified that review of the responsive records resulted in 1143 pages available for release in full; 367 pages available for release in part; and 185 pages not releasable to her.  Plaintiff was also advised that based on the final processing of the records, actual fees totaled $70.50 (1510 pages - 100 free pages = 1410 pages x 5 cents per page = $70.50).  Inmate Pinson was informed the fee was due and payable to the United States Treasury within 30 days of receipt of the fee letter.  Inmate Pinson was also advised that once her payment was received, the records available for release in full and in part would be provided to her.  A true and correct copy of the July 6, 2016, letter to inmate Pinson is attached as Exhibit G to this declaration.

20.    Under Department of Justice FOIA regulations, "[w]here a requester has previously failed to pay a properly charged FOIA fee to any component or agency within 30 calendar days of the billing date, a component may require the requester to pay the full amount due, plus any applicable interest on that prior request, and the component may require that the requester make an advance payment of the full amount of any anticipated fee before the component begins to process a new request or continues to process a pending request or any pending appeal." See 28 C.F.R. § 16.10 (i)(3)

21.    On September 21, 2016, correspondence was sent to inmate Pinson indicating the BOP had not yet received her payment in the amount of $70.50.  Inmate Pinson was advised that because of her lack of payment, Request 2015-06335 was being administratively closed. Inmate Pinson was also advised her failure to pay fees owed was impacting other requests she had pending.   Specifically, the requests identified by inmate Pinson in her First Amended Complaint that were administratively closed as a result of her failure to pay fees owed in Request 2015-06335 are: 2015-01418, 2016-07240, 2016-06818, 2016-07057, 2016-05893, 2016-04932, 2016-6821, 2016-05822, 2016-06820, 2016-05508, 2016-03880, 2016-05378, 2016-06819, and 2016-05245.  Inmate Pinson was also informed that if she decided to pay the fees owed in 2015-06335, she must advise the BOP in writing how she wanted to proceed with the requests closed as a result of her non-payment of fees. Inmate Pinson was also notified of her right to appeal this decision to OIP.  A true and correct copy of the September 21, 2016, letter to inmate Pinson is attached as Exhibit H to this declaration.

22.    On October 21, 2016, inmate Pinson responded to our September 21, 2016, indicating that she had not received the letter because she had been transferred to another institution. Inmate Pinson indicated that she was in the process of arranging payment in the amount

of $70.50.  A true and correct copy of the October 21, 2016, letter from inmate Pinson is attached as Exhibit I to this declaration.

23.     On November 9, 2016, Julia Capel, founder of Help From Outside, submitted a money order in the amount of $70.50, on behalf of inmate Pinson, to cover fees due in Request 2015-06335.  The correspondence from Ms. Capel and the money order were received in the Legal Department at the North Central Region on November 17, 2016.  Upon receipt of the money order, the responsive documents were mailed to inmate Pinson.  A true and correct copy of the November 9, 2016, letter and copy of the money order from Julia Capel and a copy of the July 27, 2016 letter, marked payment received November 17, 2016, to inmate Pinson delivering the documents responsive to this request are attached as Exhibit J to this declaration.

24.     As noted, inmate Pinson was advised that if she decided to pay fees owed, she would have to notify the BOP in writing of how she wished for us to proceed with the other requests administratively closed as a result of the unpaid fees. At no time did the BOP receive any correspondence from inmate Pinson indicating her preferred course of action for the closed requests.  Accordingly, the 14 requests administratively closed as a result of her failure to pay fees remain closed.

25.     Inmate Pinson was also provided appeal rights concerning these requests.  On May 28, 2019, OIP confirmed they had not received an appeal from inmate Pinson regarding the NCRO's decision to not process FOIA Requests 2015-01418, 2016-07240, 2016-06818, 2016-07057, 2016-05893, 2016-04932, 2016-6821, 2016-05822, 2016-06820, 2016-05508, 2016-03880, 2016-05378, 2016-06819, and 2016-05245 pursuant to 28 C.F.R. § 16.10 (i)(3). OIP also confirmed that inmate Pinson did not appeal the final determination made by the BOP in Request No. 2015-06335. See Exhibit C, *supra*.

*FOIA Request 2017-01605*

26.     In FOIA Request 2017-01605, inmate Pinson sought copies of all emails created by Regional staff (which was reasonably interpreted to be NCRO staff since inmate Pinson was designated at an NCRO institution at the time of her request), Designations and Sentence Computation Center (DSCC) staff, and USMCFP Executive and Psychology staff from October 1, 2016 through December 13, 2016, (which is the date the BOP received her request) concerning herself.  A true and correct copy of FOIA Request 2017-01605 is attached as Exhibit K to this declaration.

27.     Because inmate Pinson's request sought records mostly involving staff in the NCRO and because she was designated at an institution in the NCRO, the Central Office FOIA Specialist forwarded inmate Pinson's request to the NCRO for searching and processing of responsive emails.  On November 15, 2016, the NCRO acknowledged inmate Pinson's request and notified her of the tracking number assigned to her request. A true and correct copy of the November 15, 2016, acknowledgment letter is attached as Exhibit L to this declaration.

28.     The BOP uses a Novell GroupWise email system to provide internal and external email communication by staff.  To archive email, the BOP also uses the Netmail Email Archive System ("Netmail").  Netmail collects email content directly from GoupWise and saves it into its separate system in an SML file format, preserving applicable metadata in the corresponding property page.  Regular email messages are flagged for a seven-year retention period and emails flagged as trash are subject to a 45-day retention period.

29.     Via Netmail, BOP staff email is ordinarily searchable using names, date ranges, and specific search terms.  After the email is searched and responsive email is located and

collected, that email can be exported from Netmail for review purposes and will automatically include the corresponding property page(s), which provide tracking information for the email.

30.     To search for emails responsive to a FOIA request, a network administrator must log into Netmail, identify the staff member's email to be searched by the staff member's network user ID, and then conduct a search against their archive based on defined search terms and dates provided by the FOIA requester.  A search may take from two-to-six hours to complete.  After the search is completed and saved, the responsive email must be exported to a reviewable file format.  This export process, depending on the number of search results, may take from two-to-twelve hours.  This process must be repeated for every identified staff member.

31.     Department of Justice regulations provides that fees may be assessed for any search or release of records when the disclosure constitutes a release in excess of 100 pages, a search for the requested records(s) exceeds two (2) hours; and where the total fees exceed $25.00. See 28 C.F.R.§ 16.10 (c).

32.     Based on the plain language of inmate Pinson's request, the NCRO FOIA Specialist determined there were approximately 443 staff requiring an email search.  The NCRO FOIA Specialist was advised that searching 443 staff email accounts would take approximately 110.75 hours.  Because requesters are allowed two hours of search time free of charge, to calculate the estimated cost of inmate Pinson's search fees, the NCRO FOIA Specialist subtracted two hours from the 110.75 hours for a total of 108.75 hours of search time.  Since fees are calculated on a quarter hour basis, 108.75 hours was converted to 435 quarter hours of search time, which resulted in fees of approximately $2066.25 (435 quarter hours x the administrative/clerical rate for searches of $4.75/quarter hour =$2066.25).

33.    Department of Justice regulations provide that, "when a component determines or estimates that a total fee to be charged under this section will exceed $250.00, it may require that the requester make an advance payment up to the amount of the entire anticipated fee before beginning to process the request.  See 28 C.F.R.16.10 (i)(2).

34.    On January 25, 2017, the NCRO FOIA Specialist provided inmate Pinson with a breakdown of costs and informed her that because estimated fees exceeded $250.00, she would need to pay the fees in advance, modify her request to meet a lower fee or notification that she wished to receive only the first two hours of free search time as allowed by statute.  A true and correct copy of the January 24, 2017, letter to inmate Pinson is attached as Exhibit M to this declaration.

35.    On February 8, 2017, the NCRO FOIA Specialist received correspondence from inmate Pinson wherein she agreed to pay up to $100 in search expenses, split equally among the different locations.  A true and correct copy of the letter received from inmate Pinson on February 8, 2017, is attached as Exhibit N to this declaration.

36.    Based on inmate Pinson's response, the NCRO FOIA Specialist's experience and conversations with other NCRO staff, 38 staff were identified who could reasonably be expected to have emails concerning inmate Pinson from the USMCFP Executive and Psychology staff, Regional, and DCSS staff.  The NCRO FOIA Specialist provided the network administrator the following search parameters for searching the 38 staff members' emails:

Search Terms: "Pinson" "Pinson, Jeremy" and "Register No. 16267-064"

Date Range: October 1, 2016 through December 13, 2016

37.    Using the search procedures described above and the parameters the NCRO FOIA Specialist provided, as well as the $100 fee inmate Pinson agreed to pay, the network

specialist conducted the email search.  The search resulted in 2100 pages of email records which were provided to the NCRO FOIA Specialist for processing.

38.  On November 15, 2017, the NCRO FOIA Specialist notified inmate Pinson that based on her agreement to pay fees of up to $100.00, her request was processed and resulted in 1094 pages releasable in full, 1006 pages releasable in part and 1324 pages withheld in their entirety.  Inmate Pinson was further advised that based on her agreement to pay, the amount of $100.00 was due and a check or money order in the amount of $100 should be made payable to the United States Department of Treasury within 30 days of the date of the response letter.  Inmate Pinson was also informed that the records she requested would be provided to her upon receipt of her payment.  Inmate Pinson was also advised of her right to file an appeal if she disagreed with the BOP's determination of his request. A true and correct copy of the November 15, 2017, letter to inmate Pinson is attached as Exhibit O to this declaration.

39.  Because inmate Pinson did not respond to the NCRO's fee notification in FOIA Request 2017-01605, on January 17, 2018, she was notified by the NCRO FOIA Specialist that her failure to pay fees resulted in the administrative closing of FOIA Request 2017-01605. Inmate Pinson was further notified that her failure to pay fees was impacting 24 other requests she had pending and would impact any future requests and/or appeals she filed. Of the 24 requests inmate Pinson was advised were being administratively closed as a result of her failure to pay fees, the following seven (7) requests are specifically identified in her First Amended Complaint: 2017-00076, 2017-01050, 2017-01759, 2017-01768, 2017-02443, 2017-03830 and 2017-3976.  Inmate Pinson was also advised that if she decided to pay the fees due in FOIA Request 2017-01605, she must notify the BOP in writing if she wished for the BOP to reopen the requests administratively closed for failure to pay fees.

Inmate Pinson was also informed of her right to appeal should she disagree with the determination of the BOP.  A true and correct copy of the January 17, 2018, letter to inmate Pinson is attached as Exhibit P to this declaration.

40.     On May 28, 2019, OIP confirmed that inmate Pinson did not appeal FOIA Request 2017-01605, nor did she appeal any of the seven requests identified in the First Amended Complaint administratively closed as a result of her failure to pay the $100.00 fee.  See Exhibit C, *supra*.

41.     Of the remaining 21 requests identified by inmate Pinson in her First Amended Complaint, 20 were processed while awaiting response from inmate Pinson concerning FOIA Request 2017-01605. One request appears to have been misidentified by inmate Pinson as review determined it was neither filed by, nor on behalf of, inmate Pinson. Each of those requests are discussed individually below.

*FOIA Request 2014-05115*

42.     On February 24, 2014, inmate Pinson submitted a request to the Central Office wherein she sought all documents showing money paid by the BOP for lawsuits against it or its employees between January 1, 2008 and January 1, 2014 and a copy of the complaint for each incident.   A true and correct copy of FOIA Request 2014-05115 is attached as Exhibit Q to this declaration.

43.     At the time inmate Pinson's request was received by the Central Office, she was designated at ADX Florence (an NCRO institution).  Accordingly, the Central Office FOIA Specialist forwarded the request to the NCRO for response. On March 12, 2014, a letter from the NCRO was sent to inmate Pinson acknowledging her request and notifying her of the tracking number assigned to her request.  A true and correct copy of the March 12, 2014,

letter to inmate Pinson acknowledging her request is attached as Exhibit R to this declaration.

44.     Legal Departments in the BOP utilize a system known as Content Manager for case management of lawsuits and administrative tort claims.  All Legal staff, including FOIA Specialists, have access to Content Manager.  Accordingly, the NCRO FOIA Specialist conducted a search of Content Manager utilizing the terms identified in inmate Pinson's request, i.e. all money paid out for lawsuits by the BOP between January 1, 2008 and January 1, 2014.  The search located 165 pages of responsive records.  Of those 165 pages, 75 pages were determined to be releasable in full, 70 pages were determined to be releasable in part and 18 pages were withheld in full. On September 1, 2016, inmate Pinson was provided the pages released in full and in part.  Inmate Pinson was advised of her right to appeal the BOP's determination of her request to OIP. A true and correct copy of the September 1, 2016, letter to inmate Pinson is attached as Exhibit S to this declaration.

45.     On May 28, 2019, OIP confirmed that inmate Pinson did not appeal Request No.  2014-05115. See Exhibit C *supra*.

### FOIA Request No. 2015-03237

46.     In FOIA Request 2015-03237, inmate Pinson sought all information related to a use of force on February 11, 2015; use of restraints from February 11, 2015 through February 12, 2015; the SIS, FBI, OIA or OIG investigation into the February 11, 2015 incident and all video records of the February 2015 incident at USMCFP Springfield, all involving her. Inmate Pinson's request was received in the Central Office FOIA Section on February 24, 2015. A true and correct copy of FOIA Request 2015-03237 is attached as Exhibit T to this declaration.

47.     The USMCFP Springfield in located within the NCRO of the BOP.  Accordingly, inmate
        Pinson's request was forwarded by the Central Office FOIA staff to the NCRO for
        response.  On March 3, 2015, a letter was sent to inmate Pinson acknowledging receipt of
        her request and notifying her of the tracking number assigned to her request.[2] A true and
        correct copy of the March 3, 2015, letter to inmate Pinson is attached as Exhibit U to this
        declaration.

48.     Inmate Pinson requested documents regarding calculated use of force at USMCFP
        Springfield on February 11, 2015.   Program Statement 5566.06, Use of Force and
        Application of Restraints, explains that a calculated use of force "occurs in situations where
        an inmate is in an area that can be isolated (e.g., a locked cell, a range) and where there is
        no immediate, direct threat to the inmate or others."   Staff will attempt to resolve the
        situation before using force.  Program Statement 5566.06 indicates that the entire use of
        force must be documented, and staff memoranda are placed in the inmate's Central File.
        However, the staff memoranda, as well as additional documentation, are also compiled as
        part of an investigative packet and maintained by the Special Investigative Services (SIS)
        Office at the institution where the calculated use of force occurred.   The documents
        typically include a Report of Incident, After-Action Review Report, and staff memoranda.
        Since Pinson requested "all documents" regarding the uses of force, it was determined a
        search of the SIS Office would be reasonably calculated to uncover the greatest number of
        responsive documents.

---

2 There is a typographical error on the March 3, 2015, acknowledgment letter to inmate Pinson.  The FOIA Request
number was misidentified as 2015-03192; however, the description of the records sought matches FOIA Request
2015-03237.

49.    SIS records are maintained in a centralized computerized database called TRUINTEL, which is searchable by date range or by inmate register number.  A search by date range will retrieve a list of each case generated during that time frame; a search by register number will also retrieve a list of each case associated with that inmate.  Selecting the case from either search result will retrieve a list of documents associated with that case.  In turn, selecting the document name will retrieve the document, which can then be saved.

50.    USMCFP Springfield SIS staff conducted a search for responsive records in TRUINTEL and provided responsive documents to the NCRO FOIA Specialist.

51.    By letter dated July 26, 2016, NCRO released 9 pages of responsive records in full, 14 pages in part, and 138 pages were not releasable to inmate Pinson.  Inmate Pinson was also advised of her right to appeal the BOP's determination of her request to OIP. A true and correct copy of the April 11, 2016, letter to inmate Pinson is attached as Exhibit V to this declaration.

52.    On May 28, 2019, OIP confirmed that inmate Pinson did not appeal Request No. 2016-03237.  See Exhibit C, *supra*.

**FOIA Request 2016-05251**

53.    In FOIA Request 2016-05251, inmate Pinson requested copies of all records relating to oral statements made by an Officer and an SIS staff member at USP Allenwood wherein they alleged to have stated they intended to give inmate Pinson additional time in the Special Housing Unit (SHU) for filing a FOIA request seeking access to a threat assessment. Inmate Pinson also requested all records related to her hospitalization on May 25, 2016.  A true and correct copy of FOIA Request 2016-05251 is attached as Exhibit W to this declaration.

17

54.     At the time of her request, inmate Pinson was designated at USP Allenwood (a NERO
institution).   Accordingly, the Central Office FOIA Specialist forwarded the request to
NERO for response.  On June 10, 2016, a letter was sent by the NERO FOIA Specialist to
inmate Pinson acknowledging receipt of her request and notifying her of the tracking
number assigned to her request. A true and correct copy of the June 10, 2016, letter to
inmate Pinson is attached as Exhibit X to this declaration.

55.     While designated at USP Allenwood, inmate Pinson was placed in the SHU.  Because
inmate Pinson specifically identified a Correctional Officer and an SIS employee, both
members of the Correctional Services Department, the Special Investigative Agent (SIA)
at USP Allenwood, was asked to conduct a search for responsive records.  The SIA, who
is the supervisor of the SIS (the SIS is part of the Correctional Services Department), is the
person most reasonably likely to be aware of any such statements and/or documentation
concerning such statements.  Accordingly, the NERO FOIA Specialist requested the SIA
conducted a search of all areas reasonably expected to maintain information responsive to
inmate Pinson's request.   A thorough search by the SIA, which included review of
TRUINTEL, located no records responsive to this portion of inmate Pinson's request.  A
true and correct copy of the SIA's search efforts are attached as Exhibit Y to this
declaration.

56.     Inmate Pinson also requested copies of all records related to her hospitalization on March
25, 2016.  Medical staff at USP Allenwood located 22 pages of responsive records.  By
letter dated August 31, 2016, the NERO FOIA Specialist released 1 page in full and 21
pages in part to inmate Pinson concerning her hospitalization.  No records were withheld
in their entirety. Inmate Pinson was also informed there were no records regarding any
discussion about extending her stay in the SHU because she filed a FOIA request.   Inmate

Pinson was also advised of her right to appeal the BOP's determination of her request to OIP. A true and correct copy of the August 31, 2016, letter to inmate Pinson is attached as Exhibit Z to this declaration.

57.     On May 28, 2019, OIP confirmed that inmate Pinson did not appeal Request No. 2016-05251. See Exhibit C, *supra*.

### FOIA Request 2016-05391

58.     FOIA Request 2016-05391 was a remand from the OIP.  Inmate Pinson sought all of the BOP's Office of Internal Affairs (OIA) records generated from July 2012 through the date of his original request, which was November 14, 2013, concerning her.  A true and correct copy of the original request and OIP remand is attached as Exhibit AA to this declaration.

59.     Because the OIA is located in the Central Office of the BOP, this request remained in the Central Office for processing.  The Central Office FOIA staff contacted OIA and requested they conduct a search for all OIA records concerning inmate Pinson from July of 2012 through November of 2013.   This search by OIA resulted in 137 pages of responsive records.

60.     By letter dated September 13, 2016, the Central Office FOIA Specialist released 11 pages of records in full, 24 pages in part and 96 pages were withheld in full.  Inmate Pinson was also advised of her right to appeal the BOP's determination of her request to OIP.  A true and correct copy of the September 13, 2016, Letter to inmate Pinson is attached as Exhibit BB to this declaration.

61.     On May 28, 2019, OIP confirmed that inmate Pinson did not appeal FOIA Request 2016-05391. See Exhibit C *supra*.

*FOIA Request 2016-07466*

62.     In FOIA Request 2016-07466, inmate Pinson sought any documents, memos or emails which 1) reflected the SIS at USP Allenwood investigating the activities of inmate Pinson and another inmate at USP Allenwood and 2) reflected the SIS participated in the physical housing separation of inmate Pinson and another inmate at USP Allenwood. A true and correct copy of FOIA Request 2016-07466 is attached as Exhibit CC to this declaration.

63.     At the time of the request, inmate Pinson was located at USP Terre Haute.  However, because the activities inmate Pinson sought records concerning occurred while she was located at USP Allenwood (a NERO institution), the Central Office FOIA Specialist forwarded the request to the NERO for response.  The NERO FOIA Specialist contacted the SIS at USP Allenwood and requested they search for any records responsive to inmate Pinson's request.   SIS Staff were asked to search files for records involving their investigation and physical separation of inmate Pinson and another inmate at USP Allenwood.  SIS staff searched in all areas reasonably expected to produce any records responsive to Pinson's request including TRUINTEL.  A thorough search by the SIS resulted in no responsive records being located. A true and correct copy of the SIS's search efforts are attached as Exhibit DD to this declaration.

64.     By letter dated April 26, 2017, the NERO FOIA Specialist notified inmate Pinson of the search results.   Inmate Pinson was also advised of her right to appeal the BOP's determination of her request to OIP.  A true and correct copy of the April 26, 2017, Letter to Pinson is attached as Exhibit EE to this declaration.

65.     On May 28, 2019, OIP confirmed that inmate Pinson did not appeal Request No. 2016-07466.  See Exhibit C, *supra.*

*FOIA Request 2017-00070*

66.    In FOIA Request 2017-00070, inmate Pinson sought copies of all investigations of criminal matters referred to the FBI from 2015 to 2016 from USP Terre Haute and all FD-302 interviews with USP Terre Haute inmates from 2015 to 2016.  A true and correct copy of FOIA Request No. 2017-00070 is attached as Exhibit FF to this declaration.

67.    Inmate Pinson specifically identified the location of the documents to be at USP Terre Haute (an NCRO institution).  Accordingly, the Central Office FOIA Specialist forwarded the request to the NCRO. On November 18, 2016, a letter was sent by the NCRO FOIA Specialist to inmate Pinson acknowledging receipt of her request and notifying her of the tracking number assigned to her request. A true and correct copy of the November 18, 2016, letter to inmate Pinson acknowledging her request is attached as Exhibit GG to this declaration.

