UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY PINSON,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>*Defendants*. | Civil Action No.: 18-0486 (RC) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Partial Motion to Dismiss and for Summary Judgment Regarding Plaintiff's Claims as to the Bureau of Prisons, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**;

**SO ORDERED.**

_____                             _____
Date                                                                    United States District Judge