UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY PINSON,

        Plaintiff,

v.                                         Case No. 1:18-cv-00486-RC

U.S. DEPARTMENT OF JUSTICE,

        Defendant.

## SUPPLEMENTAL DECLARATION OF DEBORAH M. WALLER

I, Deborah M. Waller, do hereby declare:

1. I am the Supervisory Government Information Specialist (GIS) for the Office of the Inspector General, United States Department of Justice (OIG), Washington, D.C. Due to the nature of my official duties, I am familiar with the procedures followed in processing requests received by the OIG pursuant to 5 U.S.C. § 552, commonly known as the Freedom of Information Act (FOIA), and with the OIG's responses to the FOIA request at issue in this case. The statements in this declaration are based upon my personal knowledge and experience and upon information made available to me in the course of my official duties.

2. I am submitting this Supplemental Declaration to elaborate on the OIG's tracking system for processing FOIA requests and to confirm that the OIG responded to Plaintiff's FOIA requests at issue in this case.

**Processing of Plaintiff's FOIA Requests**

3. As stated previously, the OIG received four requests from Plaintiff for the period April 2016 through March 2017. The OIG responded to each of Plaintiff's requests as described in the first declaration.

4. The OIG's FOIA tracking system is an application that facilitates the management and efficiency of the FOIA process throughout the OIG. The FOIA tracking system allows the tracking of FOIA requests from receipt to completion. The system collects all FOIA requests received in the OIG by mail, phone, fax, or online. The system also maintains case tracking information which includes requester name, case tracking number, processing stages such as date request received, date records received, date response provided, and the GIS assigned to the request.

5. Upon learning of Plaintiff's claim that he never received any of the OIG's four responses to Plaintiff's requests, the GIS conducted a query in the OIG's FOIA tracking system to confirm the OIG's record that responses were sent. The GIS was able to confirm the close out dates and entries for each of Plaintiff's FOIA requests indicating that the responses were sent to Plaintiff, as indicated in the first declaration.

6. The OIG forwarded the responsive records for the four FOIA requests covered by this declaration to the United States Attorney's Office for the District of Columbia (USAO) with the understanding that the USAO will send another copy of the OIG's responses to the Plaintiff as "Legal Mail" to ensure that there is also a record of delivery.

Pursuant to Title 28 U.S.C. § 1764, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   August 12, 2019
         Washington, D.C

Deborah M. Waller