UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeremy Pinson,<br><br>  *Plaintiff,*<br><br>  v.<br><br>United States Department of Justice, *et al.*,<br><br>  *Defendants.* | Civil Action No.: 18-0486 (RC) |

## DECLARATION OF BRIAN J. FIELD

I, Brian J. Field, declare and state that the following is true and correct to the best of my knowledge and belief:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the District of Columbia. I have held this position since May 1, 2016.

2. I am the AUSA assigned to handle the above-captioned matter.

3. On August 15, 2019, I caused a copy of Defendants' Reply in Support of Defendants' Partial Motion to Dismiss and for Summary Judgment and Motion for Summary Judgment to be mailed to Plaintiff at the following address, marked "legal mail, open in presence of inmate:"

> Jeremy Pinson
> #16267-064
> USP Tucson, U.S. Penitentiary
> P.O. Box 24550,
> Tucson, AZ 85734

4. Additionally, on August 15, 2019, I included copies of the previously issued Office of Inspector General responses to the following four Freedom of Information Act requests: Request 16-OIG-304; Request 17-OIG-096; Request 17-OIG-174; Request 17-OIG-179.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

8/15/19
Date

Brian J. Field
Assistant United States Attorney