IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY PINSON,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
JUSTICE, *et al.*,

    Defendants.

Civil Action No.: 18-cv-00486-RC

## SECOND DECLARATION OF DAVID M. HARDY

I, DAVID M. HARDY, declare as follows:

(1)    I am currently the Section Chief of the Federal Bureau of Investigation's ("FBI") Record/Information Dissemination Section ("RIDS"), Information Management Division, in Winchester, Virginia. My background and qualifications are provided in paragraphs 1-2 of my first declaration in this matter, dated April 29, 2019. *See* ECF Number 49-4.

(2)    Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C §552a. Specifically, I am familiar with the FBI's handling of Plaintiff's FOIA and Privacy Act requests to the FBI for records concerning herself and numerous third party individuals.

(3)    This declaration is being submitted in further support of Defendant's Motion to Dismiss, and to address Plaintiff's assertion she paid outstanding duplication fees owed to the FBI for its response to her Freedom of Information/Privacy Acts ("FOIPA") Request Number 1354548-000.

(4) The FBI processes and tracks all incoming and outgoing FOIPA processing communications through its FOIPA Document Processing System ("FDPS"). Correspondence related to specific requests are housed under specific FOIPA Request Numbers within FDPS, and are retrievable by searching the subject of the request, the requester, or the individual FOIPA Request Number. The correspondence housed under specific FOIPA Request Numbers includes correspondence related to the payment of assessed fees.

(5) Additionally, personnel within RIDS' FOIPA Support Unit ("FSU") manage and track incoming payments for fees assessed during FOIPA processing, and subsequently enter this information into FDPS. They track payments mailed directly to RIDS, and those submitted electronically through www.pay.gov – a secure, web-based application that accepts credit card and Automated Clearing House ("ACH") payments online, and is hosted by the United States Department of Treasury, Financial Management Service.

(6) As described in my first declaration at paragraph 69, by letter dated May 2, 2017, the FBI charged Plaintiff $65.40 in duplication fees for documents released in response to her FOIPA Request Number 1358548-000. *See* ECF Number 49-4, Exhibit TT. Also, by letter dated June 13, 2017, the FBI advised Plaintiff due to nonpayment of these fees, it was closing 1358548-00 and all of her pending FOIA requests. *Id.*, Exhibit UU. In "Plaintiff's Response to Partial Motion to Dismiss and for Summary Judgment" (ECF Number 57, hereafter "Plaintiff's Response"), she claims she "never received the release of fee assessment." *See* Plaintiff's Response, page 2. Additionally, Plaintiff claims "the fee has now been mailed." *Id.* While the FBI cannot verify the accuracy of Plaintiff's statement she never received the FBI's fee assessment, in reviewing the documents housed in FDPS under FOIPA Request Number 1358548-000, RIDS confirmed the existence of both letters described above. Additionally, the

FOIPA Request Number contains notes verifying these correspondence were mailed on the dates reflected on the letters. Furthermore, there is no documentation within FOIPA Request Number 1358548-000 indicating Plaintiff paid the duplication fees assessed by the FBI.

(7)   Finding no indication RIDS received a payment from Plaintiff within FDPS, RIDS/FSU personnel also reviewed their tracking information of recent payments received through the mail and Pay.gov. Again, RIDS personnel were unable to locate any indication Plaintiff paid the outstanding duplication fees assessed for RIDS' processing of FOIPA Request Number 1358548-000.

Pursuant to 28 U.S.C. § 1745, I declare under penalty of perjury that the forgoing is true and correct.

Executed this 14th day of August, 2019.

DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Information Management Division
Federal Bureau of Investigation
Winchester, VA