UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY PINSON,

    Plaintiff,

v.

    Civil Action No. 18-cv-00486 (RC)

U.S. DEPARTMENT OF JUSTICE, et al

    Defendant.

## SUPPLEMENTAL DECLARATION OF KARA CHRISTENSON

I, Kara Christenson, do hereby declare and state as follows:

1.    I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as a Government Information Specialist ("GIS") for the Central Office, stationed at the Federal Medical Center in Rochester, Minnesota ("FMC Rochester"). I have been assigned to the Central Office since August 2016. Prior to that time, I served as a Paralegal for the North Central Regional Office ("NCRO") from September 2008 to August 2016. I have been employed by the BOP since March 1992.

2.    I am familiar with the complaint and amended complaint filed by the above-captioned plaintiff, Jeremy Pinson, Federal Register Number 16267-064, seeking disclosure of the records she sought from the BOP. I have previously provided a declaration in this matter.

3.    The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

4.    On June 27, 2019, I received notice of Pinson's Opposition to BOP Motion for Dismissal or Summary Judgement and her brief in support thereof (hereinafter Opposition). In her Opposition, Pinson indicates she did pay the $100 fee associated with FOIA Request

1

2017-01605. Based on Pinson's allegations of payment and documentation in support thereof, I contacted FOIA staff at the Western Regional Office (WRO) of the BOP. I learned that on May 21, 2019, the WRO received a money order from an organization known as Help From Outside in the amount of $100.00 for payment of fees owed in Pinson's FOIA Request 2017-01605. On May 23, 2019, the WRO returned the money order to Help From Outside as proper procedures had not been followed. On June 17, 2019, the WRO received a response from Help From Outside, which included more information in an attempt to facilitate payment of fees owed and another $100 money order. On June 18, 2019, the WRO responded to Help From Outside indicating that yet again, appropriate procedures had not been followed by Help From Outside as it related to payment of the $100.00 fee owed in FOIA Request 2017-01605 and returned the money order. Attached and incorporated by reference to this declaration as Exhibit A are true and correct copies of correspondence between Help From Outside and the WRO.

5. By letter dated November 15, 2017, Pinson was provided specific instructions on how to facilitate payment of fees owed in FOIA Request 2017-01605. Specifically, Pinson was advised that payment in the amount of $100 was due and must be forwarded to "Erika Fenstermaker, FOIA/Privacy Act Specialist, at the North Central Regional Office, 400 State Ave., Tower II, Suite 800, Kansas City, KS 66101". See Exhibit O to Christenson Dec.

6. By letter dated January 17, 2018, Pinson was notified by the North Central Regional Office (NCRO) of the BOP that because she failed to pay fees owed in FOIA Request 2017-01605, her request was being administratively closed. Pinson was also notified of the other requests being administratively closed as a result of her non-payment of fees. Pinson was instructed that if she chose to pay fees, she must advise the NCRO in writing

2

of how she wished to proceed with all the requests identified as administratively closed for non-payment of fees. See Exhibit P to Christenson Dec.

7. On February 15, 2018, Pinson was transferred to the United States Penitentiary in Tucson, Arizona (USP Tucson), which is located in the WRO of the BOP. After arriving at USP Tucson, on nine occasions Pinson submitted FOIA requests to the WRO. On each of those nine occasions, a response was returned to Pinson by the WRO indicating because of fees owed in FOIA Request 2017-01605, her request was being administratively closed unless or until she provided proof of payment for FOIA Request 2017-01605. At no time was Pinson instructed by the WRO to remit payment directly to them. Attached and incorporated by reference to this declaration as Exhibit B are true and correct copies of the nine responses sent to Pinson from the WRO.

8. On August 14, 2019, I confirmed with the NCRO and the WRO that at no time neither Pinson nor Help From Outside were provided any instruction that payment should be remitted to any location other than the NCRO. Furthermore, as of August 14, 2019, no payment has been received by the NCRO from either Pinson or Help From Outside for fees owed in FOIA Request 2017-01605. Attached and incorporated by reference to this declaration as Exhibit C are true and correct copies of the August 14, 2019, confirmations.