68.    The NCRO FOIA Specialist contacted USP Terre Haute and requested they conduct a search for records responsive to inmate Pinson's request. Because the SIS is the area most reasonably likely to have documents responsive to criminal matters referred to the FBI and any FD-302 interviews of inmates, staff at USP Terre Haute requested the SIS conducted a search of their records, including TRUINTEL.  Because Pinson sought investigations of criminal matters referred to the FBI by USP Terre Haute, TRUINTEL was location most reasonably determined to produce records responsive to Pinson's request. Because Pinson specifically requested records involving USP Terre Haute only, no other institutions were contacted to search for responsive records.

69.    By letter dated January 20, 2017, the NCRO FOIA Specialist advised inmate Pinson that in response to her request, staff located 51 pages of responsive records which were releasable to her in full, 41 pages of records releasable in part and 8 pages determined to

be not releasable to her.  Inmate Pinson was also notified that to the extent other records responsive to her request may have existed, the NCRO neither confirmed nor denied the existence of such records.  Absent consent from any other party, or an overriding public interest, any official acknowledgment by the BOP of such records could reasonably be expected to constitute an unwarranted invasion of privacy.  Inmate Pinson was also advised of her right to appeal the agency's determination to OIP.  A true and correct copy of the January 20, 2017, letter to Inmate Pinson is attached as Exhibit HH to this declaration.

70.     On May 28, 2019, OIP confirmed that inmate Pinson did not appeal Request No. 2017-00070.  See Exhibit C, *supra.*

**FOIA Request 2017-01288**

71.     In FOIA Request No. 2017-01288, inmate Pinson requested a copy of her transfer summary completed by a psychologist at USMCFP Springfield.   A true and correct copy of FOIA Request 2017-01288 is attached as Exhibit II to this declaration.

72.     Because inmate Pinson was designated to USMCFP Springfield (an NCRO institution) at the time her request was received, the Central Office FOIA Specialist forwarded her request to the NCRO. On December 2, 2016, a letter was sent by the NCRO FOIA Specialist to inmate Pinson acknowledging receipt of her request and notifying her of the tracking number assigned to her request. A true and correct copy of the December 2, 2016, letter to inmate Pinson acknowledging receipt of her request is attached as Exhibit JJ to this declaration.

73.     The NCRO FOIA Specialist contacted USMCFP Springfield for a copy of the transfer summary.  Psychology records are maintained in a system known as the Psychology Data System (PDS).  Prior to 2014, PDS was an independent database wherein all psychology records for inmates were maintained.  In 2014, the PDS was merged into the BOP's

electronic medical record system known as BEMR.  The area within BEMR which maintains psychology records is now referred to as PDS-BEMR. The BEMR/PDS-BEMR is the official medical and mental health documentation system for the BOP.  However, records created prior to the incorporation are archived in the PDS independent database and are fully accessible by psychology staff.  Because the Transfer Summary requested by Pinson was written prior to the incorporation of PDS into BEMR, Psychology staff at USMCFP Springfield accessed the archived PDS records belonging to inmate Pinson and retrieved the requested transfer summary, which are retrievable by inmate name and register number. USMCFP Springfield staff located 8 pages of records responsive to inmate Pinson's request and forwarded those records to the NCRO FOIA Specialist for processing.

74.    On January 26, 2017, the NCRO FOIA Specialist determined the 8 pages were not available for release to inmate Pinson.  Inmate Pinson was advised of her right to appeal the BOP's determination of her request to OIP.  A true and correct copy of the January 26, 2017, letter to Inmate Pinson is attached as Exhibit KK to this declaration.

75.    On May 28, 2019, OIP confirmed that inmate Pinson did not appeal Request No. 2017-01288. See Exhibit C, *supra*.

76.    While reviewing FOIA Request No. 2017-01288 as a result of this litigation, I determined that FOIA Request No. 2017-01288 was not processed appropriately.  Accordingly, on May 22, 2019, I re-opened FOIA Request No. 2017-01288 and provided a supplemental release of 8 pages, in full, to inmate Pinson.  A true and correct copy of the May 22, 2019, letter to inmate Pinson is attached as Exhibit LL to this declaration.

*FOIA Request 2017-01575*

77.    In FOIA Request 2017-01575, inmate Pinson requested all information relating to Administrative Tort Claim Numbers TRT-NCR-2017-00284, TRT-NCR-2016-06217,

TRT-NCR-2016-06216, and TRT-NCR-20167-00583.  A true and correct copy of FOIA Request No. 2017-01575 is attached as Exhibit MM to this declaration.

78.   All Tort Claims requested identified by inmate Pinson in FOIA Request No. 2017-01575 were submitted in the NCRO.  Accordingly, the Central Office FOIA Specialist forwarded inmate Pinson's request to the NCRO for processing.   On November 15, 2016, a letter was sent by the NCRO FOIA Specialist to inmate Pinson acknowledging receipt of her request and notifying her of the tracking number assigned to her request.  A true and correct copy of the November 15, 2016, letter to inmate Pinson acknowledging her request is attached as Exhibit NN to this declaration.

79.   Program Statement 1320.06, Federal Tort Claims Act, provides instructions for submitting an Administrative Tort Claim to the BOP.  Proper submission includes mailing the request to the Regional Counsel's Office with jurisdiction over the issue(s) presented in the claim. Once it is received and evaluated by the Regional Counsel's Office, entered into the Content Manager database, the claim is electronically forwarded to Legal Department at the institution responsible for investigation.  If the claim involves property related issues, the Warden has final decision making authority and adjudicates the claim.  If the claim involves personal injury or medical malpractice, the responsible institution completes an investigation and makes a recommendation for response to the Administrative Tort Claim to the Regional Counsel.

80.   At the time inmate Pinson submitted FOIA Request No. 2017-01575, she was designated at the USCMFP Springfield.  Of the four claims identified by inmate Pinson, two were related to events occurring at USP Terre Haute, one at FCI Greenville and one at USMCFP Springfield.  Because all Legal staff have access to Administrative Tort Claims regardless of the location of the claim, and because inmate Pinson was designated at USMCFP

Springfield at the time the request was received, the NCRO FOIA Specialist requested responsive records from Legal Staff at USMCFP Springfield.  As noted previously, Administrative Tort Claims are electronically filed in the database known as Content Manager.  Because Content Manager is the official record system for Administrative Tort Claims, it is the location most reasonably expected to hold responsive records.  Legal Staff at USMCFP Springfield searched Content Manager for records responsive to the four claims identified by inmate Pinson.

81.     Legal staff at USMCFP Springfield forwarded the responsive records to the NCRO FOIA Specialist. Based on review of all four claims and information provided by Legal Staff at USMCFP Springfield, it was determined that all four Administrative Tort Claims remained pending.  As a result, the only documents available for release to inmate Pinson were the actual claims she completed and submitted.  Accordingly, on January 30, 2017, the NCRO FOIA Specialist notified inmate Pinson that 12 pages of documents were available for release to her in full.  The remaining records were withheld in their entirety because adjudication of the claims remained pending.  Inmate Pinson was advised of her right to appeal the BOP's determination of her request to OIP.  A true and correct copy of the January 30, 2017, letter to Inmate Pinson is attached at Exhibit OO to this declaration.

82.     On May 28, 2019, OIP confirmed that inmate Pinson did not appeal Request No. 2017-01575.  See Exhibit C, *supra*.

***FOIA Request 2017-01578***

83.     In FOIA Request 2017-01817, Pinson sought copies of all photographs taken of herself in the Receiving & Discharge/Intake area of USP Terre Haute, FCI Greenville and USMCFP Springfield.  Inmate Pinson also requested that photos taken in 2016 and on be produced

in color.  A true and correct copy of FOIA Request No. 2017-01578 is attached as Exhibit PP to this declaration.

84.  Program Statement 5800.018, Receiving and Discharge Manual, provides that when an inmate is newly designated at an institution, he or she will go through a process known as an Intake Screening.  Part of the intake screening process involves taking a photograph of the inmate to be utilized on the inmate's commissary card and other instances where positive identification is required.  The photograph is created and maintained in a digital format.  Any printed copies are to be maintained in his/her central file and a commissary card is printed with his/her picture on it.  When an inmate is transferred to another institution, staff at the institution from which the inmate is departing delete the digital image of the inmate from their electronic files.  The inmate will undergo the intake process at each designated institution.

85.  Because inmate Pinson was designated at an NCRO institution at the time of her request, the Central Office FOIA Specialist forwarded the request to the NCRO for response.  On November 15, 2016, a letter was sent by the NCRO FOIA Specialist to inmate Pinson acknowledging receipt of her request and notifying her of the tracking number assigned to her request. A true and correct copy of the November 15, 2016, letter to inmate Pinson acknowledging her request is attached as Exhibit QQ to this declaration.

86.  As inmate Pinson identified three institutions from which she sought her intake photograph, the NCRO FOIA Specialist contacted Receiving and Discharge staff at USP Terre Haute, FCI Greenville and USMCFP Springfield and requested they search their records for intake photographs of inmate Pinson.  When staff at USP Terre Haute conducted a search of their digital photograph files, they located no photos of inmate Pinson because he had already transferred from USP Terre Haute.  Accordingly, no responsive records were located at

USP Terre Haute.  When staff at FCI Greenville were contacted and requested they search for an intake photograph of inmate Pinson, they indicated that because inmate Pinson was simply a short-term holdover at FCI Greenville and was not actually designated there for service of her federal sentence, the typical intake process was neither required nor completed.  Accordingly, FCI Greenville staff indicated no digital intake photos of inmate Pinson were ever taken so no responsive records were located at FCI Greenville.  When staff at USMCFP were contacted and requested to provide copies of inmate Pinson's intake photograph, they located the intake photograph of inmate Pinson and provided it to the NCRO FOIA Specialist. As noted, once an inmate has transferred from an institution, digital copies of intake photographs are deleted. However, extra printed copies of intake photographs are sometimes placed in the inmate's Central File.   In an effort to be responsive to her request, NCRO FOIA staff also requested USMCFP Legal Staff search inmate Pinson's central file for extra copies of her intake photograph. USMCFP Springfield staff located 6 pages of documents containing inmate Pinson's photograph.  On August 24, 2017, the NCRO FOIA Specialist released 2 pages of records in full, 3 pages of records in part, and 1 page was not releasable to inmate Pinson. Inmate Pinson was also advised of her right to appeal the BOP's determination of her request to OIP.  A true and correct copy of the August 24, 2017, letter to inmate Pinson is attached as Exhibit RR to this declaration.

87. On May 28, 2019, OIP confirmed that inmate Pinson did not appeal Request No. 2017-01578.  See Exhibit C, *supra.*

### *FOIA Request 2017-01817*

88. In FOIA Request 2017-01817, Pinson sought copies of all Institution Supplements for USMCFP Springfield related to movement between housing units and the use of

psychiatric seclusion.  A true and correct copy of FOIA Request 2017-01817 is attached as Exhibit SS to this declaration.

89.     As the USMCFP Springfield is among institutions located in the NCRO, the Central Office FOIA Specialist forwarded the request to the NCRO for response. The NCRO FOIA Specialist contacted staff at Springfield to determine whether the requested Institution Supplements were already available to inmates at USMCFP Springfield.  On December 23, 2016, a letter was sent by the NCRO FOIA Specialist to inmate Pinson acknowledging receipt of her request and notifying her of the tracking number assigned to her request. A true and correct copy of the December 23, 2016, letter to inmate Pinson acknowledging her request is attached as Exhibit TT to this declaration.

90.     On January 24, 2017, USMCFP Springfield staff notified the NCRO FOIA Specialist that the Institution Supplements requested by inmate Pinson were indeed available to the inmate population.  On February 23, 2017, inmate Pinson was notified that all releasable program statements and institution supplements, including those regarding movement between housing units and use of psychiatric seclusion, were available in the institution law library. Inmate Pinson was advised that because the records she sought were already available publicly, her request was not a proper FOIA request pursuant to 18 U.S.C. §552 (a)(1) or (a)(2).  Inmate Pinson was also advised that should she wish to make a request for records not already available publicly, she could submit a new request describing the specific agency records she sought.  Inmate Pinson was advised of her right to appeal the BOP's determination of her request to OIP. A true and correct copy of the letter dated February 23, 2017, from the NCRO FOIA Specialist to inmate Pinson is attached as Exhibit UU to this declaration.

28

91.    On May 28, 2019, OIP confirmed they had not received an appeal from Inmate Pinson concerning FOIA Request No. 2017-01817.  See Exhibit C, *supra*

*FOIA Request 2017-02203*

92.    In FOIA Request 2017-02203, inmate Pinson sought copies of all information regarding the death of an inmate at USMCFP Springfield.  A true and correct copy of FOIA Request No. 2017-02203 is attached as Exhibit VV to this declaration.

93.    Because inmate Pinson was designated to USMCFP Springfield (an NCRO institution) at the time her request was received, the Central Office FOIA Specialist forwarded her request to NCRO for response. By letter dated January 27, 2017, inmate Pinson was notified that her request for records of another inmate were categorically denied because of the inherent safety and security risks when an inmate possesses another inmate's records. Inmate Pinson was advised of her right to appeal the BOP's determination of her request to OIP.  A true and correct copy of the January 27, 2017, response letter to inmate Pinson is attached as Exhibit WW to this declaration.

94.    On May 28, 2019, OIP confirmed they had not received an appeal from Inmate Pinson concerning FOIA Request No. 2017-02203.  See Exhibit C, *supra*.

*FOIA Request 2017-02309*

95.    In FOIA Request 2017-02309, inmate Pinson sought copies of all PREA information maintained by USP Terre Haute, including but not limited to staff emails, concerning herself.  A true and correct copy of FOIA Request 2017-02309 is attached as Exhibit XX to this declaration.

96.    Because Pinson sought records specifically concerning USP Terre Haute (an NCRO institution), the Central Office FOIA Specialist forwarded the request to the NCRO for response. On January 20, 2017, a letter was sent by the NCRO FOIA Specialist to inmate

Pinson acknowledging receipt of her request and notifying her of the tracking number assigned to her request. A true and correct copy of the January 20, 2017, letter to inmate Pinson acknowledging her request is attached as Exhibit YY to this declaration.

97. The NCRO FOIA Specialist contacted staff at USP Terre Haute and requested they conduct a search for responsive records. The search by USP Terre Haute staff resulted in 12 pages of responsive records. On September 25, 2017, inmate Pinson was notified by the NCRO FOIA Specialist that 1 page of responsive records was releasable to her in full, 7 pages were releasable in part and 4 pages were not releasable to her. Inmate Pinson was also notified that in response to her request for emails, she did not provide enough information to allow for a reasonable search to be conducted. Staff emails are archived by individual. Inmate Pinson did not identify individual staff, nor did she provide enough information for the NCRO FOIA Specialist to reasonably determine which staff at USP Terre Haute may have had responsive emails. Inmate Pinson was notified that should she wish to clarify this portion of her request by identifying the specific staff from which she sought emails, she would need to do so within 30 days of the date of the response letter. Inmate Pinson was advised of her right to appeal the BOP's determination of her request to OIP. A true and correct copy of the September 25, 2017, letter is attached as Exhibit ZZ to this declaration.

98. On May 28, 2019, OIP confirmed they had not received an appeal from Inmate Pinson concerning FOIA Request No. 2017-01817. See Exhibit C, *supra*.

### *FOIA Request 2017-02623*

99. In FOIA Request 2017-02623, inmate Pinson sought copies of information related to a letter dated October 19, 2016, from the Office of the Inspector General, Chicago Field

Office to the BOP's OIA.  A true and correct copy of FOIA Request 2017-02623 is attached as Exhibit AAA to this declaration.

100.  The Central Office FOIA Specialist forwarded the request to the NCRO as inmate Pinson was designated to an NCRO institution at the time of the request.  On February 7, 2017, a letter was sent by the NCRO FOIA Specialist to inmate Pinson acknowledging receipt of her request and notifying her of the tracking number assigned to her request.  A true and correct copy of the November 7, 2017, letter to inmate Pinson acknowledging her request is attached as Exhibit BBB to this declaration.

101.  The NCRO FOIA Specialist contacted the BOP's OIA staff and requested they provide records responsive to inmate Pinson's request.  OIA indicated that inmate Pinson did not provide enough detail to allow them to conduct a reasonable search of their database. Inmate Pinson did not identify the specific conduct, staff and/or inmates involved or even a date range that would allow OIA staff to conduct a search of their database.  A true and correct copy of the email from OIA indicating there was not sufficient information provided to conduct a search of their database is attached as Exhibit CCC to this declaration.

102.  On February 14, 2017, inmate Pinson was notified by the NCRO FOIA Specialist that based on the limited information she provided, they were unable to determine what records she was seeking.  The NCRO FOIA Specialist requested inmate Pinson provide any additional information that would aid in search efforts and to provide the information within 30 days of the date of our response.  Inmate Pinson was advised of her right to appeal the BOP's determination of her request to OIP.  A true and correct copy of the February 14, 2017, letter to inmate Pinson is attached as Exhibit DDD to this declaration.

103.    A thorough review of the BOP's FOIA database reveals inmate Pinson did not provide any information to clarify her request.  Accordingly, on March 28, 2017, FOIA Request No. 2017-02623 was administratively closed.

104.    On May 28, 2019, OIP confirmed that inmate Pinson did not appeal Request No. 2017-02623.  See Exhibit C, *supra*.

**FOIA Request 2017-03884**

105.    In FOIA Request 2017-03884, inmate Pinson sought copies of all information related to an incident involving herself on March 24, 2017, at the USMCFP Springfield.  A true and correct copy of FOIA Request 2017-03884 is attached as Exhibit EEE to this declaration.

106.    Because inmate Pinson specifically identified the location of the incident as USMCFP Springfield (an NCRO institution), the Central Office FOIA Specialist forwarded the request to the NCRO. On April 7, 2017, a letter was sent by the NCRO FOIA Specialist to inmate Pinson acknowledging receipt of her request and notifying her of the tracking number assigned to her request.  A true and correct copy of the April 7, 2017, letter to inmate Pinson acknowledging her request is attached as Exhibit FFF to this declaration.

107.    The NCRO FOIA Specialist contacted the Legal Department at USMCFP Springfield and requested they conduct a search for records responsive to inmate Pinson's request.  The Legal Assistant at USMCFP Springfield conducted a search of all areas reasonably likely to produce records responsive to the March 24, 2017, "incident".  The Legal Assistant notified the NCRO FOIA Specialist that she contacted the SIS Department at USMCFP Springfield and requested they search their database for responsive records.  The SIS Department's search was met with negative results.  The Legal Assistant also indicated that because inmate Pinson had been transferred from the USMCFP to FMC Rochester, the only other location reasonably expected to have responsive documents was inmate Pinson's

central file.  A true and correct copy of the September 18, 2017 email from USMCFP Springfield Legal Staff to the NCRO FOIA Specialist is attached as Exhibit GGG to this declaration.

108.   Program Statement 5800.17, Inmate Central File, Privacy Folder and Parole Mini-Files, provides that an inmate has one central file (at times with multiple volumes) that follow him or her from one institution to another.  One file is maintained so that staff are able to provide consistent case management services, evaluate prior programming activities, review discipline history, work history and education history while in custody. Accordingly, the NCRO FOIA Specialist contacted the Legal Department at FMC Rochester and requested they conduct a search of inmate Pinson's central file for documents responsive to her request.  The Legal Assistant at FMC Rochester reviewed inmate Pinson's central file, which revealed that the "incident" occurring on March 24, 2017, had been expunged from her record.  When an incident is expunged from an inmate's record, any and all documents related to the incident are removed from the inmate's central file.  A true and correct copy of the FOIA Request Worksheet completed by the Legal Assistant at FMC Rochester is attached as Exhibit HHH to this declaration.

109.   By letter dated September 21, 2017, inmate Pinson was advised by the NCRO FOIA Specialist that while staff thoroughly searched for records responsive to her request, no records were located.  Inmate Pinson was advised of her right to appeal the BOP's determination of her request to OIP.  A true and correct copy of the September 21, 2017, response letter to inmate Pinson is attached as Exhibit III to this declaration.

110.   On May 28, 2019, OIP confirmed they had not received an appeal from Inmate Pinson concerning FOIA Request No. 2017-03884.  See Exhibit C, *supra*.

33

*FOIA Request 2017-04065*

111.   In FOIA Request 2017-04065, inmate Pinson sought all information including, but not limited to, post orders related to the issuance and retrieval of razors in the SHU at USP Allenwood.  A true and correct copy of FOIA Request No. 2017-04065 is attached as Exhibit JJJ to this request.

112.   USP Allenwood is among institutions located in the NERO of the BOP. Accordingly, inmate Pinson's request was referred by the Central Office FOIA Specialist to the NERO for processing.  On April 14, 2017, a letter was sent by the NERO FOIA Specialist to inmate Pinson acknowledging receipt of her request and notifying her of the tracking number assigned to her request.  A true and correct copy of the April 14, 2017, letter to inmate Pinson acknowledging her request is attached as Exhibit KKK to this request.

113.   The NERO FOIA Specialist contacted staff at USP Allenwood and requested they search for documents responsive to inmate Pinson's request. Staff at USP Allenwood located 1 page of responsive records and provided that document to the NERO for processing.  As a result of staffing shortages in the NERO, a Central Office FOIA Specialist assisted the NERO with the processing of the 1 page record.  After careful review, it was determined the 1 page was available for release in part to inmate Pinson.  Inmate Pinson was advised of her right to appeal the BOP's determination of her request to OIP.  A true and correct copy of the August 1, 2017, letter from the Central Office FOIA Specialist to inmate Pinson is attached as Exhibit LLL to this declaration.

114.   On May 28, 2019, OIP confirmed they had not received an appeal from Inmate Pinson concerning FOIA Request No. 2017-04065.  See Exhibit C, *supra.*

*FOIA Request 2017-04282*

115.     In FOIA Request 2017-04282, inmate Pinson sought 1) the official name of the cell her

was kept in at the time of her request; 2) the frequency of usage and average stay

(presumably of the cell she occupied at the time of her request); 3) the reason for her

placement and the name of the person who placed her in the SHU; and 4) any photographs

of the interior and exterior of her cell.  A true and correct copy of FOIA Request 2017-

04282 is attached as Exhibit MMM to this declaration.