9. Pinson and Help From Outside have followed instructions in the past when they remitted payment for fees owed in another request as directed by the NCRO. Specifically, in response to correspondence from the NCRO dated July 27, 2016, concerning FOIA Request 2015-06335, Pinson was advised that fees in the amount of $70.50 were due and a check or money order were to be forwarded to "Erika Fenstermaker, FOIA/Privacy Act Specialist, at the North Central Regional Office, 400 State Ave., Tower II, Suite 800,

3

Kansas City, Kansas 66101". On November 17, 2016, payment was received by the

NCRO in the form of a money order in the amount of $70.50 from Help From Outside as

specifically instructed by the NCRO. See Exhibit J to Christenson Dec.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and

correct to the best of my knowledge.

Executed this 14Th day of August, 2019

Kara Christenson
Government Information Specialist
Central Office
Rochester, Minnesota

# EXHIBIT A



May 16, 2019

Federal Bureau of Prisons
7338 Shoreline Dr
Stockton, CA 95212



To Whom it May Concern,

The enclosed money order for $100.00 is for FOIA Request 2017-01605.

Sincerely,

Julia Capel

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK

PERSONAL MONEY ORDER

0695117276

00006951
Office AU #    11-24
              1210(8)

Remitter:   NONE
Operator I.D.:  u552793

May 18, 2019

PAY TO THE ORDER OF United States Treasury

***One hundred dollars and no cents***

**$100.00**

Payee Address   For 2017-0605
Memo:           User of WWWTTTHHRRONTRHHPEN sip

WELLS FARGO BANK, N.A.
460 CENTRAL WAY
KIRKLAND, WA 98033
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $  100.00

Purchaser's Signature

⑈0695117276⑈ ⑆121000248⑆486 505584⑈



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, CA 95219*

May 23, 2019

Help From Outside
2620 Bellevue Way NE #200
Bellevue, WA 98004          Request Number: 2017-01605

Dear Ms. Capel:

We are returning the $100 money order that attempts to pay for FOIA 2017-0165.
Based on the BOP's obligations pursuant to 18 U.S.C. § 4042, transactions that appear
to circumvent the BOP's inmate monitoring procedures by concealing the payment's
origins will not be accepted.

Sincerely,

Dennis M. Wong
Regional Counsel

PERSONAL MONEY ORDER

0695117276

May 18, 2019

***$100.00**

VOID IF OVER US $ 100.00

Purchaser's Signature

Security Features Included.   Details on Back.

0006951    11-24    12(008)
Office/AU #

Remitter:    NONE

Operator I.D.:    u502793

PAY TO THE ORDER OF    United States Treasury

***One hundred dollars and no cents***

Payee Address    FOIA 2017-01605
Memo    Class #

WELLS FARGO BANK, N.A.
460 CENTRAL WAY
KIRKLAND, WA 98033
FOR INQUIRIES CALL (480) 394-3122



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Western Regional Office_
_7338 Shoreline Drive_
_Stockton, CA 95219_

May 23, 2019

Help From Outside
2620 Bellevue Way NE #200
Bellevue, WA 98004          Request Number: 2017-01605

JUN 1 7 2019

Dear Ms. Capel:

We are returning the $100 money order that attempts to pay for FOIA 2017-0165.
Based on the BOP's obligations pursuant to 18 U.S.C. § 4042, transactions that appear
to circumvent the BOP's inmate monitoring procedures by concealing the payment's
origins will not be accepted.

Sincerely,

Dennis M. Wong
Regional Counsel

COPY

6/12/19

I'm honestly not sure what you are
referring to so I added the inmate
name & number and added myself
as the remitter.

Thank you,
Susan Peder



June 12, 2019

Federal Bureau of Prisons
7338 Shoreline Dr
Stockton, CA 95212

To Whom It May Concern,

At the request of Jeremy Pinson #16267-064, the enclosed money order for $100.00 is for FOIA Request 2017-0165.