116.     Because inmate Pinson was designated at the USMCFP Springfield (an NCRO institution)

at the time of her request, the Central Office FOIA Specialist forwarded inmate Pinson's

request to the NCRO. On April 25, 2017, a letter was sent by the NCRO FOIA Specialist

to inmate Pinson acknowledging receipt of her request and notifying her of the tracking

number assigned to her request.  A true and correct copy of the April 25, 2017, letter to

inmate Pinson is attached as Exhibit NNN to this declaration.

117.     The NCRO FOIA Specialist requested Legal Staff at USMCFP Springfield conduct a

search for information responsive to her request.  A thorough search by Legal Staff at

USMCFP Springfield resulted in no records responsive to any of inmate Pinson's request.

A true and correct copy of the search efforts by Legal Staff at USMCFP Springfield is

attached as Exhibit OOO to this declaration.

118.     However, in an effort to be as responsive to inmate Pinson as possible, 3 pages of records

that may have been identifying his quarters assignment were provided to the NCRO FOIA

Specialist for processing.  On November 3, 2017, the NCRO FOIA Specialist released all

3 pages to inmate Pinson in full. Inmate Pinson was advised of her right to appeal the

BOP's determination of her request to OIP.  A true and correct copy of the November 3,

2017, letter to inmate Pinson is attached as Exhibit PPP to this declaration.

119.   On May 28, 2019, OIP confirmed they had not received an appeal from Inmate Pinson concerning FOIA Request No. 2017-04282.   See Exhibit C *supra.*

*FOIA Request 2017-04296*

120.   In FOIA Request 2017-04296, inmate Pinson sought copies of all DHO and psychology records relating to incident reports wherein he was found not competent or not responsible for his actions while in BOP custody.   A true and correct copy of FOIA Request No. 2017-04296 is attached as Exhibit QQQ to this declaration.

121.   Because inmate Pinson was designated at the USMCFP Springfield, and was transferred to FMC Rochester shortly thereafter (an NCRO institution) at the time of her request, the Central Office FOIA Specialist forwarded inmate Pinson's request to the NCRO. On April 25, 2017, a letter was sent by the NCRO FOIA Specialist to inmate Pinson acknowledging receipt of her request and notifying her of the tracking number assigned to her request.   A true and correct copy of the April 25, 2017, letter to inmate Pinson is attached as Exhibit RRR to this declaration.

122.   Pursuant to Program Statement 5800.17, Inmate Central File, Privacy Folder, and Parole Mini-File, all records regarding disciplinary proceedings are maintained in Section Four of the inmate's central file.   As noted previously, an inmate's central file is transferred with the inmate to each designation during their incarceration.   At the time of her request, inmate Pinson was designated at FMC Rochester (an NCRO institution).   Accordingly, the Central Office FOIA Specialist forwarded the request to the NCRO.   The NCRO FOIA Specialist requested staff at FMC Rochester search for records responsive to inmate Pinson's request. Because an inmate's unit team is responsible for the safe keeping, accounting and maintenance of each inmates' central file assigned to their unit, the Legal Assistant at FMC Rochester contacted inmate Pinson's unit team and requested they perform a search for

responsive records.  As a result of the search, 115 pages of responsive records were located and forwarded to the NCRO FOIA Specialist for processing.  By letter dated September 21, 2017, inmate Pinson was notified that of 115 responsive pages, 60 pages were released to her in full and 55 pages were released to her in part.  Inmate Pinson was also advised that no records were withheld in their entirety.  Inmate Pinson was advised of her right to appeal the BOP's determination of her request to OIP.  A true and correct copy of the September 21, 2017, letter to inmate Pinson is attached as Exhibit SSS to this declaration.

123.   On May 28, 2019, OIP confirmed they had not received an appeal from Inmate Pinson concerning FOIA Request No. 2017-04296.  See Exhibit C, *supra.*

### FOIA Request 2017-04297

124.   In FOIA Request 2017-04297, inmate Pinson sought copies of all information concerning inmate suicides at the USMCFP Springfield.  A true and correct copy of FOIA Request No. 2017-04297 is attached as Exhibit TTT to this declaration.

125.   At the time of the request, inmate Pinson was designated at USMCFP Springfield (an NCRO institution).  Accordingly, the Central Office FOIA Specialist forwarded the request to the NCRO for processing.  Because inmate Pinson was designated at the USMCFP Springfield (an NCRO institution) at the time of her request, the Central Office FOIA Specialist forwarded inmate Pinson's request to the NCRO. On April 25, 2017, a letter was sent by the NCRO FOIA Specialist to inmate Pinson acknowledging receipt of her request and notifying her of the tracking number assigned to her request.  A true and correct copy of the April 25, 2017, letter to inmate Pinson is attached as Exhibit UUU to this declaration.

126.   While the BOP certainly recognizes that inmates who have passed while in the custody of the BOP no longer have privacy rights or expectations, in certain circumstances, an inmates' family does retain privacy interests in the potential release of records concerning

their family member.  When a person commits suicide, the impact on their family is enormous and is certainly no less because the family member happened to be in prison. Furthermore, not only does the fact an inmate committed suicide in prison stigmatize family members, the details of the suicide are often graphic and jarring.  Out of respect and consideration of the family's rights to privacy, records are withheld from third party requesters in full.  Furthermore, inmate Pinson did not provide any over-riding public interest in the release of this very sensitive information.  On September 18, 2017, the NCRO FOIA Specialist notified inmate Pinson that all responsive records were categorically denied from release. Inmate Pinson was advised of her right to appeal the BOP's determination of her request to OIP.  A true and correct copy of the September 18, 2017, letter to inmate Pinson is attached as Exhibit VVV to this declaration.

127.    On May 28, 2019, OIP confirmed they had not received an appeal from Inmate Pinson concerning FOIA Request No. 2017-04297.  See Exhibit C, *supra.*

### FOIA Request 2017-04380

128.    In FOIA Request 2017-04380, inmate Pinson sought copies of all information including, but not limited to, the DHO packet for incident report numbers 2902781 and 2932284. A true and correct copy of FOIA Request No. 2017-04380 is attached as Exhibit WWW to this declaration.

129.    At the time of the request, inmate Pinson was designated at FMC Rochester (an NCRO institution).  Accordingly, the Central Office FOIA Specialist forwarded the request to the NCRO for processing.  On April 28, 2017, a letter was sent by the NCRO FOIA Specialist to inmate Pinson acknowledging receipt of her request and notifying her of the tracking number assigned to her request.  A true and correct copy of the April 28, 2017, letter to inmate Pinson acknowledging her request is attached as Exhibit XXX to this declaration.

130. The NCRO FOIA Specialist requested staff at FMC Rochester conduct a search for records responsive to inmate Pinson's request.  As indicated above, disciplinary records are maintained in Section Four of an inmate's central file.  Inmate central files are maintained by the unit team to which they are assigned.  Inmate Pinson's unit team at FMC Rochester located 88 pages of records responsive to her request.  The records were provided to the NCRO FOIA Specialist for processing.  On August 30, 2017, the NCRO FOIA Specialist notified inmate Pinson that of the 88 pages, 30 pages were available for release in full, 51 pages were available for release in part and 7 pages were not available for release to inmate Pinson. Inmate Pinson was advised of her right to appeal the BOP's determination of her request to OIP.  A true and correct copy of the August 30, 2017, letter to inmate Pinson is attached as Exhibit YYY to this declaration.

131. On May 23, 2019, OIP confirmed they had not received an appeal from Inmate Pinson concerning FOIA Request No. 2017-04380. See Exhibit C, *supra.*

### *FOIA Request 2017-04435*

132. Inmate Pinson identified FOIA Request 2017-04435 in his First Amended Complaint as a request at issue.  Careful review of FOIA Request No. 2017-04435 reveals that this request was not filed by inmate Pinson, not filed by another individual on behalf of inmate Pinson, nor was it filed by inmate Pinson on behalf of another individual.  Inmate Pinson has clearly misidentified this request and based on the information provided, we are unable to determine which request she may be referring.

133. On May 28, 2019, OIP confirmed they had not received an appeal from Inmate Pinson concerning FOIA Request No. 2017-04435. See Exhibit C, *supra*.

*FOIA Request 2017-01680*

134.    In FOIA Request 2017-01680, inmate Pinson sought copies of all agency correspondence and emails authored by former Director Samuels during his tenure as Director and a directory of names and titles of current Central Office staff. A true and correct copy of FOIA Request No. 2017-04380 is attached as Exhibit ZZZ to this declaration.

135.    Because inmate Pinson sought records involving Central Office staff, this request remained in the Central Office FOIA Section for processing. On December 20, 2016, a letter was sent by the Central Office FOIA Section to inmate Pinson acknowledging receipt of her request and notifying her of the tracking number assigned to her request. A true and correct copy of the December 20, 2016, letter to inmate Pinson acknowledging her request is attached as Exhibit AAAA to this declaration.

136.    The Central Office FOIA Section contacted the network administrator responsible for searching staff emails, to include Former Director Samuels. See Paragraphs 28 - 30, *supra*.

137.    Based on the plain language of inmate Pinson's request, the network administrator informed Central Office FOIA Section that there were approximately 89,170 items responsive to inmate Pinson's request.  Based on the 89,170 items, which was conservatively interpreted as one page per item, I determined that duplication fees would exceed $250.00.  Because requesters are allowed 100 pages of documents free of charge, I calculated the fee as follows: 89,170 – 100 free pages x .05 per page = $4453.50. On January 24, 2017, I provided inmate Pinson with a breakdown of costs and informed her that because estimated fees exceeded $250.00, she would need to pay the fees in advance, modify her request to meet a lower fee or notification that she wished to receive only the first two hours of free search time as allowed by statute.  Inmate Pinson was advised that if she did not respond to the fee notification within 30 days of the date of the notification,

her request would be administratively closed.  A thorough review of the BOP's FOIA database reveals inmate Pinson did not respond to the BOP's notification of fees in excess of $250.00.  Accordingly, on March 31, 2017, the request was administratively closed. A true and correct copy of the January 24, 2017, letter to inmate Pinson is attached as Exhibit BBBB to this declaration.

138.  On May 23, 2019, OIP confirmed they had not received an appeal from Inmate Pinson concerning FOIA Request No. 2017-04380. See Exhibit C, *supra.*

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of June, 2019

Kara Christenson
Government Information Specialist
Central Office
Rochester, Minnesota

41

# EXHIBIT A

```
  REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
  CATEGORY: ARS        FUNCTION: PRT        FORMAT:

FCL     ASSIGNMENT DESCRIPTION                           START DATE/TIME STOP  DATE/TIME
TCP     A-DES        DESIGNATED, AT ASSIGNED FACIL       12-27-2018 0937 CURRENT
TCP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN         12-27-2018 0803 12-27-2018 0937
TCP     A-DES        DESIGNATED, AT ASSIGNED FACIL       11-22-2018 2142 12-27-2018 0803
TCP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN         11-22-2018 1555 11-22-2018 2142
TCP     A-DES        DESIGNATED, AT ASSIGNED FACIL       11-19-2018 1128 11-22-2018 1555
TCP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN         11-19-2018 0921 11-19-2018 1128
TCP     A-DES        DESIGNATED, AT ASSIGNED FACIL       02-15-2018 1531 11-19-2018 0921
4-L     RELEASE      RELEASED FROM IN-TRANSIT FACL       02-15-2018 1731 02-15-2018 1731
4-L     A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      02-15-2018 0916 02-15-2018 1731
RCH     TRANSFER     TRANSFER                            02-15-2018 0816 02-15-2018 0816
RCH     A-DES        DESIGNATED, AT ASSIGNED FACIL       01-13-2018 1231 02-15-2018 0816
RCH     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN         01-12-2018 2301 01-13-2018 1231
RCH     A-DES        DESIGNATED, AT ASSIGNED FACIL       09-07-2017 1522 01-12-2018 2301
RCH     ADM CHANGE RELEASE FOR ADMISSION CHANGE          09-07-2017 1521 09-07-2017 1522
RCH     A-DES        DESIGNATED, AT ASSIGNED FACIL       06-14-2017 1219 09-07-2017 1521
4-U     RELEASE      RELEASED FROM IN-TRANSIT FACL       06-14-2017 1319 06-14-2017 1319
4-U     A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      06-14-2017 0440 06-14-2017 1319
SPG     TRANSFER     TRANSFER                            06-14-2017 0340 06-14-2017 0340
SPG     A-DES        DESIGNATED, AT ASSIGNED FACIL       04-27-2017 1420 06-14-2017 0340
SPG     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN         04-26-2017 1418 04-27-2017 1420
SPG     A-DES        DESIGNATED, AT ASSIGNED FACIL       10-26-2016 1222 04-26-2017 1418
5-Q     RELEASE      RELEASED FROM IN-TRANSIT FACL       10-26-2016 1322 10-26-2016 1322
5-Q     A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      10-26-2016 0905 10-26-2016 1322
GRE     HLD REMOVE HOLDOVER REMOVED                      10-26-2016 0805 10-26-2016 0805
GRE     A-BOP HLD    HOLDOVER FOR INST TO INST TRF       10-03-2016 2046 10-26-2016 0805
9-G     RELEASE      RELEASED FROM IN-TRANSIT FACL       10-03-2016 2146 10-03-2016 2146
9-G     A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      10-03-2016 1946 10-03-2016 2146
THP     TRANSFER     TRANSFER                            10-03-2016 1946 10-03-2016 1946
THP     A-DES        DESIGNATED, AT ASSIGNED FACIL       10-03-2016 1933 10-03-2016 1946
9-G     RELEASE      RELEASED FROM IN-TRANSIT FACL       10-03-2016 1933 10-03-2016 1933
9-G     A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL      10-03-2016 1931 10-03-2016 1933
THP     TRANSFER     TRANSFER                .           10-03-2016 1931 10-03-2016 1931
THP     A-DES        DESIGNATED, AT ASSIGNED FACIL       10-03-2016 1929 10-03-2016 1931
THP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN         10-03-2016 1920 10-03-2016 1929
THP     A-DES        DESIGNATED, AT ASSIGNED FACIL       10-03-2016 1835 10-03-2016 1920
THP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN         10-03-2016 0330 10-03-2016 1835
THP     A-DES        DESIGNATED, AT ASSIGNED FACIL       10-03-2016 0329 10-03-2016 0330
THP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN         10-02-2016 2250 10-03-2016 0329
THP     A-DES        DESIGNATED, AT ASSIGNED FACIL       07-30-2016 1447 10-02-2016 2250
THP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN         07-28-2016 1347 07-30-2016 1447
THP     A-DES        DESIGNATED, AT ASSIGNED FACIL       07-25-2016 1354 07-28-2016 1347
```