Sincerely,


Susan Peder

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

**PERSONAL MONEY ORDER**                           0695117315

0006951     11-24
Office/AU #        1210(6)
Remitter:   **SUSAN PEDER**
Operator I.D.:   u475407

PAY TO THE ORDER OF     ***UNITED STATES TREASURY***                  **June 12, 2019**

***One hundred dollars and no cents***                    **$100.00**

Payee Address
Memo:      FOIA 2017-01605

WELLS FARGO BANK, N.A.                                    VOID IF OVER US $   100.00
80 CENTRAL WAY
IRKLAND, WA 98033
OR INQUIRIES CALL (480) 394-3122                    _Susan L Peder_
                                                    Purchaser's Signature

⑈0695117315⑈ ⑆121000248⑆4861 505584⑈

SEATTLE
WA 980
13 JUN '19
PM 7 L


FOREVER USA

Way NE #200
, WA 98004

*Federal Bureau of Prisons*
*7338 Shoreline Dr*
*Stockton, CA  95219*

95219$4557 C012        ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Western Regional Office_
_7338 Shoreline Drive_
_Stockton, CA  95219_

June 18, 2019

Help From Outside                                    Request Number: 2017-01605
2620 Bellevue Way NE #200
Bellevue, WA 98004

Dear  Ms. Peder:

This is a follow-up to your June 12, 2019, note expressing uncertainty about why your
$100 money order was returned.  As BOP policy prohibits the circumvention of mail
monitoring procedures and BOP has a need to monitor inmate financial transactions to
ensure the safety, security and good order of the institution, we cannot accept funds
where the origin of the funds is not apparent.  Thus, your $100.00 money order is once
again being returned to you.

Sincerely,

Dennis M. Wong
Regional Counsel

# EXHIBIT B



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Western Regional Office_
_7338 Shoreline Drive_
_Stockton, CA 95219_

March 1, 2018

Jeremy Pinson, # 16267-064
 USP Tucson
PO Box 24450
Tucson, AZ 24450

Request Number: 2018-03163

Dear Requester:

This is in response to the above referenced Freedom of Information Act (FOIA). A copy of the first page of your request is attached. Review of our database reveals you have an outstanding bill of $ 0.00 for FOIA Request 2018-03163.

Pursuant to 28 C.F.R. § 16.10(i)(3), any and all requests from you will not be processed until the outstanding bill has been paid. 28 C.F.R. § 16.10(i)(3) states, "Where a requester has previously failed to pay a properly charged FOIA fee to any component or agency within 30 calendar days of the billing date, a component may require that the requester pay the full amount due, plus any applicable interest on that prior request, and the component may requre the requester make an advance payment of the full amount of any anticipated fees before the component begins to process a new request or continues to process a pending request or any pending appeal."

Accordingly, until you provide proof of payment or pay this properly assessed fee, we will not process any FOIA requests submitted by you. If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or ogc_efoia@bop.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,


Robin Carl, for
Carl, Robin
FOIA Specialist



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, CA  95219*

March 1, 2018

Jeremy Pinson
#16267-064
USP Tucson
P. O. Box 24550
Tucson, AZ  85734

Request Number: 2018-03169

Dear Requester:

This is in response to the above referenced Freedom of Information Act. FOIA Review of our database reveals you have an outstanding bill of $ 100.00 for FOIA Request  2017-01605.

Pursuant to 28 C.F.R. § 16.10(i)(3), any and all requests from you will not be processed until the outstanding bill has been paid. 28 C.F.R. § 16.10(i)(3) states, "Where a requester has previously failed to pay a properly charged FOIA fee to any component or agency within 30 calendar days of the billing date, a component may require that the requester pay the full amount due, plus any applicable interest on that prior request, and the component may requre the requester make an advance payment of the full amount of any anticipated fees before the component begins to process a new request or continues to process a pending request or any pending appeal."