G0002     MORE PAGES TO FOLLOW . . .

```
  REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
  CATEGORY: ARS        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                            START DATE/TIME STOP  DATE/TIME
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  07-25-2016 1354 07-25-2016 1354
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-25-2016 1000 07-25-2016 1354
OKL    HLD REMOVE HOLDOVER REMOVED               07-25-2016 0900 07-25-2016 0900
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  07-18-2016 1630 07-25-2016 0900
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  07-18-2016 1730 07-18-2016 1730
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-18-2016 0538 07-18-2016 1730
ALP    TRANSFER   TRANSFER                       07-18-2016 0538 07-18-2016 0538
ALP    A-DES      DESIGNATED, AT ASSIGNED FACIL  07-14-2016 1512 07-18-2016 0538
ALP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  07-14-2016 1040 07-14-2016 1512
ALP    A-DES      DESIGNATED, AT ASSIGNED FACIL  07-08-2016 1651 07-14-2016 1040
ALP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  07-08-2016 1159 07-08-2016 1651
ALP    A-DES      DESIGNATED, AT ASSIGNED FACIL  06-06-2016 1756 07-08-2016 1159
ALP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  06-05-2016 2323 06-06-2016 1756
ALP    A-DES      DESIGNATED, AT ASSIGNED FACIL  05-25-2016 2124 06-05-2016 2323
ALP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  05-25-2016 1415 05-25-2016 2124
ALP    A-DES      DESIGNATED, AT ASSIGNED FACIL  03-10-2016 1440 05-25-2016 1415
9-G    RELEASE    RELEASED FROM IN-TRANSIT FACL  03-10-2016 1440 03-10-2016 1440
9-G    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-10-2016 0522 03-10-2016 1440
THP    TRANSFER   TRANSFER                       03-10-2016 0522 03-10-2016 0522
THP    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  03-09-2016 1647 03-10-2016 0522
5-X    RELEASE    RELEASED FROM IN-TRANSIT FACL  03-09-2016 1647 03-09-2016 1647
5-X    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-09-2016 0002 03-09-2016 1647
FLP    TRANSFER   TRANSFER                       03-08-2016 2202 03-08-2016 2202
FLP    A-DES      DESIGNATED, AT ASSIGNED FACIL  02-16-2016 1131 03-08-2016 2202
FLP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  02-09-2016 1007 02-16-2016 1131
FLP    A-DES      DESIGNATED, AT ASSIGNED FACIL  01-12-2016 1055 02-09-2016 1007
FLP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  01-11-2016 0025 01-12-2016 1055
FLP    A-DES      DESIGNATED, AT ASSIGNED FACIL  10-11-2015 0355 01-11-2016 0025
FLP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  10-11-2015 0030 10-11-2015 0355
FLP    A-DES      DESIGNATED, AT ASSIGNED FACIL  10-09-2015 1924 10-11-2015 0030
FLP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  10-09-2015 1008 10-09-2015 1924
FLP    A-DES      DESIGNATED, AT ASSIGNED FACIL  09-29-2015 1200 10-09-2015 1008
FLP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  09-29-2015 0604 09-29-2015 1200
FLP    A-DES      DESIGNATED, AT ASSIGNED FACIL  08-30-2015 1649 09-29-2015 0604
FLP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  08-29-2015 1215 08-30-2015 1649
FLP    A-DES      DESIGNATED, AT ASSIGNED FACIL  08-17-2015 1922 08-29-2015 1215
FLP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  08-17-2015 1113 08-17-2015 1922
FLP    A-DES      DESIGNATED, AT ASSIGNED FACIL  05-26-2015 0109 08-17-2015 1113
FLP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  05-25-2015 1939 05-26-2015 0109
FLP    A-DES      DESIGNATED, AT ASSIGNED FACIL  04-02-2015 1625 05-25-2015 1939
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-02-2015 1825 04-02-2015 1825
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
  REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
  CATEGORY: ARS        FUNCTION: PRT         FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP | DATE/TIME |
|-----|-----------|-------------|-----------------|------|-----------|
| A02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-02-2015 1000 | 04-02-2015 | 1825 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 04-02-2015 0900 | 04-02-2015 | 0900 |
| OKL | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 03-27-2015 1445 | 04-02-2015 | 0900 |
| OKL | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 03-27-2015 0850 | 03-27-2015 | 1445 |
| OKL | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 03-18-2015 1030 | 03-27-2015 | 0850 |
| B11 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-18-2015 1130 | 03-18-2015 | 1130 |
| B11 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-18-2015 0545 | 03-18-2015 | 1130 |
| SPG | TRANSFER | TRANSFER | 03-18-2015 0445 | 03-18-2015 | 0445 |
| SPG | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-01-2014 1300 | 03-18-2015 | 0445 |
| SPG | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 11-01-2014 1052 | 11-01-2014 | 1300 |
| SPG | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-08-2014 1113 | 11-01-2014 | 1052 |
| 5-Z | RELEASE | RELEASED FROM IN-TRANSIT FACL | 10-08-2014 1213 | 10-08-2014 | 1213 |
| 5-Z | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 10-08-2014 0917 | 10-08-2014 | 1213 |
| FLM | TRANSFER | TRANSFER | 10-08-2014 0717 | 10-08-2014 | 0717 |
| FLM | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-09-2013 1533 | 10-08-2014 | 0717 |
| FLM | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 06-08-2013 1741 | 06-09-2013 | 1533 |
| FLM | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-30-2012 1958 | 06-08-2013 | 1741 |
| FLM | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 11-30-2012 1258 | 11-30-2012 | 1958 |
| FLM | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-19-2012 1213 | 11-30-2012 | 1258 |
| A02 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-19-2012 1413 | 07-19-2012 | 1413 |
| A02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-19-2012 1050 | 07-19-2012 | 1413 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 07-19-2012 0950 | 07-19-2012 | 0950 |
| OKL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 07-18-2012 1645 | 07-19-2012 | 0950 |
| 7-E | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-18-2012 1745 | 07-18-2012 | 1745 |
| 7-E | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-18-2012 0923 | 07-18-2012 | 1745 |
| HOU | HLD REMOVE | HOLDOVER REMOVED | 07-18-2012 0823 | 07-18-2012 | 0823 |
| HOU | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 07-11-2012 1814 | 07-18-2012 | 0823 |
| A02 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-11-2012 1914 | 07-11-2012 | 1914 |
| A02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-11-2012 1230 | 07-11-2012 | 1914 |
| HOU | HLD REMOVE | HOLDOVER REMOVED | 07-11-2012 1130 | 07-11-2012 | 1130 |
| HOU | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 07-05-2012 1741 | 07-11-2012 | 1130 |
| 7-E | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-05-2012 1841 | 07-05-2012 | 1841 |
| 7-E | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-05-2012 1112 | 07-05-2012 | 1841 |
| HOU | HLD REMOVE | HOLDOVER REMOVED | 07-05-2012 1012 | 07-05-2012 | 1012 |
| HOU | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 04-04-2012 1639 | 07-05-2012 | 1012 |
| A02 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-04-2012 1739 | 04-04-2012 | 1739 |
| A02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-04-2012 1125 | 04-04-2012 | 1739 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 04-04-2012 1025 | 04-04-2012 | 1025 |
| OKL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 03-30-2012 1825 | 04-04-2012 | 1025 |
| A02 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-30-2012 1925 | 03-30-2012 | 1925 |
| A02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-30-2012 1001 | 03-30-2012 | 1925 |

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
  REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
  CATEGORY: ARS        FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                        START DATE/TIME STOP  DATE/TIME
FLM    FED WRIT   RELEASE ON FEDERAL WRIT            03-30-2012 0801 07-19-2012 1213
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL      02-25-2011 1629 03-30-2012 0801
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL      02-25-2011 1829 02-25-2011 1829
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL     02-25-2011 0852 02-25-2011 1829
OKL    HLD REMOVE HOLDOVER REMOVED                   02-25-2011 0752 02-25-2011 0752
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF      02-16-2011 1645 02-25-2011 0752
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL      02-16-2011 1745 02-16-2011 1745
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL     02-16-2011 1020 02-16-2011 1745
ATL    HLD REMOVE HOLDOVER REMOVED                   02-16-2011 1020 02-16-2011 1020
ATL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF      02-07-2011 1631 02-16-2011 1020
B03    RELEASE    RELEASED FROM IN-TRANSIT FACL      02-07-2011 1631 02-07-2011 1631
B03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL     02-07-2011 0952 02-07-2011 1631
TDG    TRANSFER   TRANSFER                           02-07-2011 0852 02-07-2011 0852
TDG    A-DES      DESIGNATED, AT ASSIGNED FACIL      10-19-2010 2046 02-07-2011 0852
TDG    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN      10-19-2010 1443 10-19-2010 2046
TDG    A-DES      DESIGNATED, AT ASSIGNED FACIL      08-06-2009 0721 10-19-2010 1443
S25    RELEASE    RELEASED FROM IN-TRANSIT FACL      08-06-2009 0821 08-06-2009 0821
S25    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL     08-06-2009 0403 08-06-2009 0821
EDG    HLD REMOVE HOLDOVER REMOVED                   08-06-2009 0403 08-06-2009 0403
EDG    A-BOP HLD  HOLDOVER FOR INST TO INST TRF      07-09-2009 0956 08-06-2009 0403
8-I    RELEASE    RELEASED FROM IN-TRANSIT FACL      07-09-2009 0956 07-09-2009 0956
8-I    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL     07-09-2009 0232 07-09-2009 0956
CLP    TRANS SEG  TRANSFER-SEGREGATION               07-09-2009 0232 08-06-2009 0722
CLP    A-REL CHNG ADMISSION FOR RELEASE CHANGE       07-09-2009 0230 07-09-2009 0232
8-I    RELEASE    RELEASED FROM IN-TRANSIT FACL      07-16-2009 1302 07-16-2009 1302
8-I    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL     07-16-2009 1300 07-16-2009 1302
CLP    ADMIN REL  ADMINISTRATIVE RELEASE             07-16-2009 1300 07-16-2009 1300
CLP    A-ADMIN    ADMINISTRATIVE ADMISSION           07-16-2009 1253 07-16-2009 1300
6-J    RELEASE    RELEASED FROM IN-TRANSIT FACL      07-16-2009 1253 07-16-2009 1253
6-J    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL     07-09-2009 0954 07-16-2009 1253
EDG    HLD REMOVE HOLDOVER REMOVED                   07-09-2009 0954 07-09-2009 0954
EDG    A-BOP HLD  HOLDOVER FOR INST TO INST TRF      07-09-2009 0952 07-09-2009 0954
EDG    ADM CHANGE RELEASE FOR ADMISSION CHANGE       07-09-2009 0950 07-09-2009 0952
EDG    A-HLD      HOLDOVER, TEMPORARILY HOUSED       07-09-2009 0948 07-09-2009 0950
8-I    RELEASE    RELEASED FROM IN-TRANSIT FACL      07-09-2009 0948 07-09-2009 0948
8-I    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL     07-09-2009 0225 07-09-2009 0948
CLP    TRANSFER   TRANSFER                           07-09-2009 0225 07-09-2009 0225
CLP    A-DES      DESIGNATED, AT ASSIGNED FACIL      01-06-2009 1704 07-09-2009 0225
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL      01-06-2009 1704 01-06-2009 1704
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL     01-06-2009 1105 01-06-2009 1704
OKL    HLD REMOVE HOLDOVER REMOVED                   01-06-2009 1005 01-06-2009 1005
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
   NCRBM  531.01  *              INMATE HISTORY              *      05-28-2019
PAGE 005          *                ADM-REL                  *      11:59:27

  REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
  CATEGORY: ARS        FUNCTION: PRT        FORMAT:


FCL     ASSIGNMENT DESCRIPTION                       START DATE/TIME STOP  DATE/TIME
OKL     A-HLD      HOLDOVER, TEMPORARILY HOUSED      12-11-2008 1830 01-06-2009 1005
A02     RELEASE    RELEASED FROM IN-TRANSIT FACL     12-11-2008 1930 12-11-2008 1930
A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL    12-11-2008 1455 12-11-2008 1930
HOU     HLD REMOVE HOLDOVER REMOVED                  12-11-2008 1355 12-11-2008 1355
HOU     A-HLD      HOLDOVER, TEMPORARILY HOUSED      10-07-2008 1822 12-11-2008 1355
HOU     ADM CHANGE RELEASE FOR ADMISSION CHANGE      10-07-2008 1821 10-07-2008 1822
HOU     A-PRE      PRE-SENT ADMIT, ADULT             10-07-2008 1820 10-07-2008 1821
7-E     RELEASE    RELEASED FROM IN-TRANSIT FACL     10-07-2008 1920 10-07-2008 1920
7-E     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL    08-19-2008 1636 10-07-2008 1920
HOU     HLD REMOVE HOLDOVER REMOVED                  08-19-2008 1536 08-19-2008 1536
HOU     A-HLD      HOLDOVER, TEMPORARILY HOUSED      05-30-2008 1800 08-19-2008 1536
A01     RELEASE    RELEASED FROM IN-TRANSIT FACL     05-30-2008 1900 05-30-2008 1900
A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL    05-30-2008 1020 05-30-2008 1900
OKL     HLD REMOVE HOLDOVER REMOVED                  05-30-2008 0920 05-30-2008 0920
OKL     A-HLD      HOLDOVER, TEMPORARILY HOUSED      05-29-2008 1855 05-30-2008 0920
8-N     RELEASE    RELEASED FROM IN-TRANSIT FACL     05-29-2008 1955 05-29-2008 1955
8-N     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL    05-29-2008 1047 05-29-2008 1955
VIP     FED WRIT   RELEASE ON FEDERAL WRIT           05-29-2008 0747 05-29-2008 0747
VIP     A-DES      DESIGNATED, AT ASSIGNED FACIL     02-14-2008 1730 05-29-2008 0747
A01     RELEASE    RELEASED FROM IN-TRANSIT FACL     02-14-2008 2030 02-14-2008 2030
A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL    02-14-2008 0900 02-14-2008 2030
FLP     TRANSFER   TRANSFER                          02-14-2008 0700 02-14-2008 0700
FLP     A-DES      DESIGNATED, AT ASSIGNED FACIL     01-30-2008 0124 02-14-2008 0700
FLP     ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP    01-29-2008 2145 01-30-2008 0124
FLP     A-DES      DESIGNATED, AT ASSIGNED FACIL     10-03-2007 1336 01-29-2008 2145
A02     RELEASE    RELEASED FROM IN-TRANSIT FACL     10-03-2007 1536 10-03-2007 1536
A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL    10-03-2007 1035 10-03-2007 1536
OKL     HLD REMOVE HOLDOVER REMOVED                  10-03-2007 0935 10-03-2007 0935
OKL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF     09-25-2007 1530 10-03-2007 0935
B18     RELEASE    RELEASED FROM IN-TRANSIT FACL     09-25-2007 1630 09-25-2007 1630
B18     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL    09-25-2007 0707 09-25-2007 1630
BMP     TRANSFER   TRANSFER                          09-25-2007 0607 09-25-2007 0607
BMP     A-DES      DESIGNATED, AT ASSIGNED FACIL     08-24-2007 1520 09-25-2007 0607
7-E     RELEASE    RELEASED FROM IN-TRANSIT FACL     08-24-2007 1620 08-24-2007 1620
7-E     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL    08-24-2007 1431 08-24-2007 1620
HOU     HLD REMOVE HOLDOVER REMOVED                  08-24-2007 1331 08-24-2007 1331
HOU     A-BOP HLD  HOLDOVER FOR INST TO INST TRF     08-17-2007 2150 08-24-2007 1331
B18     RELEASE    RELEASED FROM IN-TRANSIT FACL     08-17-2007 2250 08-17-2007 2250
B18     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL    08-17-2007 2046 08-17-2007 2250
BMP     TRANS SEG  TRANSFER-SEGREGATION              08-17-2007 1946 08-24-2007 1520
BMP     A-DES      DESIGNATED, AT ASSIGNED FACIL     07-11-2007 1330 08-17-2007 1946


G0002      MORE PAGES TO FOLLOW . . .
```

```
 REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
 CATEGORY: ARS         FUNCTION: PRT         FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| 6-Z | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-11-2007 1430 | 07-11-2007 1430 |
| 6-Z | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-11-2007 1412 | 07-11-2007 1430 |
| BML | HLD REMOVE | HOLDOVER REMOVED | 07-11-2007 1312 | 07-11-2007 1312 |
| BML | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 06-26-2007 1224 | 07-11-2007 1312 |
| 7-A | RELEASE | RELEASED FROM IN-TRANSIT FACL | 06-26-2007 1324 | 06-26-2007 1324 |
| 7-A | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 06-26-2007 1317 | 06-26-2007 1324 |
| BMP | TRANS SEG | TRANSFER-SEGREGATION | 06-26-2007 1217 | 07-11-2007 1330 |
| BMP | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-07-2007 1636 | 06-26-2007 1217 |
| B17 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-07-2007 1736 | 05-07-2007 1736 |
| B17 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-07-2007 0650 | 05-07-2007 1736 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 05-07-2007 0550 | 05-07-2007 0550 |
| OKL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 05-01-2007 1005 | 05-07-2007 0550 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-01-2007 1105 | 05-01-2007 1105 |
| 9-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-19-2007 0811 | 05-01-2007 1105 |
| DSC | ADMIN REL | ADMINISTRATIVE RELEASE | 04-19-2007 0711 | 04-19-2007 0711 |
| DSC | A-ADMIN | ADMINISTRATIVE ADMISSION | 04-18-2007 1344 | 04-19-2007 0711 |
| P06 | RELEASE 04 | RELEASED FROM IN-TRANSIT, APR | 04-18-2007 1444 | 04-18-2007 1444 |
| P06 | A-ADMIT 12 | ADMITTED TO IN-TRANSIT, DEC | 12-16-2006 0530 | 04-18-2007 1444 |
| 6-K | RELEASE | RELEASED FROM IN-TRANSIT FACL | 12-16-2006 0530 | 12-16-2006 0530 |
| 6-K | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 08-18-2006 1345 | 12-16-2006 0530 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 08-18-2006 1245 | 08-18-2006 1245 |
| OKL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 08-18-2006 1015 | 08-18-2006 1245 |
| B04 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 08-18-2006 1115 | 08-18-2006 1115 |
| B04 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 08-18-2006 0713 | 08-18-2006 1115 |
| TEX | HLD REMOVE | HOLDOVER REMOVED | 08-18-2006 0613 | 08-18-2006 0613 |
| TEX | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 08-17-2006 1407 | 08-18-2006 0613 |
| 2-Y | RELEASE | RELEASED FROM IN-TRANSIT FACL | 08-17-2006 1507 | 08-17-2006 1507 |
| 2-Y | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 08-17-2006 0930 | 08-17-2006 1507 |
| FTW | HLD REMOVE | HOLDOVER REMOVED | 08-17-2006 0830 | 08-17-2006 0830 |
| FTW | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 08-11-2006 0801 | 08-17-2006 0830 |
| FTW | ADM CHANGE | RELEASE FOR ADMISSION CHANGE | 08-11-2006 0800 | 08-11-2006 0801 |
| FTW | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-26-2006 2055 | 08-11-2006 0800 |
| FTW | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 07-26-2006 1805 | 07-26-2006 2055 |
| FTW | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-23-2006 0042 | 07-26-2006 1805 |
| FTW | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 07-22-2006 2013 | 07-23-2006 0042 |
| FTW | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 07-20-2006 0845 | 07-22-2006 2013 |
| B17 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-20-2006 0945 | 07-20-2006 0945 |
| B17 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-20-2006 0545 | 07-20-2006 0945 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 07-20-2006 0445 | 07-20-2006 0445 |
| OKL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 07-13-2006 1123 | 07-20-2006 0445 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-13-2006 1223 | 07-13-2006 1223 |

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
  CATEGORY: ARS        FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT DESCRIPTION                                   START DATE/TIME STOP  DATE/TIME
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-07-2006 1642 07-13-2006 1223
DSC    ADMIN REL  ADMINISTRATIVE RELEASE                        07-07-2006 1542 07-07-2006 1542
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION                      07-07-2006 1528 07-07-2006 1542
```

G0000        TRANSACTION SUCCESSFULLY COMPLETED

# EXHIBIT B

REGNO..: 16267-064 NAME: PINSON, JEREMY VAUGHN

                        RESP OF: TCP
                        PHONE..: 520-663-5000    FAX: 520-663-5024
                                                 RACE/SEX...: WHITE / MALE
                                                 AGE:  33
PROJ REL MT: GOOD CONDUCT TIME RELEASE           PAR ELIG DT: N/A
PROJ REL DT: 07-09-2026                          PAR HEAR DT:

G0002        MORE PAGES TO FOLLOW . . .

```
  NCRBM        *              PUBLIC INFORMATION            *      05-29-2019
PAGE 002       *                 INMATE DATA                *      15:47:46
                              AS OF 05-29-2019
```

REGNO..: 16267-064 NAME: PINSON, JEREMY VAUGHN

                  RESP OF: TCP
                    PHONE..: 520-663-5000    FAX: 520-663-5024
HOME DETENTION ELIGIBILITY DATE: 01-09-2026

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-09-2026 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: OKLAHOMA, WESTERN DISTRICT
DOCKET NUMBER...................: CR. 06-114-1-R
JUDGE...........................: RUSSELL
DATE SENTENCED/PROBATION IMPOSED: 04-02-2007
DATE COMMITTED..................: 05-07-2007
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                     FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $100.00           $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO         AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  881
OFF/CHG: 18:871(A) THREATS AGAINST PRESIDENT; A CLASS D FELONY

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:   60 MONTHS
   TERM OF SUPERVISION............:    3 YEARS
   DATE OF OFFENSE................: 08-17-2005

---------------------CURRENT JUDGMENT/WARRANT NO: 030 -----------------------

COURT OF JURISDICTION...........: OKLAHOMA, WESTERN DISTRICT
DOCKET NUMBER...................: CR. 07-23-1-R
JUDGE...........................: RUSSELL
DATE SENTENCED/PROBATION IMPOSED: 04-02-2007
DATE COMMITTED..................: 05-07-2007
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                     FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $200.00           $00.00          $00.00        $00.00


G0002       MORE PAGES TO FOLLOW . . .

```
  NCRBM          *               PUBLIC INFORMATION            *      05-29-2019
PAGE 003         *                  INMATE DATA                *      15:47:46
                                AS OF 05-29-2019

REGNO..: 16267-064 NAME: PINSON, JEREMY VAUGHN

                  RESP OF: TCP
                  PHONE..: 520-663-5000    FAX: 520-663-5024

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO        AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 153
OFF/CHG: 18:1001(A)(2) FALSE STATEMENT; A CLASS D FELONY
         18:876(C) THREAT TO A JUROR, A CLASS C FELONY

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   180 MONTHS
  TERM OF SUPERVISION............:     2 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO 020 010 020
  DATE OF OFFENSE................: 12-07-2006

---------------------CURRENT JUDGMENT/WARRANT NO: 040 ----------------------

COURT OF JURISDICTION...........: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER...................: 4:08CR00283-001
JUDGE...........................: ROSENTHAL
DATE SENTENCED/PROBATION IMPOSED: 12-08-2008
DATE COMMITTED..................: 01-06-2009
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $100.00          $00.00        $1,000.00     $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO        AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 120
OFF/CHG: 18:876 MAILING THREATENING COMMUNICATIONS

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: 12M CS/12M CC
  DATE OF OFFENSE................: 08-21-2007




G0002       MORE PAGES TO FOLLOW . . .
```

```
   NCRBM        *          PUBLIC INFORMATION         *      05-29-2019
PAGE 004 OF 004 *            INMATE DATA              *      15:47:46
                         AS OF 05-29-2019
```

REGNO..: 16267-064 NAME: PINSON, JEREMY VAUGHN

```
                    RESP OF: TCP
                    PHONE..: 520-663-5000   FAX: 520-663-5024
```

-------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 05-23-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-14-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010, 030 010, 040 010

```
DATE COMPUTATION BEGAN..........: 04-02-2007
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:  252 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:  21 YEARS
AGGREGATED TERM OF SUPERVISION..:   3 YEARS
EARLIEST DATE OF OFFENSE........: 08-17-2005
```

```
JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     11-18-2006    04-01-2007
```

```
TOTAL PRIOR CREDIT TIME.........: 135
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 497
TOTAL GCT EARNED................: 112
STATUTORY RELEASE DATE PROJECTED: 07-09-2026
EXPIRATION FULL TERM DATE.......: 11-18-2027
TIME SERVED.....................:    12 YEARS      6 MONTHS     10 DAYS
PERCENTAGE OF FULL TERM SERVED..: 59.6
```

```
PROJECTED SATISFACTION DATE.....: 07-09-2026
PROJECTED SATISFACTION METHOD...: GCT REL
```

G0000       TRANSACTION SUCCESSFULLY COMPLETED

# EXHIBIT C

**Kara Christenson - RE: BOP FOIA Litigation Assistance Requested**

**From:** "Jones, Priscilla A (OIP)" <Priscilla.A.Jones@usdoj.gov>
**To:** Kara Christenson <kchristenson@bop.gov>
**Date:** 5/28/2019 11:36 AM
**Subject:** RE: BOP FOIA Litigation Assistance Requested

Hi Kara, there is no record of any appeals from Jeremy Pinson referencing the numbers below. Thanks~

**From:** Kara Christenson <kchristenson@bop.gov>
**Sent:** Tuesday, May 28, 2019 12:22 PM
**To:** Jones, Priscilla A (OIP) <pajones@jmd.usdoj.gov>
**Subject:** BOP FOIA Litigation Assistance Requested

Hi Priscilla -

Can you please let me know if inmate Jeremy Pinson, Reg. No. 16267-064, has appealed the 45 requests identified below? These requests are at issue in current litigation.

2014-05115, 2015-01418, 2015-03237, 2015-06335, 2016-03880, 2016-04932, 2016-05245, 2016-05251, 2016-05378, 2016-05391, 2016-05508, 2016-05822, 2016-05893, 2016-06818, 2016-06819, 2016-06820, 2016-06821, 2016-07057, 2016-07240, 2016-07466, 2017-00070, 2017-00076, 2017-01050, 2017-01288, 2017-01575, 2017-01578, 2017-01605, 2017-01680, 2017-01759, 2017-01768, 2017-01817, 2017-02203 , 2017-02309, 2017-02443, 2017-02623, 2017-03830, 2017-03884, 2017-03976, 2017-04065, 2017-04282, 2017-04296, 2017-04297, 2017-04380, and 2017-04435.

Thank you!
Kara

# EXHIBIT D

NCRO
FLP

Freedom of Information. Act Request
Jeremy Pinson # 16267-064
PO Box 7000
Florence CO 81226

To: BOP

This letter shall serve as my FoIA and Privacy Acts, 5 U.S.C. 552, 552a, requests for all information related to:

1. All PREA investigations involving myself since 4-2-15.
2. All SIS investigations involving myself since 4-2-15.
3. All PDS entries about myself by Psychology since 4-2-15.

Pursuant to the Act I shall expect a response within 20 days.

Sincerely,

**Received**

JUL 1 3 2015

FOIA/PA Section
Federal Bureau of Prisons

# EXHIBIT E



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

July 15, 2015

Jeremy Pinson, Reg. No. 16267-064
USP Florence
P.O. Box 7000
Florence, CO 81226

Dear Requestor:

The Federal Bureau of Prisons (BOP) received your Freedom of Information
Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number
and forwarded to the processing office noted below. Please make a note of the
request number and processing office as you will need to include it in any
correspondence or inquiry regarding your request. A copy of the first page of your
request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:     2015-06335
Processing Office:          NCR

The time needed to complete our processing of your request depends on the
complexity of our records search and the volume and complexity of any records
located. Each request is assigned to one of three tracks: simple, complex, or
expedited. Due to the large number of FOIA/PA requests received by BOP and
the limited resources available to process such requests, BOP handles each
request on a first-in, first-out basis in relation to other requests in the same track.
Your request was assigned to complex track and placed in chronological order
based on the date of receipt.

We determined exceptional circumstances exist as the documents responsive to
your request must be searched for and collected from a field office, and/or the
documents responsive to your request are expected to be voluminous and will
require significant time to review, and/or your request requires consultation with at
least one other agency with a substantial interest in your request. Because of
these unusual circumstances, we are extending the time limit to respond to your
request beyond the ten additional days provided by the statute. Processing

complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Regional Office or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 Frist Street, NW, Room 936, Washington, D.C. 20534. You can also check the status of your request on line at http://www.bop.gov/PublicInfo/execute/foia.

Sincerely,

*E. Fenstermaker*

Richard W. Schott
Regional Counsel

# EXHIBIT F

FOIA REQUEST WORKSHEET

FOIA Request Number: 2015-06335 Pinson

The FOIA Section is processing the request for records submitted pursuant to FOIA. Please complete this form to document your search for responsive records. Please contact the FOIA section if you have any questions.

Thank you.

SECTION A: You should contact us **BEFORE** searching or copying records if any of these 5 apply:

| The records are not at your location | Location of Records: |
|---|---|
| The estimated number of pages exceeds 600 | Estimated Number of pages: |
| Another agency needs to be consulted | Agency: |
| The estimated search time will exceed 2 hours | Estimated Search Time: |
| The information is not currently maintained or not maintained in the manner requested | Explain: |

Name / Title / Grade /Step of person who completed Section A:

Date:

SECTION B: Documentation of the Search.
Please complete the following section and provide this sheet with the records.

| This information was located | Number of pages: 1,774<br>Location of Records (please list all areas): |
|---|---|
| Please list all areas searched | Areas searched:<br>BEMR Medical 520<br>BEMR PDS 338<br>Tru-Intel 916 |
| Hours spent searching (please respond even if no material is located in connection with the request) | Hours searched: 2.5 hours |
| Search terms used | Terms used:<br>Jeremy Pinson #16267-064 |
| Other offices which may have records | Please list offices:<br>FBOP |
| The information was not located | Please explain: |
| All areas where requested records were likely to be found were searched | Yes or No:<br>If no, please explain: |

Name / Title / Grade / Step of person or people who searched for records:
M. Weise/Legal Assistant/GS-8-7

Date of the search: March 15, 2016



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*
*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

March 16, 2016

Jeremy Pinson
Register Number 16267-064
USP Allenwood
PO Box 3000
White Deer, Pennsylvania 17887

Re:    Information Request No. 2015-06335

Dear Requester:

This is in response to the above referenced request wherein you requests all PREA investigations, SIS investigations and psychology entries from April 2, 2015, regarding you.