Accordingly, until you provide proof of payment or pay this properly assessed fee, we will not process any FOIA requests submitted by you. If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or ogc_efoia@bop.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Dennis M. Wong
Regional Counsel



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Western Regional Office_
_7338 Shoreline Drive_
_Stockton, CA 95219_

March 1, 2018

Jeremy Pinson
#16267-064
USP Tucson
P. O. Box 24550
Tucson, AZ 85734

Request Number: 2018-03175

Dear Requester:

This is in response to the above referenced Freedom of Information Act (FOIA). Review of our database reveals you have an outstanding bill of $ 100.00 for FOIA Request 2017-01605.

Pursuant to 28 C.F.R. § 16.10(i)(3), any and all requests from you will not be processed until the outstanding bill has been paid. 28 C.F.R. § 16.10(i)(3) states, "Where a requester has previously failed to pay a properly charged FOIA fee to any component or agency within 30 calendar days of the billing date, a component may require that the requester pay the full amount due, plus any applicable interest on that prior request, and the component may requre the requester make an advance payment of the full amount of any anticipated fees before the component begins to process a new request or continues to process a pending request or any pending appeal."

Accordingly, until you provide proof of payment or pay this properly assessed fee, we will not process any FOIA requests submitted by you. If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or ogc_efoia@bop.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Dennis M. Wong
Regional Counsel



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Western Regional Office_
_7338 Shoreline Drive_
_Stockton, CA  95219_

March 1, 2018

Jeremy Pinson
#16267-064
USP Tucson
P. O. Box 24550
Tucson, AZ  85734

Request Number: 2018-03176

Dear Requester:

This is in response to the above referenced Freedom of Information Act (FOIA). Review of our database reveals you have an outstanding bill of $ 100.00 for FOIA Request  2017-01605.

Pursuant to 28 C.F.R. § 16.10(i)(3), any and all requests from you will not be processed until the outstanding bill has been paid. 28 C.F.R. § 16.10(i)(3) states, "Where a requester has previously failed to pay a properly charged FOIA fee to any component or agency within 30 calendar days of the billing date, a component may require that the requester pay the full amount due, plus any applicable interest on that prior request, and the component may require the requester make an advance payment of the full amount of any anticipated fees before the component begins to process a new request or continues to process a pending request or any pending appeal."

Accordingly, until you provide proof of payment or pay this properly assessed fee, we will not process any FOIA requests submitted by you. If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or ogc_efoia@bop.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Dennis M. Wong
Regional Counsel



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Western Regional Office_
_7338 Shoreline Drive_
_Stockton, CA  95219_

March 8, 2018

Jeremy Pinson
#16267-064
USP Tucson
P. O. Box 24550
Tucson, AZ  85734

Request Number: 2018-03290

Dear Requester:

This is in response to the above referenced Freedom of Information Act (FOIA). Review of our database reveals you have an outstanding bill of $ 100.00 for FOIA Request  2017-01605.

Pursuant to 28 C.F.R. § 16.10(i)(3), any and all requests from you will not be processed until the outstanding bill has been paid. 28 C.F.R. § 16.10(i)(3) states, "Where a requester has previously failed to pay a properly charged FOIA fee to any component or agency within 30 calendar days of the billing date, a component may require that the requester pay the full amount due, plus any applicable interest on that prior request, and the component may requre the requester make an advance payment of the full amount of any anticipated fees before the component begins to process a new request or continues to process a pending request or any pending appeal."

Accordingly, until you provide proof of payment or pay this properly assessed fee, we will not process any FOIA requests submitted by you. If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or ogc_efoia@bop.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

wxr



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, CA  95219*

March 12, 2018

Jeremy Pinson
#16267-064
USP Tucson
P. O. Box 24550
Tucson, AZ  85734

Request Number: 2018-03357

Dear Requester:

This is in response to the above referenced Freedom of Information Act (FOIA). Review of our database reveals you have an outstanding bill of $ 100.00 for FOIA Request  2017-01605.