Pursuant to Title 28 C.F.R. § 16.3, the filing of a FOIA/PA request is considered an agreement by you to pay all applicable fees charged under § 16.11, up to $25.00. Regulations that may be pertinent to your request may be found at Title 28 C.F.R. Part 16, and § 513.30. Title 28 Code of Federal Regulations, Part 16, provides that fees may be assessed for any search or release of records when the disclosure constitutes a release in excess of 100 pages; a search for the requested record(s) exceeds 2 hours; and where the total fees exceed $25.00. The fee for copies of records is 5 cents per page for every page over 100. Search fees are assessed per quarter hour of search time at the rate of $4.75 for clerical/administrative staff searches and $10.00 per quarter hour for professional staff searches. Search fees may be assessed even in instances where no records are located, produced, or released. In your instant request, we find the following **estimated page/fee** assessment appropriate:

Copies

5 cents per page over 100 pages
Pgs. released 1774 -100 pgs. = 1674 pgs. X 5 cents @ pg. = $83.70

1

When fees associated with a request exceed $25.00, we must receive written confirmation that you are either willing to pay all fees associated with this request; that you wish to modify your request to meet a lower fee; or that you prefer to receive the first one hundred pages and two hours of search time which is available to you at no cost. Once you have made a determination concerning how you wish for us to proceed, please advise April Cromer, Paralegal Specialist, located at the North Central Regional Office, 400 State Ave., Tower II, Suite 800, Kansas City, KS 66101. We will suspend processing of this request until we receive your response.

Importantly, please **do not send any money at this time.** We will advise you of the exact amount once we have received your decision and your request has been processed. If you have any other questions or concerns, please contact Ms. Cromer at the above identified address.

Sincerely,

April Cromer
for

Richard W. Schott
Regional Counsel

3-22-16

Jeremy Pinson # 16267-064
USP Allenwood
PO Box 3000
White Deer PA 17887

Re: FOIA Req. No. 2015-06335

Dear Ms. Cromer,

In reply to your correspondence dated 3-16-16 I hereby AGREE to pay the $83.70 fee.

Sincerely,

RECEIVED

MAR 2 8 2016

LEGAL
NORTH CENTRAL REGIONAL OFFICE

# EXHIBIT G



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

July 6, 2016

Jeremy Pinson, Reg. No. 16267-064
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

Re:   Information Request No.  2015-06335

Dear Requester:

This is in response to the above referenced information request.  Specifically, you request a copy of all PREA investigations since April 2, 2015; all SIS investigations since April 2, 2015; and all psychology records since April 2, 2015.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.05, Release of Information, and Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Commission File.

The records you have requested have been reviewed in this office and it has been determined that a portion of the records (1143 pages) may be released to you in full and a portion of the records (367 pages) may be released to you in part. The remaining records (185 pages) are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records

are exempt in part or in full from disclosure to you under the following exemptions:

(b)(5) - inter- or intra-agency correspondence which would not be available to a party other than a party in litigation with the agency

(b)(6) - constitutes a clearly unwarranted invasion of personal privacy

(b)(7)(C) - constitutes an unwarranted invasion of personal privacy

(b)(7)(E) - discloses investigative techniques and procedures

(b)(7)(F) - could reasonably be expected to endanger the life or physical safety of any individual

Title 28 Code of Federal Regulations, Part 16, provides that fees may be assessed for any search or release of records when the disclosure constitutes a release in excess of 100 pages; a search for the requested record(s) exceeds 2 hours; and where the total fees exceed $25.00. The fee for copies of records is 5 cents per page for every page over 100. Search fees are assessed per quarter hour of search time at the rate of $4.75 for clerical/administrative staff searches and $10.00 per quarter hour for professional staff searches. Search fees may be assessed even in instances where no records are located, produced, or released. In your instant request, we find the following **estimated page/fee** assessment appropriate:

Copies

    5 cents per page over 100 pages
    Pgs. released 1510-100 pgs. = 1410 pgs. X 5 cents @ pg.= $70.50

The above total represents the fees associated with your information request and release of records (where applicable). This fee is now due and payable to the **United States Treasury**. Accordingly, forward your check or money order in the above total amount to Erika Fenstermaker, FOIA/Privacy Act Specialist, at the North Central Regional Office, 400 State Ave., Tower II, Suite 800, Kansas City, KS 66101 within 30 days. Section 16.11(i)(3) provides that where a requestor has previously failed to pay a properly charged FOIA fee to the agency within 30 days of the date of billing, a component may require the requester to pay the full amount due, plus any applicable interest, and to make an advance payment of the full amount of any anticipated fee, before the component begins to process a new request or continues to process a pending request from that requester.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked or electronically transmitted within 60 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked Freedom of Information Act Appeal.

Sincerely,

Erika Fenstermaker

Richard W. Schott
Regional Counsel

# EXHIBIT H



**U.S. Department of Justice**

Federal Bureau of Prisons

_North Central Regional Office_

_Office of the Regional Counsel_                    _Kansas City, KS 66101_

September 21, 2016

Jeremy Pinson, Reg. No. 16267-064
U.S.P. Terre Haute
PO Box 33
Terre Haute, IN 47808

Re: Information Request Nos. 2015-00251; 2015-01418; 2015-02457; 2015-02913;
    2015-03089; 2015-05318; 2015-05908; 2015-06153; 2015-07367; 2016-02113;
    2016-02280; 2016-02371; 2016-02486; 2016-03088; 2016-04932; 2016-05245;
    2016-05378; 2016-05508; 2016-05822; 2016-05893; 2016-06816; 2016-06818;
    2016-06819; 2016-06820; 2016-06821; 2016-07057; and 2016-07240

Dear Mr. Pinson:

This is in response to the above referenced information request. On March 16, 2016,
you were advised that fees for Request Number 2015-06335 were estimated in excess
of $25.00. We requested you inform us of your willingness to pay the fees, modify your
request to meet a lower fee, or seek the 100 free pages which you are entitled. On
March 22, 2016, you notified us of your willingness to pay the estimated fees.
Accordingly, the responsive records were processed and on July 27, 2016, you were
notified of the specific amount of fees due in Request No. 2015-06335. You were
advised that you had 30 days to forward a check or money order made payable to the
United States Treasury to the North Central Regional Counsel's Office. As of today,
September 21, 2016, we have not received any payment from you or any indication of
your intent to pay your outstanding fee of $70.50. As a result, we are administratively
closing your Request Nos. 2015-00251; 2015-01418; 2015-02457; 2015-02913; 2015-
03089; 2015-05318; 2015-05908; 2015-06153; 2015-07367; 2016-02113; 2016-02280;
2016-02371; 2016-02486; 2016-03088; 2016-04932; 2016-05245; 2016-05378; 2016-
05508; 2016-05822; 2016-05893; 2016-06816; 2016-06818; 2016-06819; 2016-06820;
2016-06821; 2016-07057; and 2016-07240 and will not be disclosing the records to you
at this time.

Please be advised, your unpaid fee impacts other requests you have pending.
Specifically, further work on Request Numbers 2015-00251; 2015-01418; 2015-02457;
2015-02913; 2015-03089; 2015-05318; 2015-05908; 2015-06153; 2015-07367; 2016-
02113; 2016-02280; 2016-02371; 2016-02486; 2016-03088; 2016-04932; 2016-05245;
2016-05378; 2016-05508; 2016-05822; 2016-05893; 2016-06816; 2016-06818; 2016-
06819; 2016-06820; 2016-06821; 2016-07057; and 2016-07240 will cease at this time in
light of your failure to pay the assessed fee. Should you decide to pay the fee due in
this request, you must advise us in writing how you wish for the BOP to proceed with the

requests closed as a result of your non-payment or the requests will remain closed.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

Erika Fenstermaker
for

Richard W. Schott
Regional Counsel

# EXHIBIT I

10-21-16

Jeremy Pinson # 16267-064
Federal Correctional Inst.
PO Box 5000
Greenville IL 62246

Dear Ms. Craner,

I am in receipt of your letter dated Oct. 3, 2016 re
FOIA No. 2017-00070. I was unaware of the unpaid fees from
Request No. 2015-06335, USP Terre Haute has refused to forward
me my incoming Mail. The $70.50 payment will be arranged
and finalized within 45 days.

Sincerely,
Price


RECEIVED
OCT 27 2016

EOUSA/OIP
SMITH CENTRAL OPERATIONS STAFF

# EXHIBIT J



HELP FROM OUTSIDE

November 9, 2016

Richard Schott
Bureau Of Prisons
400 State Ave, Tower II - 8th Floor
Kansas City, KS 66101

Dear Mr. Schott,

The enclosed Money Order for $70.50 is being sent to you from Jeremy Pinson #16267-064. This is payment is for
FOIA Request No. 2015-06335 at Jeremy's direction.

If you would like to send any acknowledgement or documents to Jeremy his address is:

Jeremy Pinson #16267-064
USMCFP
PO Box 4000
Springfield, MO 65801

Sincerely,
Julia Capel
Founder/HFO



RECEIVED

NOV 1 7 2016

LEGAL
NORTH CENTRAL REGIONAL OFFICE

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

| 0006951 | 11-24 | **PERSONAL MONEY ORDER** | 0695116334 |

Office AU #    1210(8)

Remitter:    **NONE**
Operator I.D.:  **u475407**

**November 12, 2016**

PAY TO THE ORDER OF        ***BUREAU OF PRISONS***

***Seventy dollars and 50 cents***                    **\*\*$70.50\*\***

Payee Address:
Memo:        **FOIA REQUEST NO 2015-06335**

**WELLS FARGO BANK, N.A.**
460 CENTRAL WAY                           VOID IF OVER US $ 70.50
KIRKLAND, WA 98033
FOR INQUIRIES CALL (480) 394-3122
                                          Purchaser's Signature

Details on Back

Security Features Included

‖‖0695116334‖‖ ⑈121000248⑈4861 5055841‖‖

0168272741





U.S. Department of Justice
Federal Bureau of Prisons
*North Central Regional Office*

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

COPY

July 27, 2016

pd. payment
rec'd. 11/17/2016 .

Jeremy Pinson, Reg. No. 16267-064
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

Re: Information Request No. 2015-06335

Dear Requester:

This is in response to the above referenced information request. Specifically, you request a copy of all your PREA investigations since April 2, 2015; all SIS investigations since April 2, 2015; and all psychology records since April 2, 2015.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.05, Release of Information, and Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Commission File.

The records you have requested have been reviewed in this office and it has been determined that a portion of the records (1143 pages) may be released to you in full and a portion of the records (367 pages) may be released to you in part. The remaining records (185 pages) are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records are exempt in part or in full from disclosure to you under the following exemptions:

(b)(5) - inter- or intra-agency correspondence which would not be available to a party other than a party in litigation with the agency

(b)(6) - constitutes a clearly unwarranted invasion of personal privacy

(b)(7)(C) - constitutes an unwarranted invasion of personal privacy

(b)(7)(E) - discloses investigative techniques and procedures

(b)(7)(F) - could reasonably be expected to endanger the life or physical safety of any individual

Title 28 Code of Federal Regulations, Part 16, provides that fees may be assessed for any search or release of records when the disclosure constitutes a release in excess of 100 pages; a search for the requested record(s) exceeds 2 hours; and where the total fees exceed $25.00. The fee for copies of records is 5 cents per page for every page over 100. Search fees are assessed per quarter hour of search time at the rate of $4.75 for clerical/administrative staff searches and $10.00 per quarter hour for professional staff searches. Search fees may be assessed even in instances where no records are located, produced, or released. In your instant request, we find the following **estimated page/fee** assessment appropriate:

Copies

    5 cents per page over 100 pages

    Pgs. released 1510-100 pgs. = 1410 pgs. X 5 cents @ pg.= $70.50

The above total represents the fees associated with your information request and release of records (where applicable). This fee is now due and payable to the **United States Treasury**. Accordingly, forward your check or money order in the above total amount to Erika Fenstermaker, FOIA/Privacy Act Specialist, at the North Central Regional Office, 400 State Ave., Tower II, Suite 800, Kansas City, KS 66101 within 30 days. Section 16.11(i)(3) provides that where a requestor has previously failed to pay a properly charged FOIA fee to the agency within 30 days of the date of billing, a component may require the requester to pay the full amount due, plus any applicable interest, and to make an advance payment of the full amount of any anticipated fee, before the component begins to process a new request or continues to process a pending request from that requester.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

Erika Finstermaker

-for

Richard W. Schott
Regional Counsel

# EXHIBIT K

SPG/NCR

FREEDOM OF Information Act Request

Received                                          11-28-16

DEC 13 2016                  Jeremy Pinson # 16267-064
                                                 PO Box 4000
FOI & PA Section              Springfield MO 65801
Federal Bureau of Prisons

TO: Bureau of Prisons


    This letter shall serve as my FOI/PA request under
5 U.S.C. 552, 552A, for production of all emails created
by regional staff, DSCC staff, USMCFP Executive and Psychology
staff since 10-1-16 regarding myself or including my name
in any way.

    Pursuant to the Act I shall expect a response
within 20 days.

                    Sincerely,

# EXHIBIT L



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

November 15, 2016

Jeremy Pinson, Reg. No. 16267-064
MCFP Springfield
P.O. Box 4000
Springfield, MO  65801

Dear Requester:

The Federal Bureau of Prisons (BOP) received your Freedom of Information
Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and
forwarded to the processing office noted below.  Please make a note of the request
number and processing office as you will need to include it in any correspondence or
inquiry regarding your request.  You request all e-mails created by regional staff,
DSCC staff, MCFP executive and psychology staff since 10/1/2016 regarding you or
your name in any way.

FOIA/PA Request Number:      2017-01605
Processing Office:           NCR

The time needed to complete our processing of your request depends on the
complexity of our records search and the volume and complexity of any records
located.  Each request is assigned to one of three tracks: simple, complex, or
expedited. Due to the large number of FOIA/PA requests received by BOP and the
limited resources available to process such requests, BOP handles each request on
a first-in, first-out basis in relation to other requests in the same track. Your request
was assigned to complex track and placed in chronological order based on the date
of receipt.

We determined exceptional circumstances exist as the documents responsive to your
request must be searched for and collected from a field office, and/or the documents
responsive to your request are expected to be voluminous and will require significant
time to review, and/or your request requires consultation with at least one other
agency with a substantial interest in your request. Because of these unusual
circumstances, we are extending the time limit to respond to your request beyond the

ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Regional Office or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,

Erika Fenstermaker
for

Richard M. Winter
Regional Counsel

# EXHIBIT M



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*North Central Regional Office*

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

January 25, 2017

Jeremy Pinson, Reg. No. 16267-064
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

Re:     Information Request No. 2017-01605

Dear Mr. Pinson:

This is in response to your above referenced request for records. Specifically, you
request copies of all emails created by Regional Staff, DSCC Staff and Springfield
executive and psychology staff since October 1, 2016 regarding you or your name in any
way.

Pursuant to Title 28 C.F.R. § 16.3, the filing of a FOIA/PA request is considered an
agreement by you to pay all applicable fees charged under § 16.11, up to $25.00.
Regulations that may be pertinent to your request may be found at Title 28 C.F.R. Part
16, and § 513.30. Please be advised that pursuant to 28 CFR Part 16, those requests
determined or estimated to exceed $250.00 require payment of this fee in advance.
Title 28 Code of Federal Regulations, Part 16, provides that fees may be assessed for
any search or release of records when the disclosure constitutes a release in excess of
100 pages; a search for the requested record(s) exceeds two (2) hours; and where the
total fees exceed $25.00. The fee for copies of records is 5 cents per page for every
page over 100. Search fees are assessed per quarter hour of search time at the rate of
$4.75 for clerical/administrative staff searches and $10.00 per quarter hour for
professional staff searches. Search fees may be assessed even in instances where no
records are located, produced, or released. The total estimated search time for this
request is 110.75 hours (110.75 – 2 hrs  free = 108.75 hours) or 435 quarter hours.
Accordingly, the following fee assessment is appropriate:

1

Searches

Clerical/Administrative Staff          $4.75 @ qtr.hr. X _435_ qtr. hrs.= _$2,066.25_
Professional Staff                     $10.00 @ qtr.hr. X ____qtr. hrs.= _____

**443 total staff between the Regional Office, DSCC and Springfield executive
and psychology staff at one-quarter hour per person.**

The regulation provides that advance payment of the entire anticipated fee must be
made prior to our processing of the request. Accordingly, we must receive either your
advance payment of the anticipated fees; modification of your request to meet a lower
fee; or notification that you wish to receive only the first 2 hours free. We will hold in
abeyance any further action in this matter until we receive your response. Please advise
Erika Fenstermaker, FOIA/Privacy Act Specialist, at the North Central Regional Office,
400 State Ave., Tower II Suite 800, Kansas City, KS 66101, of your decision.

If you are not satisfied with my response to this request, you may administratively appeal by
writing to the Director, Office of Information Policy (OIP), United States Department of
Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your
appeal must be postmarked within 90 days of the date of my response to your request. If
you submit your appeal by mail, both the letter and the envelope should be clearly marked
"Freedom of Information Act Appeal." Additionally, you have the right to seek dispute
resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750
or the Office of Government Information Services (OGIS). OGIS offers mediation services to
resolve disputes between FOIA requesters and Federal agencies as a non-exclusive
alternative to litigation. Using OGIS services does not affect your right to pursue litigation.
The contact information for OGIS is as follows: Office of Government Information Services,
National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College
Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or
facsimile at (202) 741-5769.

Sincerely,

Erika Fenstermaker
for

Richard W. Schott
Regional Counsel

2

# EXHIBIT N

2-2-17

Jeremy Pinson #16267-064
MCFP
PO Box 4000
Springfield MO 65801

Re: FOIA No. 2017-01605

Dear Ms. Fenstermaker,

I modify my request to make authorization of up to 100 dollars in search expenses. I request it be split equally among the different locations.

Sincerely,

RECEIVED

FEB 08 2017

LEGAL
NORTH CENTRAL REGIONAL OFF

# EXHIBIT O



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

November 15, 2017

Jeremy Pinson
Reg. No. 16267-064
FMC Rochester
P.O. Box 4000
Rochester, MN 55903

Re:   Information Request No.  2017-01605

Dear Requester:

This is in response to the above referenced information request. Based on your letter dated February 2, 2017 of authorization of up to $100 dollars in search expenses and your modification letter dated April 10, 2017 wherein you requested a copy of all emails created by Springfield Executive and Psychology staff since October 1, 2016 regarding yourself or including your name in any way.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.05, Release of Information, and Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Commission File.

The records you have requested have been reviewed in this office and it has been determined that a portion of the records (1094 pages) may be released to you in full and a portion of the records (1006 pages) may be released to you in part. The remaining records

(1324 pages) are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records are exempt in part or in full from disclosure to you under the following exemptions:

(b)(5) - concerns certain inter- and intra-agency communications protected by the deliberative process privilege, the attorney work-product privilege, and/or the attorney-client privilege

(b)(6) - concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties

(b)(7)(C) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties

(b)(7)(E) - concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions

(b)(7)(F) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual

Title 28 Code of Federal Regulations, Part 16, provides that fees may be assessed for any search or release of records when the disclosure constitutes a release in excess of 100 pages; a search for the requested record(s) exceeds 2 hours; and where the total fees exceed $25.00. The fee for copies of records is 5 cents per page for every page over 100. Search fees are assessed per quarter hour of search time at the rate of $4.75 for clerical/administrative staff searches and $10.00 per quarter hour for professional staff searches. Search fees may be assessed even in instances where no records are located, produced, or released. In your instant request, we find the following **estimated page/fee** assessment appropriate:

Copies
 5 cents per page over 100 pages
 Pgs. released 2100 -100 pgs. = 2000 pgs. X 5 cents @ pg.= $100.00

The above total represents the fees associated with your information request and release of records (where applicable). This fee is now due and payable to the **United States Treasury**. Accordingly, forward your check or money order in the above total amount to Erika Fenstermaker, FOIA/Privacy Act Specialist, at the North Central Regional Office, 400 State Ave., Tower II, Suite 800, Kansas City, KS 66101 within 30 working days of the date of this letter. Section 16.11(i)(3) provides that where a requestor has previously failed to pay a properly charged FOIA fee to the agency within 30 days of the date of billing, a component may require the requester to pay the full amount due, plus any applicable interest, and to make an advance payment of the full amount of any anticipated fee, before the component begins to process a new request or continues to process a pending request from that requester. Upon receipt of payment of the above fees, your records will be mailed to you.

If you are not satisfied with my response to this request, you may administratively appeal

by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

E. Fenstermaker

for

Richard M. Winter
Regional Counsel

# EXHIBIT P



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_North Central Regional Office_

_Office of the Regional Counsel_                    _Kansas City, KS 66101_

January 17, 2018

Jeremy Pinson
Reg. No. 16267-064
FMC Rochester
P.O. Box 4000
Rochester, MN 55903

Re: Information Request No. 2017-01605

Dear Mr. Pinson:

This is in response to the above referenced information request. On January 25, 2017, you were advised that fees for Request Number 2017-01605 were estimated in excess of $25.00. We requested you inform us of your willingness to pay the fees, modify your request to meet a lower fee, or seek the 100 free pages which you are entitled. On February 2, 2017, you notified us of your willingness to pay the estimated fees up to $100.00. Accordingly, the responsive records were processed and on November 15, 2017, you were notified of the specific amount of fees due in Request No. 2017-01605. You were advised that you had 30 days to forward a check or money order made payable to the United States Treasury to the North Central Regional Counsel's Office. As of today, January 11, 2018, we have not received any payment from you or any indication of your intent to pay your outstanding fee of $100.00. As a result, we are administratively closing your Request No. 2017-01605 and will not be disclosing the records to you at this time.