Pursuant to 28 C.F.R. § 16.10(i)(3), any and all requests from you will not be processed until the outstanding bill has been paid. 28 C.F.R. § 16.10(i)(3) states, "Where a requester has previosuly failed to pay a properly charged FOIA fee to any component or agency within 30 calendar days of the billing date, a component may require that the requester pay the full amount due, plus any applicable interest on that prior request, and the component may requre the requester make an advance payment of the full amount of any anticipated fees before the component begins to process a new request or continues to process a pending request or any pending appeal."

Accordingly, until you provide proof of payment or pay this properly assessed fee, we will not process any FOIA requests submitted by you. If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or ogc_efoia@bop.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Dennis M. Wong
Regional Counsel



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Western Regional Office_
_7338 Shoreline Drive_
_Stockton, CA  95219_

March 28, 2018

Jeremy Pinson
#16267-064
USP Tucson
P. O. Box 24550
Tucson, AZ  85734

Request Number: 2018-03732

Dear Mr. Pinson:

This is in response to the above referenced Freedom of Information Act (FOIA). Review of our database reveals you have an outstanding bill of $ 100.00 for FOIA Request  2017-01605.

Pursuant to 28 C.F.R. § 16.10(i)(3), any and all requests from you will not be processed until the outstanding bill has been paid. 28 C.F.R. § 16.10(i)(3) states, "Where a requester has previously failed to pay a properly charged FOIA fee to any component or agency within 30 calendar days of the billing date, a component may require that the requester pay the full amount due, plus any applicable interest on that prior request, and the component may require the requester make an advance payment of the full amount of any anticipated fees before the component begins to process a new request or continues to process a pending request or any pending appeal."

Accordingly, until you provide proof of payment or pay this properly assessed fee, we will not process any FOIA requests submitted by you. If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or ogc_efoia@bop.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Dennis M. Wong
Regional Counsel



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Western Regional Office_
_7338 Shoreline Drive_
_Stockton, CA  95219_

September 27, 2018

Jeremy Pinson
#16267-064
USP Tucson
P. O. Box 24550
Tucson, AZ  85734

Request Number: 2018-07666

Dear Requester:

This is in response to the above referenced Freedom of Information Act (FOIA). Review of our database reveals you have an outstanding bill of $ 100.00 for FOIA Request  2017-01605.

Pursuant to 28 C.F.R. § 16.10(i)(3), any and all requests from you will not be processed until the outstanding bill has been paid. 28 C.F.R. § 16.10(i)(3) states, "Where a requester has previosuly failed to pay a properly charged FOIA fee to any component or agency within 30 calendar days of the billing date, a component may require that the requester pay the full amount due, plus any applicable interest on that prior request, and the component may requre the requester make an advance payment of the full amount of any anticipated fees before the component begins to process a new request or continues to process a pending request or any pending appeal."

Accordingly, until you provide proof of payment or pay this properly assessed fee, we will not process any FOIA requests submitted by you. If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or ogc_efoia@bop.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Dennis M. Wong
Regional Counsel



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_Western Regional Office_
_7338 Shoreline Drive_
_Stockton, CA  95219_

December 18, 2018

Jeremy Pinson #16267-064
USP Tucson
P. O. Box 24550
Tucson, AZ  85734

Request Number: 2019-01406

This is in response to the above referenced Freedom of Information Act (FOIA). Review of our database reveals you have an outstanding bill of $ 100.00 for FOIA Request  2017-01605.

Pursuant to 28 C.F.R. § 16.10(i)(3), any and all requests from you will not be processed until the outstanding bill has been paid. 28 C.F.R. § 16.10(i)(3) states, "Where a requester has previosuly failed to pay a properly charged FOIA fee to any component or agency within 30 calendar days of the billing date, a component may require that the requester pay the full amount due, plus any applicable interest on that prior request, and the component may requre the requester make an advance payment of the full amount of any anticipated fees before the component begins to process a new request or continues to process a pending request or any pending appeal."

Accordingly, until you provide proof of payment or pay this properly assessed fee, we will not process any FOIA requests submitted by you. If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or ogc_efoia@bop.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Dennis M. Wong

Regional Counsel

# EXHIBIT C

**From:**       Erika Fenstermaker
**To:**         Christenson, Kara
**Date:**       8/14/2019 10:37 AM
**Subject:**    Re: Pinson Request 2017-01605

No, no one was instructed to send payment to any other location.