Please be advised, your unpaid fee impacts other requests you have pending. Specifically, further work on Request Numbers 2017-01050; 2017-01759; 2017-01768; 2017-02443; 2017-03830; 2017-03976; 2017-04495; 2017-04520; 2017-05011; 2017-05062; 2017-05190; 2017-05117; 2017-05366; 2017-06440; 2017-06582; 2017-06586; 2017-06588; 2017-06593; 2017-06606; 2018-01111; 2018-02202; 2018-02208; 2018-02219; and 2018-02221 will cease at this time in light of your failure to pay the assessed fee. Should you decide to pay the fee due in Request No. 2017-01605, you must advise us in writing how you wish for the BOP to proceed with the requests closed as a result of your non-payment or the requests will remain closed.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

E. Fenstermaker
for

Richard M. Winter
Regional Counsel

# EXHIBIT Q

NCRO
FLM.

, Freedom of Information Act Request

**Received**  Jeremy Pinson # 16267-064
ADX Florence

MAR 07 2014    PO Box 8500

FOIA/PA Section
Federal Bureau of Prisons    Florence CC 81226

2/24/14

This letter shall serve as my FOIA
request for production of all documents
showing all money paid by the Bureau
of Prisons for lawsuits against it or
its employees between Jan. 1, 2008 and
Jan. 1, 2014 related to acts or ommissions
at ADX Florence. I am also requesting a
copy of the complaint in each incident
which describes the underlying facts of
each lawsuit and claim. I am requesting
a fee waiver pursuant to 5 U.S.C. 552(a)
(4)(A)(iii) and 28 C.F.R.16-11 as I intend to
publish an article in Prison Legal News
and the San Francisco Bay View about
the information requested. This request
is made pursuant to 5 U.S.C. 552.

Sincerely,

Jeremy Pin

# EXHIBIT R



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Freedom of Information/Privacy Act*                    *North Central Region*

March 12, 2014

Jeremy Vaughn
Reg. No. 16267-064
United States Penitentiary – ADMAX
P. O. Box 8500
Florence, CO 81226

Dear Requester:

The Federal Bureau of Prisons is in receipt of your Freedom of Information Act/Privacy Act request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request.

FOIA/PA Request Number:     **2014-05115**
Processing Office:          **NCR**

Due to the large number of requests received by the Bureau of Prisons for disclosure of records pursuant to the Freedom of Information and Privacy Acts, and due to the limited resources available to process such requests, the Bureau of Prisons has adopted a first-in/first-out practice of processing all incoming requests.

Your request has been placed in chronological order based on the date of receipt and will be handled as expeditiously as possible when it is assigned for processing. While most requests can be processed within 20 working days, exceptions may exist.

We have examined your request and have determined that the documents responsive to your request must be searched for and collected from a field office. As a result, the amount of time necessary to respond to your request will increase. Once responsive documents have been collected from the field, we will process your request in the order that it was received.

Unless you indicated otherwise, by submission of your request, you have agreed to pay fees up to $25.00, as stated in 28 C.F.R. 16.3(c). Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate that your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option of modifying your request to reduce fees.

If you have questions regarding the status of your request, you may contact the Bureau of Prisons FOIA Service Center at 202-514-6655. You can also check the status of your request on line at http://www.bop.gov/PublicInfo/execute/foia.

Sincerely,

Richard W. Schott
Regional Counsel

# EXHIBIT S



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

September 1, 2016

Jeremy Pinson, Reg. No. 16267-064
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

Re: Information Request No. 2014-05115

Dear Requester:

This is in response to the above referenced information request. Specifically, you request a copy of records showing all money paid by the Bureau of Prisons for lawsuits against its employees between January 1, 2008 and January 1, 2014 related to acts or omission at FCC Florence and a copy of the complaint in each incident.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.05, Release of Information, and Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Commission File.

The records you have requested have been reviewed in this office and it has been determined that a portion of the records (75 pages) may be released to you in full and a portion of the records (70 pages) may be released to you in part. The remaining records (18 pages) are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records

are exempt in part or in full from disclosure to you under the following exemptions:

(b)(6) - concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties

(b)(7)(C) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties

(b)(7)(E) - concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions

(b)(7)(F) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

Erika Fenstermaker

Richard W. Schott
Regional Counsel

# EXHIBIT T



reedom of Information Act Req. + . . .

**Received**                                          8-18-15

— FEB 24 2015 — — — — —   Jeremy Pinson =   02167-064

FOIA/PA Section — — — — — — — —   PO Box   00

**F**          al Bureau of Prisons          Springfield   D 65801

. . . . . This letter  shall serve as my request pursu  + to 5 U.S.C
552, 552a for p  ction of all information, in any for  - it exists,
relating to my se  and =

L A 2-11-15 U  f Force at USMCFP- Springfield.
2 2-11-15 to 2-12-  Use of Restraints at USMCFP- Springfiel
3 SIS, FBI, OI  or OIG Investigation into 1 & 2 above.
4- All Video rec  gs of 1 & 2 above

. . . Pursuant   statute, I shall expect a response u  hin 20 days.

Sincerely

# EXHIBIT U



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Tower II, 8th Floor*
*400 State Street*
*Kansas City, KS 66101-2421*

March 3, 2015

Jeremy Vaughn Pinson #16267-064
Federal Medical Center
P. O. Box 4000
Springfield, MO   65801

RE:    Freedom of Information Act/Privacy Act Request Number: 2015-03192

Mr. Pinson:

This acknowledges our receipt of your Freedom of Information Act (FOIA) request
dated February 13, 2015 for recordings pertaining to yourself and a use of force/use of
restraints on February 11 – 12, 2015 at USMCFP Springfield.

Pursuant to Title 28 C.F.R. Part 16.3, the filing of a FOIA/PA request is considered an
agreement by you to pay all applicable fees charged under § 16.11, up to $25.00.
Regulations that may be pertinent to your request may be found at Title 28 C.F.R. Parts
16 and 513.

We have examined your request and have determined that the documents responsive
to your request must be searched for and collected from a field office.   As a result, the
amount of time necessary to respond to your request will increase. Once responsive
documents have been collected from the field, we will process your request in the order
that it was received.

Sincerely,

B. Heie

Richard W. Schott
Regional Counsel

# EXHIBIT V



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS 66101*

July 26, 2016

Jeremy Pinson
Federal Register No. 16267-064
United States Penitentiary
P. O. Box 33
Terre Haute, IN 47808

Re: Information Request No. 2015-03237

Dear Mr. Pinson:

This is in response to the above referenced information request. Specifically, you request a copy of all records maintained by the Bureau of Prisons relating to you and:

1. A 2-11-15 Use of Force at USMCFP Springfield
2. 2-11-15 to 2-12-15 Use of Restraints at USMCFP Springfield
3. SIS, FBI, OIA or OIG investigation into 1 & 2 above
4. All video recordings of 1 & 2 above

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.05, Release of Information, and Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Commission File.

The records you have requested have been reviewed in this office and it has been determined that a portion of the records (9 pages) may be released to you in full and a portion of the records (14 pages) may be released to you in part. The remaining records (138 pages) are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records are exempt in part or in full from disclosure to you under the following exemptions:

(b)(6), Permits withholding of records and information about individuals when disclosure would be a clearly unwarranted invasion of personal privacy.

(b)(7)(C), Permits withholding of records when an unwarranted invasion of personal privacy could reasonably be expected.

(b)(7)(E), Permits withholding of records when techniques and procedures for law enforcement investigations or process would be disclosed or provided such disclosure could reasonably be expected to risk circumvention of law.

(b)(7)(F), Permits withholding of records when endangering the safety or life of any individual could reasonably be expected.

We located three (3) videos responsive to your request and have determined that the video recordings are being withheld pursuant to:

Title 5, United States Code, Section 552(b)(7)(C) and (7)(F), which exempts from disclosure records or information compiled for law enforcement purposes which would constitute a clearly unwarranted invasion of personal privacy surrounding other individuals and could reasonably be expected to endanger the life or physical safety of any individual.

Pursuant to Title 28 Code of Federal Regulations, Section 16.9 or 16.45, the material herewith denied in full or in part may be appealed to the Assistant Attorney General, by filing a written appeal. Both the appeal letter and face of the envelope should be marked "Freedom of Information Act Appeal, and should be addressed to the Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., Suite 11050, Washington, D.C. 20530-0001. Your appeal must be received by OIP within 60 days from the date of this letter.

Sincerely,

X B. Hull

B. Hull, Paralegal Specialist for
Richard W. Schott, Regional Counsel
Signed by: BOP

# EXHIBIT W

NER

Freedom of Information Act Request

5-30-16

**Received**

JUN 0 7 2016

FOIA/PA Section
Federal Bureau of Prisons

Jeremy Pinson #16267-064

PO Box 3000

White Deer PA 17887

This letter shall serve as my 5 U.S.C. 552 request for production of information. On 5-27-16 I was informed by Officer Crowl that USP Allenwood SIA Heath asked him to tell me that he was going to add an extra week to my time in SHU on a threat assessment due to my filing an FOIA request for the threat assessment. I therefore hereby request all information in any format it exists be produced to me relating to Crowl and Heath's oral statements. I also seek all records related to my 5/25/16 hospitalization. Sincerely,

# EXHIBIT X



U.S. Department of Justice

Federal Bureau of Prisons

Northeast Regional Office
US Customs House
2nd & Chestnut St., 7th Floor
Philadelphia, PA 19106
(215)521-7391

June 10, 2016

Jeremy Pinson, Reg. No. 16267-064
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

Dear Mr. Pinson:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:     2016-05251
Processing Office:          NER

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined exceptional circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the NER at (215)521-7391 or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,

Michael D. Tafelski
Regional Counsel

# EXHIBIT Y

**From:** Cory Heath
**To:** Wirth, Michelle
**Date:** 6/13/2016 9:46 AM
**Subject:** Re: Fwd: FOIA #2016-05251 Pinson, Jeremy - Reg. No. 16267-064
**Attachments:** FOIA #2016-05251.docx

Michelle, I have no documents responsive to this request.

Cory L. Heath
Special Investigative Agent
FCC Allenwood
USP - 570-547-0963
ext 6350 USP
cheath@bop.gov


>>> Michelle Wirth 6/10/2016 9:33 AM >>>
Cory: See attached regarding extra week in SHU.

Teresa: All BEMR regarding Pinson's hospitalization dated 5-25-16.

Thanks!

# EXHIBIT Z



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Northeast Regional Office*
*U.S. Customs House*
*2nd & Chestnut St., 7th Floor*
*Philadelphia, PA  19106*

August 29, 2016

Jeremy Pinson, Reg. No. 16267-064
USP Terre Haute
P.O. Box 33
Terre Haute, IN  47808

FOIA Request Number: 2016-05251

Dear Mr. Pinson:

This is in response to the above referenced Freedom of Information Act (FOIA) request.
Specifically, you requested all records related to your hospitalization on May 25, 2016.  You also
request all information related to specific Bureau of Prisons staff's oral statements on May 27,
2016, regarding time in SHU as a result of your FOIA request for your threat assessment,
maintained by the Bureau of Prisons regarding you.

In response to your request, staff located 22 pages of responsive records, which were
forwarded to this office for a release determination.  After careful review, we determined 1 page
is appropriate for release in full and 21 pages are appropriate for release in part.
Documentation regarding oral statements made by specific Bureau of Prisons staff regarding
time in SHU for your FOIA request does not exist.  Copies of releasable records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted under the
following exemptions:

(b)(6), Permits withholding of records and information about individuals when disclosure would
be a clearly unwarranted invasion of personal privacy.
(b)(7)(C), Permits withholding of records when an unwarranted invasion of personal privacy
could reasonably be expected.
(b)(7)(F), Permits withholding of records when endangering the safety or life of any individual
could reasonably be expected.

If you have any questions, you have the right to seek assistance from the undersigned or BOP's
FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750).

If you are not satisfied with my response to this request, you may administratively appeal by
writing to the Director, Office of Information Policy (OIP), United States Department of Justice,
Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be
postmarked within 90 days of the date of my response to your request. If you submit your
appeal by mail, both the letter and the envelope should be clearly marked "Freedom of

Jeremy Pinson, Reg. No. 16267-064
Request No. 2016-05251
Page 2

Information Act Appeal." Additionally, you have the right to seek dispute resolution services from
BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750) or the Office of Government
Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA
requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS
services does not affect your right to pursue litigation. The contact information for OGIS is as
follows: Office of Government Information, Services, National Archives and Records
Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001;
telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Michael D. Tafelski
Regional Counsel

Enclosure: 22 pages

# EXHIBIT AA

Freedom of Information Act Request

11-14-13

**Received**

NOV 19 2013

FOIA/PA Section
Federal Bureau of Prisons

Jeremy Pinson # 16267-064

PO Box 8500

Florence CO 81226

This letter shall serve as my request pursuant to the FOIA 5 USC 552 for production of all records maintained by the Office of Internal Affairs, in any format, that reference myself generated since July 2012.

I shall expect a response within 20 days.

Sincerely,

Jeremy



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Mr. Jeremy Pinson
Register No. 16267-064
United States Penitentiary                    Re:    Appeal No. AP-2015-05505
Post Office Box 7000                                  Request No. 2015-06603
Florence, CO 81226                                    DRC:JNW

**VIA: U.S. Mail**

Dear Mr. Pinson:

        You appealed from the action of the Federal Bureau of Prisons (BOP) on your remanded
Freedom of Information Act request for access to records concerning all Office of Internal
Affairs cases involving yourself since July 2012.

        After carefully considering your appeal, and as a result of discussions between BOP
personnel and this Office, I am again remanding your request to BOP for further processing of
the request. You may appeal any future adverse determination made by BOP. If you would like
to inquire about the status of this remand, please contact BOP directly.

        If you are dissatisfied with my action on your appeal, the FOIA permits you to file a
lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

                                                Sincerely,

                                                                        6/13/2016

                                                X _____ _____ _____

                                                Sean R. O'Neill
                                                Chief, Administrative Appeals Staff
                                                Signed by: SEAN O'NEILL

# EXHIBIT BB



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Central Office*
*320 First St., NW*
*Washington, DC 20534*

September 13, 2016

Jeremy Pinson
Register No. 16267-064
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

New BOP FOIA Request Number: 2016-05391
OIP Remand Number: AP-2015-05505 of BOP Case Number 2015-06603
Initial FOIA Request: 2014-01489

Dear Mr. Pinson:

This letter is in response to the above referenced Appeal you submitted to the Office of
Information Policy (OIP). This office conducted further processing of your initial request
regarding OIA records referencing yourself since July 2012. In order to provide you with
the greatest possible access to responsive records, your request was reviewed under both
the Privacy Act of 1974 and the Freedom of Information Act. This Office determined the
records responsive to your request are exempt from the access provision of the Privacy
Act. *See* 5 U.S.C. § 552a(j)(2). For this reason, your request has been reviewed under the
FOIA.

In response to your request, staff located 137 pages of responsive records, which were
forwarded to this office for a release determination. After careful review, we determined 11
pages are appropriate for release in full; 24 pages are appropriate for release in part; and
96 pages must be withheld in their entirety. Six (6) pages belong to the Office of Inspector
General (OIG) and are under their control. Pursuant to Title 5, United States Code, Section
552(a)(3) and Title 28, Code of Federal Regulations, Section 16.4(f), we have forwarded
the eight (8) pages to the OIG for further processing. This referral of records is in
accordance with §552(a)(6)(B)(iii). You should receive a response from OIG in the near
future. Please note that the pages withheld in their entirety pertain to third party information
that cannot be released absent a release authorization signed by the subject of record.
Copies of released records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted in part
or withheld in full from disclosure to you under the following exemptions:
(b)(5)
(b)(6)
(b)(7)(C)
(b)(7)(F). An explanation of FOIA exemptions is attached.

If you have any questions, you have the right to seek assistance from the undersigned or

BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750).

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account at: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750) or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

X A. White

A. White, FOI/PA Specialist, for
Ronald Rodgers, Senior Counsel
Signed by: BOP

**Explanation of FOIA Exemptions Used by the Federal Bureau of Prisons**

**5 U.S.C. § 552(b)(1)** protects classified information.

**5 U.S.C. § 552(b)(2)** concerns matters related solely to internal agency personnel rules or practices.

**5 U.S.C. § 552(b)(3)** concerns matters specifically exempted from release by statute.

**5 U.S.C. § 552(b)(4)** concerns trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

**5 U.S.C. § 552(b)(5)** concerns certain inter- and intra-agency communications protected by the deliberative process privilege, the attorney work-product privilege, and/or the attorney-client privilege.

**5 U.S.C. § 552(b)(6)** concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

**5 U.S.C. § 552(b)(7)(A)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceedings.

**5 U.S.C. § 552(b)(7)(B)** concerns records or information compiled for law enforcement purposes the release of which would deprive a person of a right to a fair trial or an impartial adjudication.

**5 U.S.C. § 552(b)(7)(C)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

**5 U.S.C. § 552(b)(7)(D)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to disclose the identities of confidential sources and information furnished by such sources.

**5 U.S.C. § 552(b)(7)(E)** concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions.

**5 U.S.C. § 552(b)(7)(F)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.

**5 U.S.C. § 552(b)(8)** concerns matters that are "contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions."

**5 U.S.C. § 552(b)(9)** concerns geological and geophysical information and data, including maps, concerning wells.

# EXHIBIT CC

Freedom of Information Act Request

7-25-16

| Jeremy Pinson # 10227-044 | Timothy Beckwith 32653-044 |
| PO Box 33 | PO Box 3000 |
| Terre Haute IN 47808 | White Deer PA 17887 |

**Received**

To: Director

Bureau of Prisons

AUG 0 9 2016

FOIA/PA Section

Federal Bureau of Prisons

This letter shall serve as our joint FOIA/PA Request (5 U.S.C. 552 and 552a) for any documents, memos or emails which reflect the SIS department at USP Allenwood (1) investigated the activities of us jointly acting or (2) participated in the physical housing seperation of us while housed at FCC Allenwood

Sincerely,

Timothy Beckwith
Jeremy Pinson

# EXHIBIT DD

FOIA REQUEST WORKSHEET

FOIA Request Number: 2016-07466                    April 21, 2017

The FOIA Section is processing the request for records submitted pursuant to FOIA. **Please complete Section A or B of this form to document your search for responsive records. Complete and thorough documentation is requested to ensure BOP can defend the adequacy of the search if questioned by DOJ or if required to defend us in litigation.** Please contact the FOIA section if you have any questions. Thank you.

NER at 570-522-7647

**SECTION A: Please contact us BEFORE searching for or copying records if any of these 5 apply:**

| The records are not at your location | Location of Records (if known): |
|---|---|
| The estimated number of pages exceeds **5,000** | Estimated Number of pages:<br>Records are in a digital format: Yes or No<br>If no, are the records accessible: Yes or No |
| Another agency or BOP directorate/institution needs to be consulted and/or would have records | Agency: |
| The estimated search time will exceed 2 hours | Estimated Search Time: |
| The information is not currently maintained or not maintained in the manner requested | Explain: |

**Name / Title / Grade of person who completed Section A:**
**Date:**

**SECTION B: Documentation of the Search.** Please complete the following section and provide it with any records.

| This information was located | Number of pages: 0<br>Location of Records (please list all areas): SIS files<br>Records are in a digital format: Yes or No |
|---|---|
| Please list all areas searched (physically and via computer) | Areas searched: SIS files |
| Hours spent searching (please respond even if no material is located in connection with the request) | Hours searched: 15 min. |
| Search terms used | Terms used: |
| Other offices which may have records | Please list offices: |
| The information was not located | Please explain: |
| Is there any potential harm in releasing the records? | Yes or No:    If yes, please explain: |
| All areas where requested records were likely to be found were searched | **Yes** or No:    If no, please explain: |

**Name / Title / Grade of person or people who searched for records: Cory Heath, SIA, GS-13/10**
**Date of the search: 4-24-17**

# EXHIBIT EE



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Northeast Regional Office*
*U.S. Custom House*
*2nd & Chestnut St., 7th Floor*
*Philadelphia, PA 19106*

April 26, 2017

Jeremy Pinson, Reg. No. 16267-064
MCFP Springfield
PO Box 4000
Springfield, MO 65801

FOIA Request Number: 2016-07466

Dear Mr. Pinson:

This is in response to the above referenced Freedom of Information Act (FOIA) request. The first page of your request is attached to this letter.

Bureau of Prisons staff thoroughly searched for the records you requested using the terms and search parameters referenced in your request. However, we located no records responsive to your request.

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750).

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750) or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Michael D. Tafelski
Regional Counsel

# EXHIBIT FF

FREEDOM OF INFORMATION ACT REQUEST

Received

SEP 22 2016

FOIA/PA Section
Federal Bureau of Prisons

NCR/HP

MARQUIS HICKS #40268-007
JEREMY PINSON #16267-064
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN, 47808

This letter shall serve as our joint FOIA request under 5 U.S.C. 552,
552a for production of the following information:

1. All investigations of criminal matters referred for investigation
   to the FBI from the Bureau of Prisons from 2015 to 2016 (present)
   referred from the U.S. Penitentiary in Terre Haute, IN.
2. All FD-302 of interviews with USP Terre Haute inmates in 2015-16.
Pursuant to the Act we shall expect a reply within 20 days as
required by law.

Sincerely, Jeremy R.
Sincerely,

# EXHIBIT GG



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

*400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101*

November 18, 2016

Jeremy Pinson
Register Number 16267-064
MCFP Springfield
PO Box 4000
Springfield, MO 65801

Dear Jeremy Pinson:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. You request a copy of all investigations of criminal matters referred to the FBI from 2015 to 2016 from USP Terre Haute and all FD-302 interviews with inmates in 2015 and 2016.

FOIA/PA Request Number:     2017-00070
Processing Office:          NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to complex track and placed in chronological order based on the date of receipt.