Erika Fenstermaker
Government Information Specialist
Federal Bureau of Prisons
North Central Regional Office
400 State Ave., 6th Floor
Kansas City, KS 66101
OFFICE: 913-551-1174

SBU - SENSITIVE BUT UNCLASSIFIED"
This message is intended for official use
and may contain SENSITIVE information.
It should be properly delivered, labeled, stored
and disposed of in accordance with policy.


>>> Kara Christenson 8/14/2019 10:30 AM >>>
Thank you - one more question.   At any time, did the NCRO instruct Pinson, or anyone acting on her behalf, to provide payment for
Request 2017-1605 to any location other than the NCRO?

Kara

>>> Erika Fenstermaker 8/14/2019 10:28 AM >>>
Ms. Christenson,

No payment has been made to the North Central Region as instructed in my correspondence of November 15, 2017.
Thank you.



Erika Fenstermaker
Government Information Specialist
Federal Bureau of Prisons
North Central Regional Office
400 State Ave., 6th Floor
Kansas City, KS 66101
OFFICE: 913-551-1174

SBU - SENSITIVE BUT UNCLASSIFIED"
This message is intended for official use
and may contain SENSITIVE information.
It should be properly delivered, labeled, stored
and disposed of in accordance with policy.
>>> Kara Christenson 8/14/2019 10:26 AM >>>
Ms. Fenstermaker,

As of today, August 14, 2019, has inmate Pinson, or anyone on her behalf, made payment in the amount of $100.00 for fees owed
in FOIA Request 2017-01605 to the North Central Region as instructed in your correspondence dated November 15, 2017?

Thank you,
Kara

Kara Christenson
Government Information Specialist
Federal Bureau of Prisons
Office of General Counsel
FOIA/Privacy Act Section

**From:**     Ben Brieschke
**To:**       Carl, Robin;   Christenson, Kara
**CC:**       Ayotte, Dominic
**Date:**     8/14/2019 11:18 AM
**Subject:**  Re: Pinson FOIA Litigation

To the absolute best of my recommendation I have never told inmate Pinson where or to whom to remit payment to regarding any issues that I have ever dealt with inmate Pinson on. I have never had any contact with the organization "Help From Outside."

Ben Brieschke
Senior Attorney
FCC Tucson
9300 S Wilmot Rd
Tucson, AZ 85756
(520) 663-5025

>>> Kara Christenson 8/14/2019 9:02 AM >>>
Good morning Mr. Brieschke and Ms. Carl,

With regard to inmate Pinson and fees she owes in NCRO FOIA Request 2017-01605, at any time, did you provide any instructions to Pinson and/or Help From Outside on where to remit payment?

Thank you.
Kara

Kara Christenson
Government Information Specialist
Federal Bureau of Prisons
Office of General Counsel
FOIA/Privacy Act Section

**From:**     Robin Carl
**To:**        Brieschke, Ben;  Christenson, Kara
**CC:**        Ayotte, Dominic
**Date:**      8/14/2019 12:00 PM
**Subject:**  Re: Pinson FOIA Litigation

Kara,

At no time have I specifically told Pinson and/or Help From Outside, that payment for fees owed in Request 2017-1605 should be remitted directly to the WRO.

**Robin Carl**
**FOIA Specialist**
Western Regional Office
**209-956-9700 Main line**
**209-956-9738  Direct Line**
**E-mail rcarl@bop.gov**


>>> Kara Christenson 8/14/2019 9:02 AM >>>
Good morning Mr. Brieschke and Ms. Carl,

With regard to inmate Pinson and fees she owes in NCRO FOIA Request 2017-01605, at any time, did you provide any instructions to Pinson and/or Help From Outside on where to remit payment?

Thank you.
Kara

Kara Christenson
Government Information Specialist
Federal Bureau of Prisons
Office of General Counsel
FOIA/Privacy Act Section