We determined exceptional circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify

your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Regional Office or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,

*April Cromer*
*for*

Richard M. Winter
Regional Counsel

# EXHIBIT HH



**U.S. Department of Justice**
Federal Bureau of Prisons
*North Central Regional Office*

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

January 20, 2017

Jeremy Pinson, Reg. No. 16267-064
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

Re:  Information Request No.  2017-00070

Dear Requester:

This is in response to the above referenced information request.  Specifically, you request a copy of all investigations of criminal matters referred to the FBI from 2015 to 2016 from USP Terre Haute and all FD-302 interview forms with inmates in 2015 and 2016.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.05, Release of Information, and Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Commission File.

For records concerning yourself, the records you have requested have been reviewed in this office and it has been determined that a portion of the records (51 pages) may be released to you in full and a portion of the records (41 pages) may be released to you in part.  The remaining records (8 pages) are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records are exempt in part or in full from disclosure to you under the following exemptions:

(b)(5) - concerns certain inter- and intra-agency communications protected by the deliberative process privilege, the attorney work-product privilege, and/or the attorney-client privilege
(b)(6) - concerns material the release of which would constitute a clearly unwarranted invasion of

the personal privacy of third parties

(b)(7)(C) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties

(b)(7)(E) - concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions

(b)(7)(F) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual

For all other investigations of criminal matters referred for investigation to the FBI from 2015 to present from USP Terre Haute, in accordance with the Freedom of Information and Privacy Act and Department of Justice regulations concerning the release of records, the Bureau of Prisons neither confirms nor denies the existence of any such records. Lacking an individual's consent, an official acknowledgment of an investigation, or an overriding public interest, even to acknowledge the existence of such records pertaining to other individuals could reasonably be expected to constitute an unwarranted invasion of their privacy in accordance with 5 U.S.C. § 552(b)(7)(C).

Please be advised that FD-302 forms are created and maintained by the Federal Bureau of Investigation and are under their control. The requested records therefore need to be requested by submitting a request to the Federal Bureau of Investigation, Attn: FOI/PA Request, Record/Information Dissemination Section, 170 Marcel Drive, Winchester, VA 22602.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

Erika Fenstermaker

Richard M. Winter
Regional Counsel

# EXHIBIT II

NCR

# Freedom of Information Act Request

Received

NOV 29 2016

FOIA/PA Section
Federal Bureau of Prisons

11-21-16

Jeremy Pinson # 16762-064
PO Box 8000
Springfield MO 65801

TO= Bureau of Prisons

This letter shall serve as my FOIA/PA, 5 U.S.C.
552, 552a letter seeking production of the information
described in Attachment A.

Pursuant to the FOIA I shall expect a
response within 20 days.

Sincerely,

Attachment A

Request To Staff

11-6-16
Jeremy Pinson # 16267-034
E01

To: Medical Records

Request copy of Dr. Wolivers Mental Health
Transfer Summary

RECEIVED
NOV 1 4 2016

"SENSITIVE BUT UNCLASSIFIED"
The attached copies are subject to
Privacy Act/FOIA screening and are
considered SENSITIVE

This request is either not part of the Health Record, not releasable information or not releasable per physician review.  You may send a Freedom of Information Act (FOIA) request for these items to:
Freedom of Information Act/Privacy Section
Office of General Counsel, Room 841
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534
A. Carter, LPN/HIT                    November 17, 2016

# EXHIBIT JJ



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS  66101*

December 2, 2016

Jeremy Pinson #16267-064
Federal Medical Center
P. O. Box 4000
Springfield, MO  65801

Dear Jeremy Pinson:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:    2017-01288
Processing Office:              NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months.

Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the NCR at 913-578-1634 or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534. You can also check the status of your request on line at http://www.bop.gov/PublicInfo/execute/foia.

Sincerely,

x *B. Hull*

B. Hull, Paralegal Specialist for
Richard M. Winter, Regional Counsel
Signed by: BOP

# EXHIBIT KK



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS 66101*

January 26, 2017

Jeremy Pinson #16267-064
Federal Medical Center
P. O. Box 4000
Springfield, MO 65801

Information Request No. 2017-01288

Dear Mr. Pinson:

This is in response to the above referenced information request. Specifically, you request a copy of your mental health transfer summary authored by Dr. Weiner.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.05, Release of Information, and Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Commission File.

The records you have requested have been reviewed in this office and it has been determined that the records (8 pages) are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records are exempt in part or in full from disclosure to you under the following exemptions:

(b)(7)(F), Permits withholding of records when endangering the safety or life of any individual could reasonably be expected.

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750).

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account at: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750) or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

x B. Hull

B. Hull, Paralegal Specialist for
Richard M. Winter, Regional Counsel
Signed by: BOP

# EXHIBIT LL



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Central Office_
_320 First Street NW_
_Washington, DC  20534_

May 22, 2019

Jeremy Pinson
Register No. 16267-064
U.S. Penitentiary
P. O. Box 24550
Tucson, AZ  85734

Request Number: 2017-01288

Dear Mr. Pinson:

This request, wherein you sought a copy of your mental health transfer summary from the U.S. Medical Center for Federal Prisoners, was recently re-reviewed.  Based on that review, a supplemental release is being provided to you.

In response to your request, staff located 8 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined all pages are appropriate for release in full.

I trust this is responsive to your request. If you have questions about this response please feel free to contact the undersigned or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 320 First Street NW, Suite 936, Washington DC 20534.

Sincerely,

Eugene E. Baime
Senior Attorney

# EXHIBIT MM

NCR

Received

DEC 1 3 2016

FOIA/PA Section
Federal Bureau of Prisons

Freedom of Information Act Request

12-2-16

Jeremy Pinson # 16267-064
PO Box 4000
Springfield MO 65801

TO= Bureau of Prisons

This letter shall serve as my 5 U-S-C. 552, 552a FOI/PA request for production of all information relating to Administrative Tort Claims:

TRT-NCR-2017-00284
TRT-NCR-2016-06217
TRT-NCR-2016-06216
TRT-NCR-2017-00583

Pursuant to the Act I shall expect a response within 20 days.

Sincerely,

# EXHIBIT NN



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*                    *400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

November 15, 2016

Jeremy Pinson, Reg. No. 16267-064
MCFP Springfield
P.O. Box 4000
Springfield, MO  65801

Dear Sir:

The Federal Bureau of Prisons (BOP) received your Freedom of Information
Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and
forwarded to the processing office noted below.  Please make a note of the request
number and processing office as you will need to include it in any correspondence or
inquiry regarding your request. You request a copy of tort claim numbers TRT-NCR-
2017-00284; TRT-NC-2016-06217; TRT-NCR-06216; and TRT-NCR-2017-00583.

FOIA/PA Request Number:       2017-01575
Processing Office:            NCR

The time needed to complete our processing of your request depends on the
complexity of our records search and the volume and complexity of any records
located. Each request is assigned to one of three tracks: simple, complex, or
expedited. Due to the large number of FOIA/PA requests received by BOP and the
limited resources available to process such requests, BOP handles each request on
a first-in, first-out basis in relation to other requests in the same track. Your request
was assigned to complex track and placed in chronological order based on the date
of receipt.

We determined exceptional circumstances exist as the documents responsive to your
request must be searched for and collected from a field office, and/or the documents
responsive to your request are expected to be voluminous and will require significant
time to review, and/or your request requires consultation with at least one other
agency with a substantial interest in your request. Because of these unusual
circumstances, we are extending the time limit to respond to your request beyond the
ten additional days provided by the statute. Processing complex requests may take

up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Regional Office or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,

Erika Fenstermaker
for

Richard M. Winter
Regional Counsel

# EXHIBIT OO



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS 66101*

January 30, 2017

Jeremy Pinson #16267-064
Federal Medical Center
P. O. Box 4000
Springfield, MO 65801

Information Request No. 2017-01575

Dear Mr. Pinson:

This is in response to the above referenced information request. Specifically, you request a copy of all information maintained by the Bureau of Prisons relating to Administrative Tort Claims: TRT-NCR-2017-00284; TRT-NCR-2016-06217; TRT-NCR-06216; and TRT-NCR-2017-00583.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.05, Release of Information, and Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Commission File.

The records you have requested have been reviewed in this office and it has been determined that a portion of the records (12 pages) may be released to you in full. The remaining records are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records are exempt in part or in full from disclosure to you under the following exemptions:

(b)(7)(A), Permits withholding of records when interference with law enforcement proceedings can be reasonably expected.

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750).

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750) or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

X B. Hull

B. Hull, Paralegal Specialist for
Richard M. Winter, Regional Counsel
Signed by: BOP

# EXHIBIT PP

Freedom of Information Act Request

12-2-16

Jeremy Pinson # 16267-064
PO Box 4000
Springfield MO 65801

To: Bureau of Prisons

This letter shall serve as my FOI/PA request,
5 U.S.C. 552, 552a, for production, full page, of all
photos taken of myself in R+D or Intake area
of USP Terre Haute, FCI Greenville, and USMCFP Springfield
during 2016. Photos should be in color where possible.
I shall expect a response within 20 days.

Sincerely,

Jeremy

# EXHIBIT QQ



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

November 15, 2016

Jeremy Pinson, Reg. No. 16267-064
MCFP Springfield
P.O. Box 4000
Springfield, MO  65801

Dear Sir:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below.  Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. You request a copy of all photos taken of yourself in R&D or intake area at USP Terre Haute, FCI Greenville and MCFP Springfield during 2016.

FOIA/PA Request Number:      2017-01578
Processing Office:                    NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to complex track and placed in chronological order based on the date of receipt.

We determined exceptional circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the

ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Regional Office or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,

Erika Fenstermaker
for

Richard M. Winter
Regional Counsel

# EXHIBIT RR



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

_____

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

August 24, 2017

Jeremy Pinson
Reg. No. 16267-064
FMC Rochester
P.O. Box 4000
Rochester, MN 55903

Re: Information Request No. 2016-01578

Dear Requester:

This is in response to the above referenced information request. Specifically, you request a copy of all photos taken on yourself in R&D or intake area of USP Terre Haute, FCI Greenville and MCFP Springfield during 2016. In an effort to be responsive, we are providing the enclosed documents.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.05, Release of Information, and Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Commission File.

The records you have requested have been reviewed in this office and it has been determined that a portion of the records (2 pages) may be released to you in full and a portion of the records (3 pages) may be released to you in part. The remaining records (1 pages) are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records are exempt in part or in full from disclosure to you under the following exemptions:

(b)(6) - concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties

(b)(7)(C) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties

(b)(7)(E) - concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions

(b)(7)(F) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

E. Fenstermaker
for

Richard M. Winter
Regional Counsel

# EXHIBIT SS

NCP/SPG

Freedom of Information Act Request

12-13-16

Jeremy Pinson # 16267-064
PO Box 4000
Springfield Mo 65801

This letter shall serve as my 5 USC 552 FOIA request for a copy of all Institution Supplements currently used to move Medical Center For Federal Prisoners from Unit 10E to 10C or 10B as well as concerning the use of psychiatric seclusion.

As required by the Act I shall expect a reply within 20 days.

Sincerely,

Received

DEC 22 2016

FOIA/PA Section
Federal Bureau of Prisons

# EXHIBIT TT



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

December 23, 2016

Jeremy Pinson, Reg. No. 16267-064
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

Dear Requester:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. You request all institution supplements currently used to moved MCFP prisoners from units as well as concerning the use of psychiatric seclusion.

FOIA/PA Request Number:     2017-01817
Processing Office:          NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to complex track and placed in chronological order based on the date of receipt.

We determined exceptional circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the

ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Regional Office or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,

Erika Fenstermaker
for

Richard M. Winter
Regional Counsel

# EXHIBIT UU



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

February 23, 2017

Jeremy Pinson, Reg. No. 16264-067
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

Re: Information Request No. 2017-01817

Dear Mr. Pinson:

This is in response to the above referenced Freedom of Information Act (FOIA) request. Specifically, you seek the a copy of the Institution Supplement currently used at the Medical Center for Federal Prisoners Springfield related to moving from unit to unit as well as the use of psychiatric seclusion.

The Freedom of Information Act allows you to make a request pursuant to 5 U.S.C. §552(a)(3) for any records that are not already available pursuant to §552(a)(1) or (a)(2). We do maintain Institution Supplements that contain information that may be responsive to your request. This is Institution Supplement 5324.08k, Restraints, Seclusion, and Suicide Prevention. This institution supplement is already available to the public pursuant to (a)(2). As of July 24, 2009, the Bureau of Prisons provides inmates with access to all releasable Program Statements and Institution Supplements in the institution law libraries (you need to submit a cop-out form to staff in the Education Department). Thus, the program statement and institution supplement are releasable and available to the public. Consequently, you cannot make a request for these records under (a)(3). If you would like to make a request for any records that are not available as mentioned, you may submit a new request describing the agency records you seek.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If

you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

Erika Fenstermaker
for

Richard M. Winter
Regional Counsel

# EXHIBIT VV

Ack
SPG

12-30-16

| Tammy Sue Free | Jeremy Pinzon #16262-064 |
| 12231 Downey Mill Rd. | Medical Center For Federal Prisoners |
| Lovettsville VA 20180 | PO Box 4000 |
| | Springfield MO 65801 |

This letter shall serve as our joint FOIPA 5 U.S.C. 552, 552a request for all information, in any format it exist, regarding the death of Christopher Coates at the Medical Center For Federal Prisoners.

As required by the Act we shall expect a response within 20 days.

Received

JAN 1 3 2017

FOIA/PA Section
Federal Bureau of Prisons

Tammy Free

# EXHIBIT WW



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Office of Regional Counsel*

*North Central Region*
*North Central Regional Office*
*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

January 27, 2017

Jeremy Pinson
Reg. No. 16267-064
MCFP Springfield
PO Box 4000
Springfield, MO 65801

Request Number: 2017-02203

Dear Requester:

This is in response to the above referenced Freedom of Information Act (FOIA) request. A copy of the first page of your request is attached.

To the extent non-public responsive records exist, without consent, proof of death, or an overriding public interest, disclosure of law enforcement records concerning an individual could reasonably be expected to constitute an unwarranted invasion of personal privacy. *See* 5 U.S.C. § 552(b)(6), and (b)(7)(C). Because any non-public records responsive to your request would be categorically exempt from disclosure, this Office is not required to conduct a search for the requested records.

The Bureau of Prisons does not release information on other inmate(s) to inmates currently incarcerated.

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble 202-616-7750.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble 202-616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

for

Richard M. Winter
Regional Counsel

Explanation of FOIA Exemptions

**5 U.S.C. § 552(b)(1)** protects classified information.

**5 U.S.C. § 552(b)(2)** concerns matters related solely to internal agency personnel rules or practices.

**5 U.S.C. § 552(b)(3)** concerns matters specifically exempted from release by statute.

**5 U.S.C. § 552(b)(4)** concerns trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

**5 U.S.C. § 552(b)(5)** concerns certain inter- and intra-agency communications protected by the deliberative process privilege, the attorney work-product privilege, and/or the attorney-client privilege.

**5 U.S.C. § 552(b)(6)** concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

**5 U.S.C. § 552(b)(7)(A)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceedings.

**5 U.S.C. § 552(b)(7)(B)** concerns records or information compiled for law enforcement purposes the release of which would deprive a person of a right to a fair trial or an impartial adjudication.

**5 U.S.C. § 552(b)(7)(C)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

**5 U.S.C. § 552(b)(7)(D)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to disclose the identities of confidential sources and information furnished by such sources.

**5 U.S.C. § 552(b)(7)(E)** concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions.

**5 U.S.C. § 552(b)(7)(F)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.

**5 U.S.C. § 552(b)(8)** concerns matters that are "contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions."

**5 U.S.C. § 552(b)(9)** concerns geological and geophysical information and data, including maps, concerning wells.

# EXHIBIT XX

Received

SPG/NCR        JAN 18 2017

FOIA/PA Section
Federal Bureau of Prisons
1-9-17

Freedom of Information Act Request

Jeremy Pinson #16267-064
PO Box 4000
Springfield MO 65801

To = Bureau of Prisons

This shall serve as my 5 U.S.C. 552 FOIA 552a PA
case requesting all PREA information maintained by USP
Terre Haute involving myself including but not limited to
all staff emails.

As provided by law I shall expect a reply in 20 days.

Sincerely,

# EXHIBIT YY



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS 66101*

January 20, 2017

Jeremy Pinson
Reg. No. 16267-064
MCFP Springfield
PO Box 4000
Springfield, MO 65801

Dear Jeremy Pinson:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:     2017-02309
Processing Office:          NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Region or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,

for

Richard M. Winter
Regional Counsel

# EXHIBIT ZZ



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*North Central Regional Office*

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

September 25, 2017

Jeremy Pinson
Reg. No. 16267-064
FMC Rochester
P.O. Box 4000
Rochester, MN 55903

Re: Information Request No. 2017-02309

Dear Requester:

This is in response to the above referenced information request. Specifically, you request a copy of all PREA information maintained by USP Terre Haute involving yourself, including all staff emails.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.05, Release of Information, and Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Commission File.

The records you have requested have been reviewed in this office and it has been determined that a portion of the records (1 page) may be released to you in full and a portion of the records (7 pages) may be released to you in part. The remaining records (4 pages) are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records are exempt in part or in full from disclosure to you under the following exemptions:

(b)(5) - concerns certain inter- and intra-agency communications protected by the deliberative process privilege, the attorney work-product privilege, and/or the attorney-client privilege
(b)(6) - concerns material the release of which would constitute a clearly unwarranted invasion of

the personal privacy of third parties

(b)(7)(C) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties

(b)(7)(E) - concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions

(b)(7)(F) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual

For your request for emails, unfortunately, we are unable to determine what records you seek without additional information. Your request does not identify a particular employee, department or e-mail domain that you are seeking records to allow us to conduct a search. We are unable to process this request in its current form. The BOP email accounts are by individual. The BOP does not save email by institution, location, division, or any other grouping. Therefore, any requests to search BOP email must be made using the names of the staff members whose accounts need to be searched. Please respond clarifying your request within 30 working days of the date of this letter. If you do not provide further information, this part of your request will be considered withdrawn.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

E. Fienstermaker
for

Richard M. Winter
Regional Counsel

# EXHIBIT AAA

NCR/SPG

Received

FEB 07 2017

FOIA/PA Section
Federal Bureau of Prisons

Freedom of Information Act Request

1-21-17

Jeremy Pinson #16267-064
PO Box 4000
Springfield MO 65801

This letter shall serve as my FOI/PA request 5 USC. 552, 552a for production of all information related to the letter attached hereto.

Pursuant to the FOIA I shall expect a response within 20 days.

Sincerely,

Attachment A



U.S. Department of Justice
Office of the Inspector General
Chicago Field Office

October 19, 2016

Jeremy V. Pinson # 16267-064
FCI GREENVILLE
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
GREENVILLE, IL 62246

Dear Mr. Pinson:

The purpose of this letter is to acknowledge receipt of your correspondence received October 5, 2016. After careful review, the Department of Justice, Office of the Inspector General (OIG) has determined that the matters you raised are more appropriate for review by another office or Agency. Therefore, your complaint has been forwarded to:

> Federal Bureau of Prisons
> Office of Internal Affairs
> 320 First Street N.W.
> Room 814
> Washington, D.C. 20534
> Telephone number (202) 307-3286

Any further correspondence regarding this matter should be directed to that office. I hope this answers any questions you have relative to this matter.

Sincerely,

Office of the Inspector General
Investigations Division
Chicago Field Office

# EXHIBIT BBB



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS  66101*

February 7, 2017

Jeremy Pinson
Reg. No. 16267-064
MCFP Springfield
PO Box 4000
Springfield, MO  65801

Dear Jeremy Pinson:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:     2017-02623
Processing Office:          NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Region or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,

for
Richard M. Winter
Regional Counsel

# EXHIBIT CCC

**From:**       BOP-DIR/Internal Affairs
**To:**         NCRO/FOIA .NCRADM1.NCRDOM1@bop.gov
**Date:**       2/8/2017 1:06 PM
**Subject:**    Re: FOIA #2017-02623
**Attachments:** FOIA #2017-02623.docx; FOIA-2016-01234-02-07-2017--08546.pdf

** For Your Eyes Only **
Good Afternoon:

There is not enough information provided to conduct a proper search of the OIA database.  The inmate will need to provide specific allegations, dates of incident, individuals involved in order to respond to his request.

Thank you.

***************

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information.  This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

>>> <NCRO/FOIA~@bop.gov> 2/7/2017 4:47 PM >>>
FOIA Request Number:  2017-02623

Production of all information related to letter from OIG to OIA regarding Jeremy Pinson #16267-064 complaint (October 2016 - see request).

We received the attached FOIA request. Please review the request and provide all responsive records to the North Central Region electronically by return to this email so we can review the records to make a release determination. If you have concerns about releasing some records and/or believe the release of any portion of a record will cause harm to a person or the agency, please articulate your issues in your response email. We will consider your concerns when making a release determination. The Bureau is not required to create documents in response to a request. However, printing a document from an electronic format is not considered "creating" a document. If a computer program must be designed to search for records, please let us know before beginning.

Please complete the attached form and return it with the records or by itself if no documents are located. In order to meet statutory requirements, please provide a response within five (5) days of receipt of this notice. If you are unable to retrieve the requested documents within this time frame, please let us know when you anticipate locating them.

Please contact me at 913-551-1007  if you have any questions or concerns. Thank you for your assistance.
Christi Treadway

# EXHIBIT DDD



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Office of Regional Counsel*

*North Central Region*
*North Central Regional Office*
*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS  66101*

February 14, 2017

Jeremy Pinson
Reg. No. 16267-064
MCFP Springfield
PO Box 4000
Springfield, MO  65801

Request Number: 2017-02623

Dear Mr. Pinson:

This is in response to the above referenced Freedom of Information Act (FOIA).  A copy of the first page of your request is attached to help you easily refer back to your request.

Unfortunately, we are unable to determine what records you seek without additional information. Specifically, you will need to provide details of your complaint sent to Office of the Inspector General (OIG).  Your request does not adequately describe the records you seek.  Any additional information that you can provide to focus our search efforts will assist us.

You may reformulate or modify your request and may discuss your request with the undersigned, the FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750, or a representative of the Department of Justice's Office of Information Policy (http://www.justice.gov/oip/efoia-portal.html).

Please respond clarifying your request within 30 working days of the date of this letter. If you do not provide further information, your request will be closed.

Sincerely,

*C. Stroble*

for
Richard M. Winter
Regional Counsel

# EXHIBIT EEE

MCR

Freedom of Information Act Request

3-25-17

Jeremy Pinson # 16267-064

PO Box 4000

Springfield MO 65801

This shall serve as my FOIPA request under 5 U.S.C. 552, 552a for all information related to an incident involving myself 3-24-17 at the Federal Medical Center in Springfield, MO.

Pursuant to the Act I shall expect a reply within 20 days.

Sincerely,

Received

APR 0 6 2017

FOIA/PA Section
Federal Bureau of Prisons

# EXHIBIT FFF



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS 66101*

April 7, 2017

Jeremy Pinson
Reg. No. 16267-064
MCFP Springfield
PO Box 4000
Springfield, MO 65801

Dear Jeremy Pinson:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:       2017-03884
Processing Office:                    NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Region or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,

Cheading

for
Richard M. Winter
Regional Counsel

# EXHIBIT GGG

## NCRO/FOIA~ - Fwd: FOIA (2017-01578) (2017-03884)

**From:**   Beth Hull
**To:**     NCRO/FOIA~
**Date:**   9/18/2017 10:16 AM
**Subject:** Fwd: FOIA (2017-01578) (2017-03884)

Pam sent the below message to Erika & me.

>>> Pam Pringle 9/18/2017 9:51 AM >>>
**FOIA 2017-03884:** information regarding an incident report on 03-24-2017 will be located in the Central File located at FMC Rochester.  Our SIS department does not have any additional information regarding the incident, if appears there was a DHO hearing on 05-26-2017 only.

**FOIA 2017-01578:** USMCFP Springfield does not have any pictures of inmate Pinson, Jeremy.

Any questions, please call.  Thank you in advance.

*Pam Pringle*
*Legal Assistant*
*U.S. Medical Center For Federal Prisoners*
*1900 W. Sunshine*
*Springfield, MO. 65807*

*WK: 417-862-7041 ext. 1836*
*Fax: 417-837-1754*

*"Don't Complain - Just Work Harder."*

# EXHIBIT HHH

## FOIA REQUEST WORKSHEET

FOIA Request Number: 2017-03884

The FOIA Section is processing the request for records submitted pursuant to FOIA. Please complete this form to document your search for responsive records. Please contact the FOIA section if you have any questions.

Thank you,

NCR at 913-551-1007

SECTION A: You should contact us **BEFORE** searching or copying records if any of these 5 apply:

| The records are not at your location | Location of Records: NONE |
|---|---|
| The estimated number of pages exceeds 600 | Estimated Number of pages:   O |
| Another agency needs to be consulted | Agency: |
| The estimated search time will exceed 2 hours | Estimated Search Time: |
| The information is not currently maintained or not maintained in the manner requested | Explain: |

Name / Title / Grade /Step of person who completed Section A:

Date:

### SECTION B: Documentation of the Search.
Please complete the following section and provide this sheet with the records.

| This information was located | Number of pages: O Location of Records (please list all areas): |
|---|---|
| Please list all areas searched | Areas searched: CENTRAL FILE |
| Hours spent searching (please respond even if no material is located in connection with the request) | Hours searched: 20 MIN |
| Search terms used | Terms used: NAME   REG # |
| Other offices which may have records | Please list offices: NONE |
| The information was not located | Please explain: Expunged From record |
| All areas where requested records were likely to be found were searched | Yes or No: If no, please explain: |

Name / Title / Grade / Step of person or people who searched for records:
Short / Legal / Assistant / GS 7
Date of the search:

# EXHIBIT III



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

September 21, 2017

Jeremy Pinson
Reg. No. 16267-064
FMC Rochester
P.O. Box 4000
Rochester, MN 44903

Re:   Information Request No. 2017-03884

Dear Requester:

This is in response to your information request. Specifically, you request a copy of all information related to an incident involving yourself on March 24, 2017 at MCFP Springfield.

Please be advised that institution staff have thoroughly searched for this information. However, a copy of the records you identified could not be located.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services,

National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

E. Fenstermaker
for

Richard M. Winter
Regional Counsel

# EXHIBIT JJJ

NCR/NER

Freedom of Information Act Request

4-6-17

**Received**

Jeremy Pinson # 16267-064

APR 1 3 2017

MCFP

FOIA/PA Section

PO Box 4000

Federal Bureau of Prisons

Springfield Mo 65801

This letter shall serve as my FOIA 5USC 552 request for production of all Information Including but not limited to post orders related to issuance and retrieval of razors in the Special Housing Unit of USP Allenwood.

Pursuant to the FOIA I shall expect a reply within 20 days.

Sincerely,

# EXHIBIT KKK



**U.S. Department of Justice**

**Federal Bureau of Prisons**

Northeast Regional Office
U.S. Custom House
2nd & Chestnut St., 7th Floor
Philadelphia, PA 19106
(215)521-7391

April 14, 2017

Jeremy Pinson, Reg. No. 16267-064
MCFP Springfield
PO Box 4000
Springfield, MO 65801

Dear Mr. Pinson:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:     2017-04065
Processing Office:          NER

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the NER at 215-521-7391 or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,


Michael D. Tafelski
Regional Counsel

# EXHIBIT LLL



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Central Office FOIA/PA Section*
*320 First Street, NW*
*Washington, DC 20534*

August 1, 2017

Jeremy Pinson
Register Number: 16267-064
P.O. Box 4000
Rochester, MN 55903

Request Number: 2017-04065

Dear Mr. Pinson:

This is in response to the above referenced Freedom of Information Act (FOIA) request.  Specifically, you requested all information including, but not limited to, post orders related to the issuance and retrieval of razors in the Special Housing Unit at USP Allenwood.

In response to your request, staff located a 1 page responsive record, which was forwarded to this office for a release determination.  After careful review, we determined that this record is appropriate for release in part.  A copy of the releasable record is attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, the record was redacted in part from disclosure to you under exemption (b)(7)(E), which permits withholding of records when techniques and procedures for law enforcement investigations or process would be disclosed or provided such disclosure could reasonably be expected to risk circumvention of law.

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750).

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750) or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

X $\mathcal{A}$ White

A. White, FOIA/PA Specialist, for
Ronald Rodgers, Senior Counsel
Signed by: BOP

# EXHIBIT MMM

NCR/SPB

Freedom of Information Act Request

4-10-17

Jeremy Pinson #16267-064
PO Box 4600
Springfield MO 65801

This letter shall serve as my FOIA Letter under 5 U.2C. 552 for production of the following:

1. The official name for the cell I am kept in
2. The frequency of usage and average stay.
3. The reasons for placement and the person's name who placed me in this cell
4. Any photographs of the interior and exterior of this cell.

As required by the FOIA I shall expect a response within 20 days.

Sincerely,

Received

APR 2 4 2017

FOIA/PA Section
Federal Bureau of Prisons

# EXHIBIT NNN



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS 66101*

April 25, 2017

Jeremy Pinson
Reg. No. 16267-064
MCFP Springfield
PO Box 4000
Springfield, MO 65801

Dear Jeremy Pinson:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:     2017-04282
Processing Office:               NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Region or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,

for
Richard M. Winter
Regional Counsel

# EXHIBIT OOO

FOIA REQUEST WORKSHEET

FOIA Request Number:  2017-04282                                      April 25, 2017

The FOIA Section is processing the request for records submitted pursuant to FOIA. Please complete Section A or B of this form to document your search for responsive records. Complete and thorough documentation is requested to ensure BOP can defend the adequacy of the search if questioned by DOJ or if required to defend us in litigation. Please contact the FOIA section if you have any questions. Thank you.

NCR at 913-551-1007

SECTION A:  Please contact us BEFORE searching for or copying records if any of these 5 apply:

| The records are not at your location | Location of Records (if known): |
|---|---|
| The estimated number of pages exceeds 5,000 | Estimated Number of pages: Records are in a digital format: Yes or No If no, are the records accessible: Yes or No |
| Another agency or BOP directorate/institution needs to be consulted and/or would have records | Agency: |
| The estimated search time will exceed 2 hours | Estimated Search Time: |
| The information is not currently maintained or not maintained in the manner requested | Explain: |

Name / Title / Grade of person who completed Section A:
Date:

SECTION B: Documentation of the Search. Please complete the following section and provide it with any records.

| This information was located | Number of pages: Location of Records (please list all areas): Secretary. Records are in a digital format: Yes or No |
|---|---|
| Please list all areas searched (physically and via computer) | Areas searched: |
| Hours spent searching (please respond even if no material is located in connection with the request) | Hours searched: |
| Search terms used | Terms used: |
| Other offices which may have records | Please list offices: WELOAH |
| The information was not located | Please explain: |
| Is there any potential harm in releasing the records? | Yes or No:   If yes, please explain: |
| All areas where requested records were likely to be found were searched | Yes or No:   If no, please explain: |

Name / Title / Grade of person or people who searched for records:
Date of the search:
TAM PRINGLE, LEGAL ASSISTANT, GS 8

## Christi Treadway - FOIA 2017-04282

| | |
|---|---|
| **From:** | Pam Pringle |
| **To:** | Fenstermaker, Erika;  Treadway, Christi |
| **Date:** | 10/27/2017 11:50 AM |
| **Subject:** | FOIA 2017-04282 |
| **CC:** | NCRO/FOIA~ |
| **Attachments:** | Pinson 2017-04282.pdf |

Please review the attached.

We do not have any documentation in regards to placement/person who placed Pinson in cell or photographs of the cell.

If additional information is required please let me know.  Thank you in advance.

*Pam Pringle*
*Legal Assistant*
*U.S. Medical Center For Federal Prisoners*
*1900 W. Sunshine*
*Springfield, MO. 65807*

*WK: 417-862-7041 ext. 1836*
*Fax: 417-837-1754*

*"Don't Complain - Just Work Harder."*

# EXHIBIT PPP



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS 66101*

November 3, 2017

Jeremy Pinson #16267-064
Federal Medical Center
P. O. Box 4000
Rochester, MN 55903

Information Request No. 2017-04282

Dear Requester:

This is in response to the above referenced information request. Specifically, you request the production of the following: (1) official name for the cell you are kept in, (2) frequency of usage and average stay, (3) reasons for placement and the person's name who placed you in this cell, and (4) any photographs of the interior and exterior of this cell.

Bureau of Prisons staff thoroughly searched for the records you requested using the terms and search parameters referenced in your request. Unfortunately, we are unable to determine what records you seek without additional information. Specifically, you need to identify the date of the records you seek.

However, to be responsive to your request, staff located 3 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 3 pages are appropriate for release in full.

If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750 or 320 First Street NW, Suite 936, Washington DC 20534.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration,

Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

X B. Hull

B. Hull, Paralegal Specialist for
Richard M. Winter, Regional Counsel
Signed by: BOP

# EXHIBIT QQQ

N04/386

Freedom of Information Act Request

**Received**

4-10-17

APR 2 4 2017

Jeremy Pinson #16267-064

FOIA/PA Section
Federal Bureau of Prisons

PO Box 4000

Springfield MO 65801

This letter shall serve as my FOIA/PA 5 USC 552, 552a request for production of all DHO and Psychology records relating to incident reports I have ever been found not competent or not responsible for while in BOP custody.

Pursuant to the Act I shall expect a response within 20 days.

Sincerely,

Pinson

# EXHIBIT RRR



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS 66101*

April 25, 2017

Jeremy Pinson
Reg. No. 16267-064
MCFP Springfield
PO Box 4000
Springfield, MO 65801

Dear Jeremy Pinson:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:      2017-04296
Processing Office:           NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Region or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,

for
Richard M. Winter
Regional Counsel

# EXHIBIT SSS



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

September 21, 2017

Jeremy Pinson
Reg. No. 16267-064
Florence ADMAX USP
P.O. Box 8500
Florence, Co 81226

Re: Information Request No. 2017-04296

Dear Requester:

This is in response to the above referenced information request. Specifically, you request a copy of all DHO and psychology records relating to incident reports where you have been found to be not compentent.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.05, Release of Information, and Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Commission File.

The records you have requested have been reviewed in this office and it has been determined that a portion of the records (60 pages) may be released to you in full and a portion of the records (55 pages) may be released to you in part. The remaining records (0 pages) are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records are exempt in part or in full from disclosure to you under the following exemptions:

(b)(6) - concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties

(b)(7)(C) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties

(b)(7)(F) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

E. Fenstermaker
for

Richard M. Winter
Regional Counsel

# EXHIBIT TTT

NCR/SPG

Freedom of Information Act Request

4-13-17

Received                    Jeremy Pinson #11627-064

APR 2 4 2017                    PO Box 4000

FOIA/PA Section              Springfield MO 65801
Federal Bureau of Prisons

This Letter shall serve as my FOIA 5 U.S. 552 request for production of all information concerning inmate suicides at the U.S. Medical Center For Federal Prisoners since 2000.

As required by the Act I shall expect a reply within 20 days.

Sincerely,

Jpm

# EXHIBIT UUU

Case 1:18-cv-00486-RC Document 54-3 Filed 06/03/19 Page 245 of 266



U.S. Department of Justice

Federal Bureau of Prisons

Central Office
320 First St., NW
Washington, DC 20534

April 25, 2017

Jeremy Pinson
Reg. No. 16267-064
MCFP Springfield
PO Box 4000
Springfield, MO 65801

Dear Jeremy Pinson:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:     2017-04297
Processing Office:          CO

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to

reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,

*Lindsey*

for
Ronald Rodgers
Senior Counsel

# EXHIBIT VVV



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Central Office*
*320 First St., NW*
*Washington, DC 20534*

September 18, 2017

Jeremy Pinson
Register No. 16267-064
Federal Medical Center
2110 East Center Street
Rochester, MN 55903

Request Number: 2017-04297

Dear Mr. Pinson:

This is in response to the above referenced Freedom of Information Act (FOIA) request wherein you seek a list of inmate suicides at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri since 2000.

To the extent non-public responsive records exist, without consent (in this instance, from family members), or an overriding public interest, disclosure of law enforcement records concerning individuals could reasonably be expected to constitute an unwarranted invasion of personal privacy. *See* 5 U.S.C. § 552(b)(7)(C). Because any non-public records responsive to your request would be categorically exempt from disclosure, this Office is not required to conduct a search for the requested records.

If you have questions about this response please feel free to contact Kara Christenson, Government Information Specialist located at the Federal Medical Center, 2110 East Center Street, Rochester, MN 55903 or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 320 First Street NW, Suite 936, Washington DC 20534.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Ronald Rodgers
Senior Counsel

# EXHIBIT WWW

SP61

Freedom of Information Act Request

4-12-17

Jeremy Pinson # 16267-064
MCFP Springfield
PO Box 4000
Springfield MO 65801

This letter shall serve as my FOIA/PA request under
5 U.S.C. - 552, 552a for all information including but not
limited to the DHO packet for Incident Report No's- 2902781,
2932284.

As required by the FOIA I shall expect a reply within
20 days

**Received**

APR 25 2017

FOIA/PA Section
Federal Bureau of Prisons

Sincerely

Jm

# EXHIBIT XXX



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS 66101*

April 28, 2017

Jeremy Pinson
Reg. No. 16267-064
MCFP Springfield
PO Box 4000
Springfield, MO 65801

Dear Jeremy Pinson:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:     2017-04380
Processing Office:               NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Region or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534.

Sincerely,

for
Richard M. Winter
Regional Counsel

# EXHIBIT YYY



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

August 30, 2017

Jeremy Pinson
Reg. No. 16267-064
FMC Rochester
P.O. Box 4000
Rochester, MN 55903

Re: Information Request No. 2017-04380

Dear Requester:

This is in response to the above referenced information request. Specifically, you request a copy of all information, including the DHO packet for incident report numbers 2902781 and 2932284.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.05, Release of Information, and Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Commission File.

The records you have requested have been reviewed in this office and it has been determined that a portion of the records (30 pages) may be released to you in full and a portion of the records (51 pages) may be released to you in part. The remaining records (7 pages) are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records are exempt in part or in full from disclosure to you under the following exemptions:

(b)(6) - concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties

(b)(7)(C) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties

(b)(7)(F) - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

E. Fenstermaker
for

Richard M. Winter
Regional Counsel

# EXHIBIT ZZZ

Received

DEC 19 2016

FOIA/PA Section
Federal Bureau of Prisons

Freedom of Information Act Request

| | |
|---|---|
| Mikeal Stine # 55436-098 | 12-14-16 |
| Leroy Buhl # 40114-066 | Jeremy Pinson # 16267-064 |
| PO Box 7000 | PO Box 4000 |
| Florence CO 81226 | Springfield MO 65801 |

This letter shall serve as our joint FOIA 5 U.S.C. 552 request for production of all agency correspondence and emails authored by former Director Samuels during his tenure as Director. Also a Directory of names and titles of all current Central Office Staff.

As required by the FOIA we shall expect a reply within 20 days.

Sincerely,

Mikeal Stine

Leroy Buhl

# EXHIBIT AAAA



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Central Office*
*320 First St., NW*
*Washington, DC  20534*

December 20, 2016

Jeremy Pinson
Reg. No.: 16267-064
MCFP Springfield
PO Box 4000
Springfield, MO  65801

Dear Jeremy Pinson:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:        2017-01680
Processing Office:              CO (Central Office)

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option to

reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the CO at (202) 514-6655 or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534. You can also check the status of your request on line at http://www.bop.gov/PublicInfo/execute/foia.

Sincerely,

Central Office FOIA Section

# EXHIBIT BBBB



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_Central Office_
_320 First St., NW_
_Washington, DC 20534_

January 24, 2017

Mr. Jeremy Pinson
MCFP Springfield
PO Box 4000
Springfield, MO 65801

Request Number: 2017-01680

Dear Mr. Pinson:

This is in response to the above referenced Freedom of Information Act (FOIA) request. A copy of the first page of your request is attached. We determined your request will result in a fee higher than $250. An itemized invoice reflecting the estimated total cost is attached. The estimated fee is $4453.50.

Because the fee estimate is greater than $250.00, we are notifying you of this anticipated cost before we begin processing your request. In accordance with 28 C.F.R. § 16.10(i)(2), we require you make an advance payment of $4453.50 before we begin processing your request. The check should be made out to the Treasury of the United States and should be mailed to:

Federal Bureau of Prisons
FOIA/PA Office
CO
320 First St., NW
Washington, DC 20534

Alternatively, you can reformulate your request to meet your needs at a lower cost. If you want to reformulate your request, you may complete the attached form and return it to Kara Christenson, Government Information Specialist located at the Federal Medical Center, 2110 East Center Street, Rochester, MN 55903 or the Federal Bureau of Prisons' FOIA Public Liaison, Mr. C. Darnell Stroble located at 320 First Street NW, Washington DC 20534.

Please respond back within 30 working days. If we do not hear back from you within 30 working days of the date of this letter, your request will be administratively closed.

Sincerely,

Ronald Rodgers
Senior Counsel

# Freedom of Information Act Reformulated Request

Request Number: 2017-01680

Mr. Jeremy Pinson
MCFP Springfield
PO Box 4000
Springfield, MO  65801

I would like to reformulate my request to reduce costs.  Please consider my request
modified as follows:

Date:

Signature:

| **From:** | Donna M Hill |
| **To:** | Marrone, Frank;   bop-ogc/foia&privacyact@bop.gov |
| **CC:** | Wilson, Carla |
| **Date:** | 1/4/2017 3:26 PM |
| **Subject:** | FOIA #2017-01680 |

Checking Director Samuel's archive, he has about 69474 items, with about 19,696 being "Sent" items (i.e., "authored" by him).    Time frames would have to be provided if I were to narrow it down to just his tenure as director.    Please let me know if I need to do anything else for this request.

Greg Smith

>>> <bop-ogc/foia&privacyact@bop.gov> 12/21/16 9:30: AM >>>
FOIA Request Number:   2017-01680

**Please provide an estimate asap regarding search (possibly number of pages as well).   We anticipate there will be fees associated with this request, but we must provide a fee invoice to requester within a limited time frame in order to charge fees.   Your assistance is greatly appreciated.   Kim Blow**

We received the attached FOIA request. Please review the request and provide all responsive records to the Central Office electronically by return to this email so we can review the records to make a release determination. If you have concerns about releasing some records and/or believe the release of any portion of a record will cause harm to a person or the agency, please articulate your issues in your response email. We will consider your concerns when making a release determination. The Bureau is not required to create documents in response to a request. However, printing a document from an electronic format is not considered "creating" a document. If a computer program must be designed to search for records, please let us know before beginning.

Please complete the attached form and return it with the records or by itself if no documents are located. In order to meet statutory requirements, please provide a response within five (5) days of receipt of this notice. If you are unable to retrieve the requested documents within this time frame, please let us know when you anticipate locating them.

   Please contact me at      if you have any questions or concerns. Thank you for your assistance.
   Document Management Queue Queue

**FOIA Fee Statement**

320 First St., NW
Washington, DC 20534

**Requester Details**

Mr. Jeremy Pinson
#16267-064
USP Tucson
P. O. Box 24550
Tucson, AZ 85734

**Requester Invoice**

| | |
|---|---|
| Request No | : 2017-01680 |
| Invoice No | : 00000002600 |
| Invoice Date | : 01/24/2017 |
| Requester Name | : Jeremy Pinson |

| Fee Item | Quantity | Unit ($) | Extended ($) | Not Charged ($) | Charged ($) |
|---|---|---|---|---|---|
| **DUPLICATION FEE** | | | | | |
| Paper Photocopy | 89,170.00 | $0.05 | $4,458.50 | $5.00 | $4,453.50 |
| **Administrative Cost** | | | $0.00 | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Total Amount** | | **$4,453.50** |
| **Amount Paid** | | **$0.00** |
| **Balance Due** | | **$4,453.50** |

**Invoice Memo**

Make check/money order payable to: US Dept. of Treasury
DO NOT SEND CASH

Mail to:
320 First St., NW
Washington, DC 20534